UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal Action No.: 05-0359 (RMU) |
| : | |
| DOUGLAS JEMAL, : | |
| NORMAN D. JEMAL, and : | |
| BLAKE C. ESHERICK : | **FILED** |
| : | |
| Defendant(s).  : | **OCT 6 - 2005** |

ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 6th day of October 2005,

**ORDERED** that the arraignment in the above-captioned case scheduled for October 13, 2005 is hereby **VACATED** and **RESCHEDULED** for Monday, October 24, 2005 at 2:15 pm.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Ricardo M. Urbina_
　　　　　　　　　　　　　　　　　　　　　　　　Ricardo M. Urbina
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge