UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No.: 05-0359-3 (RMU) |
| : | |
| BLAKE C. ESHERICK : | |
| : | |
| Defendant : | |

### NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Paul F. Kemp and Venable LLP on behalf of Defendant **BLAKE C. ESHERICK**.

> Respectfully submitted,
>
> *[signature: Paul F. Kemp]*
> _____
> PAUL F. KEMP, D.C. Bar #922773
> Venable LLP
> One Church Street
> Fifth Floor
> Rockville, Maryland  20850
> (301) 217-5600
> (301) 217-5617 (Facsimile)
>
> *Attorney for Defendant Blake C. Esherick*

::ODMA\PCDOCS\ROIDOCS1\46825\1