UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No.: 05-0359-3 (RMU) |
| : | |
| BLAKE C. ESHERICK : | |
| : | |
| **Defendant** : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Carol Elder Bruce and Venable LLP on behalf of Defendant **BLAKE C. ESHERICK**.

Respectfully submitted,

_____
CAROL ELDER BRUCE, Bar No. 202200
Venable LLP
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4717
(202 344-8300 (Facsimile)

*Attorney for Defendant Blake C. Esherick*