UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Crim. No.:  05-0359-3 (RMU) |
| BLAKE C. ESHERICK : | |
| Defendant : | |

### NOTICE OF APPEARANCE

Please enter the appearance of Lawrence B. Bernard on behalf of Defendant **BLAKE C. ESHERICK**.

Respectfully submitted,

*(signature)*
LAWRENCE B. BERNARD, Bar No. 181636
Venable LLP
575 7th Street, NW
Washington, DC  20004-1601
(202) 344-4854
(202 344-8300 (Facsimile)

*Attorney for Defendant Blake C. Esherick*