

ATTACHMENT 1