AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNDERSEAL

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

6001 Nevada Avenue, N.W.
Washington, D.C.

**SEARCH WARRANT**

[as further described in "Attachment A"]

CASE NUMBER: 05 - 0 0 8 8 M - 01

TO: __Andrew Sekela__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Sekela__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

6001 Nevada Avenue, N.W., Washington, D.C.
(as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

documents and other evidence, as further described in "Attachment B"

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___25 FEB 2005___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

FEB 22 2005    11:16 AM                at Washington, D.C.
Date and Time Issued
    Alan Kay
 U.S. Magistrate Judge                 _[signature]_
Name and Title of Judicial Officer     Signature of Judicial Officer

## ATTACHMENT A
## LOCATION TO BE SEARCHED

Residence of Blake C. Esherick
6001 Nevada Avenue, NW
Washington, DC

This location is a detached residence on the corner of Nevada Avenue and Quesada Streets, NW, Washington, DC, with the numbers "6001" on the front of the house. The house is on the northeast corner of the intersection. It has a front door in the center of the house, and the house branches away from the front door area in two "wings." The house is a combination of red brick and what appears to be beige stucco framed by brown wood planks.

ATTACHMENT B

## ITEMS TO BE SEIZED

1. All documents and records whatsoever, related to all financial affairs and transactions, of Blake C. Esherick, from January 1, 1999 to the present. Said records are to include, but not be limited to: bank statements, cancelled checks, credit card statements, accounting documents, retained copies of tax returns, financial work papers, loan applications, loan documents, receipts, correspondence, notes or message slips, documents reflecting ownership interests in companies or properties, documents related to financial relationship between Blake C. Esherick and his ex-wife, investment accounts, and all other documents related to his income, expenditures and financial circumstances from January 1, 1999.

2. All documents in the nature of day planners, calendars, phone directories, address books, receipts, travel related documents and such records which account for the activities of Blake Esherick, including entertainment and travel, from January 1, 2000 to the present.

3. All documents related to Blake C.. Esherick's relationship with Douglas Development and its officers.

4. Records related to all cars owned, used or leased by Blake Esherick.

5. All documents which in any way relate to Michael Lorusso and/or any public official of the District of Columbia Government.

In addition, the searching agents may photograph the premises and items therein, and record serial numbers and identifying information off of any items, such as large screen televisions and other consumer goods.

If the above said documents and records are found in a file/folder with other documents, the entire folder may be seized.

### Seizure of Documents/records Stored Electronically

To effectuate the search and to the extent necessary to retrieve documents identified in the affidavit which may be stored electronically/digitally, the following items may be seized:

A. Computer hardware consisting of computers, and all equipment connected or networked with the computer or computers located at the site of the search, which can collect, analyze, create, display, convert, store, conceal or transmit electronic, magnetic, optical, or similar computer impulses or data.

B. Computer software consisting of digital information which can be interpreted by a

computer and any of its related components to direct the way they work, in whatever form it may be found, to include electronic, magnetic, optical or other digital form, in addition to printed source code.

C. Computer-related documentation consisting of written, recorded, printed, or electronically stored material, which explains or illustrates how to configure or use the computer hardware, software, or other related items.

E. Passwords and Data Security Devices that are designed to restrict access to or hide computer software, documentation or data.

### Search Procedures for Computers

The agents executing the search shall attempt to copy and/or "image" the computer hardware at the site of the search.

A. The copied/"imaged" material, or such computer equipment that has not been copied/"imaged" on site, shall be moved to the safekeeping of the Federal Bureau of Investigation to permit examination of the contents of the hard-drive files and other storage media (such as disks) to search for and separate out the magnetically stored documents and information described in paragraphs 1 through 5.

B. Individual records will be examined by investigating agents charged with the duty to determine whether the particular record is within the scope of the warrant. If the record is not seizable, no further examination of the record will occur. Only records or files which are described in paragraphs 1 and 5 will be printed out.