UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| v. | ) | Crim. Nos. 05-359-01, -2, -3 (RMU) |
| | ) | |
| DOUGLAS JEMAL, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| _____ | ) | |

## ORDER

Upon consideration of Blake C. Esherick's Opposition to the Government's

Motion for Approval to Issue Rule 17(c) Subpoenas, it is HEREBY ORDERED that

Defendant's motion is GRANTED, and the government's request for a Rule 17(c)

subpoena seeking documents from Esherick's Bank of America credit card opened in

2004 is DENIED.

SO ORDERED.

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE