MyNewCard Header

☐

## Verify Your Application Information

Please verify that the information below is accurate. To make changes, select "Edit Application Form" and/or "Edit Balance Transfer Form" to input your new information before submitting your application. You might want to save or print this page for your records.

☐

I certify that I am of legal contracting age; that I have read and agreed to all of the authorizations, terms and conditions[1], and disclosures on this site.

☐

**Yes**, please [ Submit ] my application for an instant response.

☐

*Application Form Information*

| | | | |
|---|---|---|---|
| Name | **Blake C Esherick** | Home Phone | |
| Address | | Employer | **Douglas Development** |
| City | | Business Phone | **(202) 638-6300** |
| State | **DC** | E-mail Address | |
| Zip Code | | Gross Income | **$150,000** |
| Social Security Number | | Mother's Maiden Name | |
| Date of Birth | **1963** | | |
| Dividend Miles account number | **\*\*\*\*0X2** | | |
| Additional Cardholder Name | | | |

☐

[ Edit Application Form ]

☐

*OPTIONAL Cardholder Security Plan*

Cardholder Security Plan[TM] **No**

[ Edit Security Plan ]

☐

*OPTIONAL Balance Transfer Information*

Account

Number
Pay To Name
Amount $

Account Number
Pay To Name
Amount $

Account Number
Pay To Name
Amount $

[ Edit Balance Transfer ]

☐

**Yes**, please [ Submit ] my application for an instant response.

[1] See terms and conditions for details.

Privacy and Security

Bank of America, N.A. Member FDIC. Equal Housing Lender ☐
© 2003 Bank of America Corporation.
All rights reserved.