BLAKE ESHERICK
STEFANIE GLICK                                                      1159

PAY TO THE ORDER OF  Bank of America                              $ 3,429.73

Three Thousand Four Hundred Twenty Nine 73/100                    DOLLARS

EAGLEBANK
Bethesda, MD 20814

MEMO

Check 1159 Amount $3,429.73 Date 11/16

