UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 05-359-01,-02, 0-3 (RMU) |
| : | |
| DOUGLAS JEMAL, et al : | |

## ORDER

Pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure and for good cause shown, it is this ____ day of _____, 2006, **ORDERED**

That the United States may issue Rule 17(c) subpoenas <u>duces tecum</u> to the following entities requiring the production of the indicated records in advance of trial:

- <u>BB&T Bank</u> - for specified transaction items from the personal bank account of Blake C. Esherick;

- <u>Eagle Bank</u> - for specified transaction items from the personal bank account of Blake C. Esherick for calendar years 2002 and 2003.

The United States shall inform the defense promptly of its receipt of these records, and shall make them available for inspection at that time.

_____
Ricardo M. Urbina
United States District Judge