UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
|  | : Crim. No. 05-359-1, -2, -3 (RMU) |
| v. | : |
|  | : |
| DOUGLAS JEMAL, ET AL. | : |

GOVERNMENT'S
REQUEST FOR ORDER PERMITTING DISCLOSURE
OF TAX INFORMATION TO DEFENSE UNDER RULE 16
OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

The United States, through its attorney, the United States Attorney for the District of Columbia, respectfully requests this Court to permit the Government to provide certain taxpayer and tax return information to the defense under Rule 16 of the Federal Rules of Criminal Procedure.

As part of its Rule 404(b) submission, the Government alluded to certain tax evasion activities of others, namely, Douglas Develoment Corporation's Chief Financial Officer and Vice President of Construction. The United States has obtained taxpayer returns and return information related to these individuals, whose identities are well-known to the defendants. The Government seeks authority to turn over such tax information, but, in light of the secrecy rules associated with the disclosure of such information, requests permission of this Court to do so. Title 26, United States Code, Section 6103(h)(4)(D) provides that such disclosures may be made "to the extent required by order of a court pursuant to [the Jencks Act] or [R]ule 16 of the Federal Rules of Criminal Procedure, such court being authorized in the issuance of such order to give due consideration to congressional policy favoring the confidentiality of returns and return information as set forth in this title." We thus request the Court sign the attached Order to permit such disclosure.

WHEREFORE, we request the Court sign the attached Order permitting disclosure of taxpayer information.

                                RESPECTFULLY SUBMITTED,

                                KENNETH L. WAINSTEIN
                                DC Bar No. 451058.
                                UNITED STATES ATTORNEY

By:   _____
        MARK H. DUBESTER
        ASSISTANT UNITED STATES ATTORNEY
        DC Bar No. 339655
        555 Fourth Street, N.W., Room 5917
        Washington, D.C. 20530
        Ph. (202) 514-7986

CERTIFICATE OF SERVICE

      I hereby certify that I have caused to be sent by fax or by electronic means a copy of the attached pleading, to:

| | |
|---|---|
| Michele Roberts, Esq.<br>Counsel for Douglas Jemal<br>Akin Gump<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036 | Paul Kemp, Esq.<br>Carol Elder Bruce<br>Counsel for Blake C. Esherick<br>Venable LLP<br>One Church Street,<br>Rockville, MD  20850 |
| Reid Weingarten, Esq.<br>Brian M. Heberlig<br>Counsel for Douglas Jemal<br>Steptoe and Johnson<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C.  20036-1795 | Stan Brand, Esq.<br>Counsel for Norman D. Jemal<br>923 15th Street, NW<br>Washington, DC  20005 |
| Christopher Mead, Esq.<br>Counsel for Douglas Jemal<br>London & Meade<br>1225 19th Street, NW, Suite 320<br>Washington, DC  20036 | |

this 1st day of March, 2006.

/s/ Mark Dubester

Mark H. Dubester
Assistant United States Attorney
DC Bar No. 339655
555 Fourth Street, NW
Rm. 5917
Washington, DC 20001
(202) 514-7986