UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES

v.                                   : Crim. No. 05-359-1, -2, -3 (RMU)

DOUGLAS JEMAL, et al.

FILED

MAR 7 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the Government's representations, having given due consideration to policies favoring the confidentiality of returns and return information, and pursuant to Rule 16 of the Federal Rules of Criminal Procedure and for good cause shown, it is this 6th of March, 2006, ORDERED

That the United States is authorized to disclose taxpayer returns and return information concerning Douglas Develoment Corporation's Chief Financial Officer and Vice President for Construction to the defendants as part of the discovery in this case.

Ricardo M. Urbina
United States District Judge