UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :   Criminal Action No.: 05-0359 |
| | : |
| DOUGLAS JEMAL, *et al.* | : |
| | : |
| Defendants | : |

### CONSENT MOTION TO PERMIT DEFENDANT BLAKE ESHERICK TO LEAVE THE COUNTRY

COMES NOW, the defendant, BLAKE ESHERICK, by and through counsel, VENABLE, LLP, and PAUL F. KEMP, and hereby moves this Court with the consent of the United States Government, that Blake Esherick, be permitted to leave the United States for the purpose of traveling to Mexico for purposes of a family vacation. In support thereof the defendant respectfully submits the following:

1. Defendant Blake Esherick has been released on personal recognizance, subject to periodic reporting at the office of Pretrial Services, pending the trial of this matter commencing on September 8, 2006.

2. Mr. Esherick desires to travel to the country of Mexico with his wife and children, commencing on May 26, 2006, to return to this country on June 2, 2006.

3. Mark Dubester, the Assistant United States Attorney assigned to the prosecution of this matter, has authorized undersigned counsel to represent to the Court that he has no objection to the relief prayed herein, permitting the defendant to leave the country for purposes of a vacation.

WHEREFORE, these premises considered, and with the consent of the United States Government, defendant Blake Esherick, hereby moves that this Honorable Court permit his travel to the country of Mexico for the period of May 26, 2006 to June 2, 2006.

Respectfully submitted,

_____
PAUL F. KEMP #28858
Venable LLP
One Church Street, 5th Floor
Rockville, Maryland 20850
(301) 217-5600
(301) 217-5617 (Facsimile)

*Attorney for Defendant Blake C. Esherick*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **16th** day of May, 2006, a copy of the foregoing Consent Motion to Permit Defendant Blake Esherick to Leave the Country, first class, postage prepaid, to:

Mark H. Dubester
Assistant United States Attorney
555 4th Street, N.W., Room 5917
Washington, D.C. 20530

Stanley Brand, Esquire
Ross Nabatoff
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005
*Attorneys for Norman D. Jemal*

Reid H. Weingarten, Esquire
Brian M. Heberlig, Esquire
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
*Attorneys for Douglas Jemal*

Michelle Roberts, Esquire
Akin Gump
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
*Attorney for Douglas Jemal*

_____
PAUL F. KEMP

RO1DOCS1#50678.1
(63270-224156)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 05-0359 |
| DOUGLAS JEMAL, *et al.* | : |
| Defendants | : |

## ORDER

Upon a reading and consideration of the Defendant's Consent Motion to Permit Defendant Blake Esherick to Leave the Country, it is this _____ day of _____, 2006, by the United States District Court for the District of Maryland,

**ORDERED**, that defendant Blake Esherick, be permitted to leave the country between May 26, 2006 to June 2, 2006, and it is further

**ORDERED**, that the Defendant resume supervision with the Pretrial Services Agency upon his return.

_____
**JUDGE,** *United States District Court for the District of Maryland*