UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :
                                  :
v.                                :     Criminal Action No.: 05-0359
                                  :
DOUGLAS JEMAL, *et al.*           :
                                  :
    Defendants                    :

## ORDER

Upon a reading and consideration of the Defendant's Consent Motion to Permit Defendant Blake Esherick to Leave the Country, it is this 16th day of May, 2006, by the United States District Court for the District of ~~Maryland~~ Columbia,

**ORDERED**, that defendant Blake Esherick, be permitted to leave the country between May 26, 2006 to June 2, 2006, and it is further

**ORDERED**, that the Defendant resume supervision with the Pretrial Services Agency upon his return.

_____
JUDGE, United States District Court