UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
            v.                 :   Criminal Action No.: 05-0359 (RMU)
                               :
DOUGLAS JEMAL,                 :
NORMAN D. JEMAL, and           :
BLAKE C. ESHERICK              :
                               :
            Defendants.        :

### ORDER

Upon consideration of the government's unopposed motion for leave to late-file and for good cause shown therein, it is this 13th day of July 2006, hereby

**ORDERED** that the government's unopposed motion for leave to file the four motions *in limine* it filed July 10, 2006 is **GRANTED**.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge