# DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _____.
                    (name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/28/04___
               (Date)

_____
(Signature of Declarant)

Vivianne Tommier
(Name of Declarant)

Travel agency
(name of business)

11 Dupont Circle, NW
(business address)

#375
Wash DC  20036

**GOVERNMENT EXHIBIT**
**No. 4a**

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _____
                (name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                (Date)

_____
(Signature of Declarant)
_____
(Name of Declarant)
_____
(name of business)
_____
(business address)
_____

**GOVERNMENT EXHIBIT**

**No. 5a**

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is ___Alice Quinn___.
<div style="margin-left:2em">(name of declarant)</div>

I am a United States citizen, and I am over 18 years of age. I am the a custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12-21-04___.
<div style="margin-left:2em">(Date)</div>

___Alice Quinn___
(Signature of Declarant)
___Alice Quinn___
(Name of Declarant)

___ADP, Inc.___
(name of business)

___One ADP Blvd___
(business address)
___Roseland, NJ 07068___

_____

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

<div style="border:1px solid black; display:inline-block; padding:4px; text-align:center">
<b>GOVERNMENT EXHIBIT</b><br>
<b>No. 6a</b>
</div>

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is  _Dennis J. Vendetti_
(name of declarant)

    I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

    I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

    (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of the regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _11.10.04_
(Date)

_(Signature of Declarant)_

_Dennis J. Vendetti_
(Name of Declarant)

_Commercial Settlements, Inc_
(name of business)

_1015 15th Street, N.W # 300_
(business address)

_Washington, DC 20005_

**GOVERNMENT EXHIBIT**

**No. 8a**

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is __Bruce A. Aguilera__ .
                (name of declarant)

       I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

       I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

       (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

       (2) were kept in the course of the regularly conducted business activity; and

       (3) were made by the regularly conducted business activity as a regular practice.

       I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4-8-04__ .
           (Date)

                                                   (Signature of Declarant)

                                             __Bruce A. Aguilera__
                                             (Name of Declarant)

                                             __Bellagio__
                                             (name of business)

                                             __3600 Las vegas Blvd. So.__
                                             (business addressd)

> **GOVERNMENT EXHIBIT**
>
> **No. 10a**

                                             __Las Vegas, NV 89109__

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

*Bruce A. Aguilera*
VICE PRESIDENT AND GENERAL COUNSEL

VIA CERTIFIED MAIL
7000 1670 0003 9274 5694
AND VIA FACSIMILE


April 8, 2004


Mark Dubester, AUSA
United States Attorney's Office
555 4th Street, N.W., Room 5917
Washington, D.C. 20530

RE:    Subpoena for Records relating to:
       Norman Jemal, Douglas Jemal, Blake Esherick and Michael A. Lorusso

Dear Mr. Dubester:

Enclosed please find all of the records in our files that respond to the Subpoena for Records relating to the above referenced individuals (copy attached for your convenience) from Bellagio. In addition, please find the executed Declaration of Custodian of Records.

If you have any questions, or if I may be of further assistance, please do not hesitate to contact me.

Sincerely,

Bruce A. Aguilera

BAA/kla
Enclosures

P.O. BOX 7700, LAS VEGAS, NEVADA 89177-7700
phone 702-693-7206    fax 702-693-7145    hotel 702-693-7111    e mail baguilera@bellagioresort.com

*Bruce A. Aguilera*
VICE PRESIDENT AND GENERAL COUNSEL

VIA CERTIFIED MAIL
7000 1670 0003 9274 5717
AND FACSIMILE TRANSMISSION

April 9, 2004

Mark Dubester, Esq.
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., Room 5917
Washington, D.C. 20530

RE:    Subpoena for Documents for:
Norman Jemal, Douglas Jemal, Blake Esherick, and Michael A. Lorusso

Dear Mr. Dubaster:

In follow-up to my letter dated April 8, 2004, enclosed please find some additional Retail
Accounting records that respond to the Subpoena for Documents relating to the above
referenced individuals (copy attached for your convenience) from Bellagio.

If you have any questions, or if I may be of further assistance, please do not hesitate to
contact me at (702) 693-7202.

Sincerely,

Bruce A. Aguilera

BAA/dkd
Enclosures

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Frederick Brown_
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _9|3|04_ .
(Date)

_____
(Signature of Declarant)
_Frederick Brown_
(Name of Declarant)
_Brown Jewelers_
(name of business)
_1802 Reisterstown Rd_
(business address)
_Baltimore, MD 21208_

_____

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**GOVERNMENT EXHIBIT**

**No. 13a**

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Kenneth Meany_.
                (name of declarant)

    I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

    I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

    (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of the regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on _Oct. 8, 2004_.
                            (Date)

                                (Signature of Declarant)

                                Kenneth Meany
                                (Name of Declarant)

                                Am-Pat Inc dba Boot Barn
                                (name of business)

place of sale: 7265 Las Vegas Blvd. South  Las Vegas, NV. 89119
                                (business address)

office/records: 1636 W. Collins Ave.
                Orange, CA. 92867
                (714) 288-8181 x301

**GOVERNMENT EXHIBIT**

**No. 14a**

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Tony  HEGLER_ .
(name of declarant)

I am a United States citizen, and I am over 18 years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _APRIL  2, 2004_
(Date)

_Tony  Hegler_
(Signature of Declarant)

_TONY  HEGLER_
(Name of Declarant)

_BARBARY COAST HOTEL & CASINO_
(name of business)

_3595 LAS VEGAS BLVD S._
(business address)

_LAS VEGAS, NV  89109_

**GOVERNMENT EXHIBIT**

**No. 15a**

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is ___Janey Lacor___.
                  (name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/29/2004___.
                  (Date)

_____
(Signature of Declarant)
_____Janey Lacor_____
(Name of Declarant)

_____Demwin Inc._____
(name of business)

_____51 Minton Msn_____
(business address)

_____Wilwood, MA 02061_____

_____

**GOVERNMENT EXHIBIT**

**No. 16a**

___

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is ___DAVID  SAENZ___.
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10 / 20 / 04__.
(Date)

(Signature of Declarant)

DAVID  SAENZ
(Name of Declarant)   DIRECTOR  OF  OPERATIONS

HBL  LLC
(name of business)

8545  LEESBURG  PIKE
(business address)

VIENNA,  VA  22182

728-442-8200

**GOVERNMENT EXHIBIT**

**No. 17a**

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Marie Henderson_
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _November 10, 2004_
(Date)

_M. Henderson_
(Signature of Declarant)

_MARIE HENDERSON_
(Name of Declarant)

_American Express TRS Co. Inc._
(name of business)

_1801 NW 66th Ave, Ste 103_
(business address)
_Plantation, Fl. 33313_

_Jean E Ramsaran_

Jean E Ramsaran
My Commission DD312843
Expires April 22, 2008

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

Jean E Ramsaran
My Commission DD312843
Expires April 22, 2008

GOVERNMENT EXHIBIT

No. 60a

CO 293 (Rev. 8/91) Subpoena to Testify before Grand Jury

# United States District Court

FOR THE _____ **DISTRICT OF** _____ COLUMBIA

TO:    American Express Travel Related
          Services Company Inc.
          c/o CT Corporation System
          1025 Vermont Avenue, N.W.
          Washington, DC 20005

## SUBPOENA TO TESTIFY
## BEFORE GRAND JURY

**SUBPOENA FOR: DOCUMENT(S) OR OBJECTS**

IN RE: POSSIBLE VIOLATION OF:
18 U.S.C. § 1343

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA United States Courthouse Third & Constitution, N.W. Washington, D.C. 20530 | COURTROOM | 3rd Floor |
|---|---|---|---|
| | | | Grand Jury Number |
| | | DATE AND TIME | Thursday |
| | | | October 21, 2004 @ 9:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

Duces Tecum (Please bring with you/please furnish): *SEE ATTACHMENT.*

*COMPLIANCE MAY BE MADE BY MAILING THE RECORDS VIA CERTIFIED MAIL TO THE GRAND JURY VIA THE UNDERSIGNED ASSISTANT UNITED STATES ATTORNEY.*

☐ *Please see additional information on reverse.*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT
NANCY MAYER-WHITTINGTON

(By) Deputy Clerk

| | DATE | September 23, 2004 |
|---|---|---|
| | | USAO # 2003R01819 |
| | | SUBPOENA # 353339 |
| | | Preparer    LR |

This subpoena is issued upon application of the United States of America.

NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY
MARK H. DUBESTER, Assistant U.S. Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 5917
Washington, D.C. 20530    (202) 514-7986

* If not applicable, enter "none".

*U.S.GPO:1993-0-350-792/80398

**ATTACHMENT**
**to Grand Jury Subpoena**

---

Subpoena for: American Express Travel Related
Services Company Inc.

Subpoena # / Prepared by:353339/LR

September 23, 2004

---

Account statements for the account of Sabra Gould/Sabra Quinn, to include account 3715-604920-31004 (see attached statements), from January 1, 2001 through June 30, 2003. Note: This account may be in the name of Douglas Development Corporation, with Sabra Gould/Sabra Quinn an authorized signor.

Account statements for all accounts of Douglas Jemal, dob 11/1/42, ssn 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, and/or on which Douglas Jemal is a signor, including all accounts of "Douglas Development Corporation," 702 H Street NW, Washington DC.   Said account are to include account 3713-825976-33000 (see attached statement).

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _PATTY WILLIAMS_.
<span>(name of declarant)</span>

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10-13-04_.
<span>(Date)</span>

_Patty Williams_
(Signature of Declarant)
_PATTY WILLIAMS_
(Name of Declarant)
_BB&T_
(name of business)
_4320 KAHN DRIVE_
(business address)
_LUMBERTON, NC 28358_

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**GOVERNMENT EXHIBIT**

**No. 36a**

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Patty Williams_ .

(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1-4-05_ .

(Date)

_Patty Williams_

(Signature of Declarant)

**Patty K. Williams**
Branch Operations Specialist II

**BB&T**    **Branch Banking & Trust Co.**

Mailcode: 151-90-01-10
4320 Kahn Drive (28358)
P.O. Box 1489
Lumberton, NC 28359-1489
(910) 272-4229
Fax (910) 272-2723
pwilliams@BBandT.com

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**GOVERNMENT EXHIBIT**
**No. 37a**

DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is ___Linda Lacy___.
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/7/04___.
(Date)

_____
(Signature of Declarant)
___Linda Lacy___
(Name of Declarant)

___EagleBank___
(name of business)

___11961 Tech Rd___
(business address)

___Silver Spring, MD 20904___

_____

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

GOVERNMENT EXHIBIT
No. 38a



December 20, 2004

Mark H. Dubester
United States Attorney's Office
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20530

Re: Blake Esherick Subpoena

Dear Mr. Dubester:

In response to your subpoena regarding Blake Esherick, I have enclosed the copies of the items requested per your faxed letter dated December 10, 2004. A couple of the items you underlined were actually returned checks credited back to the account and the statement description provided the specific check number. There is no paper document since our overdraft system will process the credit back to the account.

My fax number is 301-622-7622. If you have any questions, please contact me directly at 301-628-4706.

Sincerely,

Linda M. Lacy
Vice President
Deposit Operations

Enclosures

7815 Woodmont Ave.
Bethesda, MD 20814
301-986-1800
Fax 301-986-8529

GOVERNMENT EXHIBIT
No. 38C
U.S. v. Jemal - Cr. No. 05-359 (RMU)

**THE ADAMS NATIONAL BANK**

January 11, 2005

Mark H. Dubester, AUSA
U. S. Attorney's Office
555 Fourth Street, N.W.
Room 5917
Washington, D. C.    20530

Subject:     USAO No. 2003R01819
             Subpoena No. 366974
             Blake Esherick

Dear Mr. Dubester:

Copies of all documents required pursuant to the above subject subpoena are enclosed.

Please feel free to contact the writer should you require any additional information.

Sincerely,

Betty J. Serrano
Senior Vice President
Operations & Compliance

/s

Enclosures:  As mentioned above.

# DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is __Linda Lacy__ of __EagleBank__.
              (Name of Declarant)        (Name of Business)

I am a United States citizen, and I am over 18 years of age.    I am the
__VP__ of the business named below, or I am otherwise qualified
as a result of my position with the business named below to make this declaration.

I am in receipt of a **United States District Court Trial Subpoena**, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

Are from __1/28/03__ to __2/7/03__, and are the records for
        date          date
__Blake Esherick__ including the account
                Name
number(s): __0100005784__.

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/8/06__.
            (Date)

__Linda Lacy__
(Signature of Declarant)
__Linda Lacy__
(Name of Declarant)
__EagleBank__
(name of business)
__11961 Tech Rd__
(business address)
__Silver Spring__
__MD 20904__

38₺

---

[1]

As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## CERTIFICATION

I, **Betty J. Serrano, Senior Vice President**, do hereby certify under penalties of perjury that I am the Custodian of Records for the **Adams National Bank** and that the attached documents are true and accurate copies of our business records, made, maintained and/or prepared by our company in the course of regularly conducted business activity.

It is further certified that the records were made at or near the time of the occurrence of the matters set forth, by a person with knowledge or from information transmitted by a person with knowledge of those matters. The records were made and kept in the course of regularly conducted business activity and it is a regular practice of our company to make and keep such records.

_____
Betty J. Serrano, Senior Vice President

SUBSCRIBED AND SWORN to before me this _12_ day of _JANUARY_ 2004 5

_____
Notary Public
My Commission Expires- 9/30/08

**GOVERNMENT EXHIBIT**
# No. 40a

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _____Robert Graham_____.
          (name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____6/22/2004_____.
            (Date)

_____Robert Graham_____
(Signature of Declarant)

_____Robert Graham_____
(Name of Declarant)

_____Capital One Bank_____
(name of business)

_____11011 W. Broad St_____
(business address)
_____Glen Allen, Va  23060_____

_____

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**GOVERNMENT EXHIBIT**

**No. 41a**

**PLEASE USE YOUR OFFICIAL LETTER HEAD**

**CERTIFICATION**

I, **[Your Name and Title]**, do hereby certify under penalties of perjury that I am the custodian of records for **[Name of Business]** and that the attached documents are true and accurate copies of our business records, made, maintained, and/or prepared by our company in the course of regularly conducted business activity.

It is further certified that the records were made at or near the time of the occurrence of the matters set forth, by a person with knowledge or from information transmitted by a person with knowledge of those matters. The records were made and kept in the course of regularly conducted business activity and it is a regular practice of our company to make and keep such records.

The attached documents are: [PLEASE LIST THE ITEMS YOU ARE PROVIDING TO THIS OFFICE]

_____
**[Your Name and Title]**

SUBSCRIBED AND SWORN to before me this 15 day of September 2005,

_____
Notary Public
My Commission Expires-

GOVERNMENT EXHIBIT
**No. 42a**
Cr. # 05-359 (RMU)

# BB&T

**Branch Banking & Trust Co.**

## Invoice for production of records

April 14, 2006

**Bill ID:** 23504

Please direct your payment to:

**TO:**

AUSA - WASHINGTON
Mark H. Dubester
555 Fourth Street, N.W.
Room 5114
Washington, DC 20001-

BB&T
Attn: Deposit Compliance
P.O. Box 1489
Lumberton, NC 28359-1489

Invoice reflects the costs for complying with your Demand or Request dated  April 05, 2006
and relating to Blake C Esherick.

Payment is due upon receipt of this invoice.  To ensure proper credit, enclose a copy of this invoice with your
payment.  Please direct inquiries to BB&T's  Deposit Compliance Department at (910) 272-4229.

| | | |
|---|---|---|
| 1. Search and processing costs: | | $16.50 |
|   1.5 hours at $11.00 per hour | | |
| 2. Reproduction costs: | | $7.25 |
|   29 pages at $0.25 per page | | |
| 3. Transportation costs: | | $0.00 |
|   (actual costs to retrieve and transport information requested) | | |
| 4. Computer costs: | | $0.00 |
|   (required time and necessary supplies) | | |
| 5. Witness fees: | | $0.00 |
| 6. Mileage fees: | | $0.00 |
| 7. Postage: | | $0.00 |
| 8. Adjustment: | | $0.00 |
|   (Carried forward from previous invoice or adjustment to current invoice) | | |
| 9. Amount Paid: | | $0.00 |

**TOTAL DUE**

$23.75

GOVERNMENT  EXHIBIT
**No. 43A**
U.S. v. Jemal - Cr. No. 05-359 (RMU)

### ACKNOWLEDGEMENT AND AGREEMENT TO PAY COSTS OF PRODUCTION

Acceptance of the enclosed documents will serve as your certification to Branch Banking & Trust that you agree not to use,
reproduce or disclose to any person or entity, the contents of any document which is not within the scope of the enclosed
Subpoena/Summons and your agreement to pay the above charges.  If you are unwilling to pay these charges, please return
the enclosed documents to BBT prior to any review of same.



**Bank of America**

Consumer Credit Card Division
Records and Retrievals – AZ9-503-02-10
1825 East Buckeye Rd.
Phoenix, AZ 85034

## DECLARATION OF CUSTODIAN OF RECORDS

I, Dora Garcia, declare that I am a designated duly authorized Custodian of Records for documents and/or information produced by Bank of America, N.A. (USA). The Bank reserves its right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records or information produced herein. I verify that the records produced herewith were:

A)   Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

B)   Kept in the course of regularly conducted activity; and

C)   Made by the regularly conducted activity as a regular practice, by the personnel of the business.

The enclosed records are true copies of Bank records as described in the subpoena or other legal order.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th of April 2006 in the City of Phoenix, State of Arizona.

_____

Legal Order Processing Representative   (602) 597-2169
**File No. 1280-19 APR06**

GOVERNMENT EXHIBIT

**GX - 44A**

Cr. #  05-359(RMU) - U.S. v. Jemal

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _JOAN J. MAHONEY_
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _12-9-04_ .
(Date)

_____
(Signature of Declarant)
_JOAN J. MAHONEY_
(Name of Declarant)
_REGIONAL TITLE & CORPORATED_
(name of business)
_1620 L ST N.W._
(business address)
_9TH FLOOR_
_WASH D.C. 20036_

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**GOVERNMENT EXHIBIT**
**No. 50a**

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _MARY L. QUEEN_ .
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _11-23-04_ .
(Date)

_Mary L. Queen_
(Signature of Declarant)
_MARY L. QUEEN_
(Name of Declarant)

_FIRST LIBERTY NATIONAL BANK_
(name of business)
_1146 19th ST NW_
(business address)
_WASHINGTON DC 20036_

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**GOVERNMENT EXHIBIT**

## No. 53a

TOTAL P.06

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Betty J Durrum_ .
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _11/29/04_ .
(Date)

_Betty J Durrum_
(Signature of Declarant)
_BETTY J. DERRAN_
(Name of Declarant)
_Adams National Bank_
(name of business)
_1130 Ct. Ope NW_
(business address)
_Suite 800_
_Washington DC 20036_

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**GOVERNMENT EXHIBIT**
# No. 54a

# DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is ____Sherrill P. Hood____ of __James Madison University__.
(Name of Declarant)                    (Name of Business)

I am a United States citizen, and I am over 18 years of age. I am the
____University Registrar____ of the business named below, or I am otherwise qualified
as a result of my position with the business named below to make this declaration.

I am in receipt of a **United States District Court Trial Subpoena**, signed by Assistant
United States Attorney Mark Dubester, requesting specified records of the business named below.
Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the
Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

**Are from** __September 1981__ **to** __May, 1985__, **and are the records for**
      date           date
____Blake C. Esherick____ **including the account**
         Name
**number(s):**_____.

(1) were made at or near the time of the occurrence of the matters set forth by, or from
information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 28, 2006__.
      (Date)

                             _Sherrill P. Hood_
                             (Signature of Declarant)

                             __Sherrill P. Hood__
                             (Name of Declarant)

                             __James Madison University__
                             (name of business)

                             __Office of the Registrar__
                             (business address)
                              __MSC 3528__

                             __Harrisonburg, VA 22807__

57A

---

[1]

  As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data
compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business,"
as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association,
profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _BETTY J SERRANO_
    (name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10/25/04_ .
    (Date)

_Betty J Serrano_
(Signature of Declarant)
_BETTY J SERRANO_
(Name of Declarant)
_Adams National Bank_
(name of business)
_1130 Connecticut Ave NW_
(business address)
_Suite 200_
_Washington DC 20036_

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**GOVERNMENT EXHIBIT**
## No. 61a

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _BETTY   J.   SERRANO_
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _September 30 2004_
(Date)

_Betty J Serrano_
(Signature of Declarant)
_BETTY  J.  SERRANO_
(Name of Declarant)

_ADAMS  NATIONAL  BANK_
(name of business)
_1130  CONNECTICUT AVE NW_
(business address)
_WASHINGTON  DC  20036_

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**GOVERNMENT EXHIBIT**

**No. 62a**

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _ANNA L FURlONG_ of **Wachovia Bank, N.A.,**
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the _Legal Processor_ of the business named below, or I am otherwise qualified as a result of <u>my</u> position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

**Are for the period of January 1, 2001 through December 31, 2004 for the account of:**

|  |  |
|---|---|
| ***Name:*** | ***Douglas Jemal*** |
| ***SSN:*** | ***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*** |
| ***DOB*** | ***11-01-1942*** |

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _March 25, 2005_
(Date)

_Anna L Furlong_
(Signature of Declarant)
_ANNA L FURlONG_
(Name of Declarant)

_Wachovia Bank_
(name of business)
_401 Market St_
(business address)
_Phila Pa 19106_

```
GOVERNMENT EXHIBIT
No. 64
U.S. v. Jemal-Cr. #05-359 (RMU)
```

[1]

As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid. 803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _GERARD S DON TO_ .
(name of declarant)

*ASSISTAN⁻ TO THE*

I am a United States citizen, and I am over 18 years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below.  Attached hereto are records responsive to the subpoena.  Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _3/24/04_ .
(Date)

_Gerard S Donto_
(Signature of Declarant)
_GERARD S. DON TO_
(Name of Declarant)

_AMERICAN EXPRESS_
(name of business)
_777 AMERICAN EXWY_
(business addressd)
_PLANTATION FL 33337_

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**GOVERNMENT EXHIBIT**
# No. 65a

HSBC ◆X◆

GOVERNMENT EXHIBIT

No. 68

Cr. # 05-359 (RMU) U.S. v. Jemal

August 9, 2004

AUSA Mark A. Dubester
US Attorney's Office
Criminal Division-Public Corruption Section
555 4th St. -NW 5th Fl
Washington, DC 20530
(202) 514-7986

Dear Mr. Dubester:

Subject Cayre Jemal's Peoples LLC:

The undersigned certifies being the custodian of the records to which this certificate is annexed, that these records are true and accurate photocopies of records maintained in the actual course of business of this institution, further, that it is this institution's ordinary business to maintain such records, that such records were made contemporaneously with the transactions stated therein, or within a reasonable time after said transaction.

| Exact Name on Account | A/C Number | Type | Period Covered |
|---|---|---|---|
| Cayre Jemal's Peoples LLC | 610-10236-2 | Checking | 1/1/01-6/30/03 |

Enclosed are copies of the signature card(s) and statements in regard to the above account for the period stated as requested.

Please refer to our enclosed retrieval letter as to the production of documents.

Although HSBC Bank USA, N.A has used it's best efforts to search for any deposit account listed in it's computerized records in responding to your Subpoena, you should be aware that not every banking account relationship is maintained in the computerized deposit account system.

As you know as of 03/29/99 Marine Midland Bank's name changed to HSBC Bank USA and effective 07/01/04 the name changed to HSBC Bank USA, N.A. All data needed to reconstruct monthly statements prior to our name change is housed in our computerized system, subsequently any statements reconstructed for periods prior to the name change, will be printed on HSBC Bank USA, N.A. statement letter head but still remain true and accurate reconstruction of the records.

HSBC Bank USA, National Association
P.O. Box 1145, Buffalo, NY 14240-1145

# HSBC

If we can be of further assistance, please contact us at (716) 841-5801.

Sincerely,

Bridgette Dukarm
Legal Assistant
Legal Processing Department

Enc.

GOVERNMENT EXHIBIT
No. 84
Cr. #  05-359 (RMU) U.S. v. Jemal

# CERTIFICATION

I, **Betty J. Serrano, Senior Vice President**, do hereby certify under penalties of perjury that I am the Custodian of Records for the **Adams National Bank** and that the attached documents are true and accurate copies of our business records, made, maintained and/or prepared by our company in the course of regularly conducted business activity.

It is further certified that the records were made at or near the time of the occurrence of the matters set forth, by a person with knowledge or from information transmitted by a person with knowledge of those matters. The records were made and kept in the course of regularly conducted business activity and it is a regular practice of our company to make and keep such records.

Betty J. Serrano, Senior Vice President

SUBSCRIBED AND SWORN to before me this _____ day of _____ 2005

Notary Public
My Commission Expires-

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is __GEORGE     GREEN__ of __SIMPLEX GRINNELL LP.__
    (Name of Declarant)             (Name of Business)

I am a United States citizen, and I am over 18 years of age.  I am the __Operations Manager__ of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

Are from __for the year 2001__, and are the records for
      (date)

__Douglas Development__ of other contractors including the account

number(s):

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/7/05__.
      (Date)

(Signature of Declarant)
__GEORGE  GREEN__
(Name of Declarant)

__SIMPLEX GRINNELL LP__
(name of business)

__9585  SNOWDEN RIVER PARKWAY__
(business address)
__COLUMBIA, MD  21046-1503__

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

530 A