UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                                  :     Crim. No. 05-359-01,-02, 0-3 (RMU)
                                  :
DOUGLAS JEMAL, et al

ORDER

Upon consideration of the Government's Motion in Limine to Exclude Proposed Expert Testimony of Richard Watkins, the Defendants' Opposition thereto and for good cause shown, it is this _____ of _____, 2006 ORDERED

That Mr. Watkins shall not be permitted to testify as to the opinions one, two, three and five set forth in the "Expert Disclosure [of Richard Watkins]."

_____
Ricardo M. Urbina
United States District Judge