## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Crim. No.  05-0359-1, -2, -3 (RMU) |
| | ) |
| DOUGLAS JEMAL, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**To The Clerk Of This Court And All Parties Of Record:**

Pursuant to LCvR 83.6(b) of the Local Rules, Lawrence B. Bernard, Esq. hereby withdraws as one of the counsel for Defendant Blake C. Esherick in the above-captioned case.

Carol Elder Bruce, Esq. and Paul Kemp, Esq. of Venable LLP will continue as counsel for Defendant Blake C. Esherick in the above-captioned case.

Respectfully submitted,

Lawrence B. Bernard  (D.C. Bar No. 181636)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C.  20004
Telephone:  (202) 344-4854
Facsimile:  (202) 344-8300

*Counsel for Defendant*
*Blake C. Esherick*

Date:   August 9, 2006

_/s/ Paul F. Kemp_
Paul F. Kemp (D.C. Bar # 922773)

_/s/ Carol Elder Bruce_
Carol Elder Bruce (D.C. Bar #202200)

Venable LLP
575 7th Street, N.W.
Washington, D.C.  20004
(202) 344-4000

**_Counsel for Defendant_**
**_Blake C. Esherick_**

Date:   August 9, 2006

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of August 2006, a true and complete copy of the foregoing *Notice of Withdrawal of Appearance* was served by the Court's DCD/ECF electronic filing system pursuant to LCvR 5.4(d)(1) on the following:

Mark H. Dubester, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

***Counsel for Plaintiff***

Michele A. Roberts, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

***Counsel for Defendant Douglas Jemal***

Stanley M. Brand, Esquire
Ross A. Nabatoff, Esquire
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005

***Counsel for Defendant Norman Jemal***

Reid H. Weingarten, Esquire
Erik L. Kitchen, Esquire
Brian M. Heberlig, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

***Counsel for Defendant Douglas Jemal***

Christopher B. Mead, Esquire
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C. 20036

***Counsel for Defendant Douglas Jemal***

_____
Teresa E. Huguley