# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

JOHN M. DOWD
202.887.4386/fax: 202-833-2292
jdowd@akingump.com

September 7, 2004

VIA FACSIMILE AND US MAIL

Mark H. Dubester
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20530

Re: Subpoenas to Douglas Development Corporation (DDC), Cayre Jemal's Gateway, and Jemal's Fairfield Farms

Dear Mr. Dubester:

This letter confirms your telephone call today with Jeff King regarding the three subpoenas to the above-referenced companies with due dates originally set for September 9, 2004. Thank you again for your courtesy in extending the deadline for complete production to September 20. As we discussed, we will produce to you on Monday, September 13, 2004, all of the document that are ready for production at that time. We will complete the production on the 20th.

Regarding your question about providing someone from Douglas Development to testify that the production constitutes a complete and compliant production following a diligent search, would you accept a letter from us in which we make that representation?

Thank you again for your courtesy and attention.

Sincerely,

John M. Dowd
Jeffrey M. King

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

JOHN M. DOWD
202.887.4386/fax: 202-833-2292
jdowd@akingump.com

September 13, 2004

VIA HAND DELIVERY

Mark H. Dubester
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20530

    Re:    Subpoenas to Douglas Development Corporation (DDC), Cayre Jemal's Gateway, and Jemal's Fairfield Farms

Dear Mr. Dubester:

This letter is accompanied by the transmittal of fourteen boxes of documents (Bates numbers DDC 000001-012605 and DDC 020001-040398) responsive to the three subpoenas issued by the Grand Jury to the three above-referenced companies. This delivery is the first of two productions, as we discussed.

We are producing the documents as they were maintained in the ordinary course of business. Although many documents fall into more than one requested category, for your convenience, the following is a _general_ guide to the Bates number ranges:

- Appraisals of 77 P Street and 4800 Addison Road:

    DDC 000001-000885

- 77 P Street and Cayre Jemal's Gateway related documents:

    DDC 000886-001244
    DDC 001746-004578
    DDC 005821-012605
    DDC 032907-033362
    DDC 034226-037448
    DDC 038830-039609
    DDC 039895-039899
    DDC 039988-040072

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

Mark H. Dubester
Assistant United States Attorney
September 13, 2004
Page 2

        DDC 040260-040366

- 4800 Addison Road and Jemal's Fairfield Farm related documents:

  DDC 000185-000885
  DDC 001245-001745
  DDC 037449-038618
  DDC 039610-039894
  DDC 039900-039987
  DDC 040388-040398

- Brokers files (not already included above) for Staubach and CB Richard Ellis:

  DDC 033363-033630
  DDC 040367-040387

- Bank records, bank reconciliations, and bank related documents for DDC, Gateway, and Fairfield:

  DDC 020001-026034
  DDC 027372-032906

- General ledgers for DDC, Gateway, and Fairfield:

  DDC 026035-027371

- International Builders, Global Furniture, and Fred Villegas related documents:

  DDC 004579-005820
  DDC 038619-038829

- Tatyana Agapova:

  DDC 040190-040216

- MCI Center suite's use by District employees:

  DDC 040217-040259

**AKIN GUMP**
**STRAUSS HAUER & FELD** LLP
Attorneys at Law

Mark H. Dubester
Assistant United States Attorney
September 13, 2004
Page 3

- Emails compiled by electronic search (all categories):

    DDC 033631-034220

- Word and Excel documents compiled by electronic search of hard drives and network (all categories):

    DDC 040073-040189.

We are working to complete the production and will provide the remaining responsive documents, as agreed, on Monday, September 20, 2004. Also on Monday, September 20, we will provide a Privilege Log reflecting any privileged documents we did not produce in today's or next Monday's productions.

Please let us know if you have any questions. Thank you.

Sincerely,

John M. Dowd
Jeffrey M. King

Enclosure (14 boxes)

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

JOHN M. DOWD
202.887.4386/fax: 202-833-2292
jdowd@akingump.com

September 20, 2004

VIA HAND DELIVERY

Mark H. Dubester
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20530

Re: Subpoenas to Douglas Development Corporation (DDC), Cayre Jemal's Gateway, and Jemal's Fairfield Farms

Dear Mr. Dubester:

This letter is accompanied by the transmittal of two boxes of documents (Bates numbers DDC 001887, DDC 012606-014585 and DDC 040399-041784) responsive to the three subpoenas issued by the Grand Jury to the three above-referenced companies. This delivery is the second of two productions, as we previously discussed. Document DDC 001887 was inadvertently left out of the first production and is included in today's delivery.

We are producing the documents as they were maintained in the ordinary course of business. Although many documents fall into more than one requested category, for your convenience, the following is a general guide to the Bates number ranges included in our total production. We have **bolded** below those ranges produced in today's production:

- Appraisals of 77 P Street and 4800 Addison Road:

  DDC 000001-000885

- 77 P Street and Cayre Jemal's Gateway related documents:

  DDC 000886-001244
  DDC 001746-004578
  DDC 005821-012605
  DDC 032907-033362
  DDC 034226-037448
  DDC 038830-039609

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

Mark H. Dubester
Assistant United States Attorney
September 20, 2004
Page 2


        DDC 039895-039899
        DDC 039988-040072
        DDC 040260-040366
        **DDC 014261-014584**

- 4800 Addison Road and Jemal's Fairfield Farm related documents:

        DDC 000185-000885
        DDC 001245-001745
        DDC 037449-038618
        DDC 039610-039894
        DDC 039900-039987
        DDC 040388-040398
        **DDC 012606-014260**

- Brokers files (not already included above) for Staubach and CB Richard Ellis:

        DDC 033363-033630
        DDC 040367-040387

- Bank records, bank reconciliations, and bank related documents for DDC, Gateway, and Fairfield:

        DDC 020001-026034
        DDC 027372-032906
        **DDC 040399-040528**

- General ledgers for DDC, Gateway, and Fairfield:

        DDC 026035-027371

- International Builders, Global Furniture, and Fred Villegas related documents:

        DDC 004579-005820
        DDC 038619-038829

AKIN GUMP
STRAUSS HAUER & FELD LLP
━━━━━━━━━ Attorneys at Law

Mark H. Dubester
Assistant United States Attorney
September 20, 2004
Page 3

- Tatyana Agapova:

    DDC 040190-040216

- MCI Center suite's use by District employees:

    DDC 040217-040259

- Emails compiled by electronic search (all categories):

    DDC 033631-034220

- Word and Excel documents compiled by electronic search of hard drives and network (all categories):

    DDC 040073-040189.

- Compensation, loans, and expense reimbursements for Douglas Jemal, Norman Jemal, and Blake Esherick:

    **DDC 040529-040720**

- DDC credit card records and other expense (including entertainment, food and travel) reimbursement records:

    **DDC 040721-041784**.

Also enclosed is a Privilege Log reflecting the documents we did not produce because of the attorney-client and/or work product privilege.

For your information, we have produced all responsive electronic documents (including emails) through December 31, 2003. We did not understand your subpoenas to call for any emails after that date. However, we have taken steps to preserve those electronic records nevertheless.

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

Mark H. Dubester
Assistant United States Attorney
September 20, 2004
Page 4

Finally, with respect to the request for signed IRS returns from Jemal's Fairfield or Jemal's Gateway, we did not locate any signed versions of such documents in the files of either of these companies (nor were such documents located in the files of Douglas Development).

Please let us know if you have any questions. Thank you.

Sincerely,

John M. Dowd
Jeffrey M. King

Enclosures (2 boxes)

# AKIN GUMP
## STRAUSS HAUER & FELD LLP
Attorneys at Law

JOHN M. DOWD
202.887.4386/fax: 202-833-2292
jdowd@akingump.com

December 15, 2004

VIA HAND DELIVERY

Mark H. Dubester
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20530

Re:   Subpoenas to Douglas Development Corporation (DDC)

Dear Mark:

This letter is accompanied by the transmittal of documents that are Bates labeled DDC 041785-042198, which are responsive to the Subpoena dated December 3, 2004 (subpoena number 365432) directed to Douglas Development Corporation. In further response to request number 2 in subpoena 365432, for your convenience, we direct your attention to previously produced documents DDC 026332-026565, 026566-026822, and 026823-027371, which contain all the detail for years 2001, 2002, and 2003 respectively. Today's production contains the same type of detail for years 1999 and 2000, per your request, as well as a chart of accounts for all years, also per your request.

Also enclosed with this letter are documents that are Bates labeled DDC 042199-042367, which are responsive to the separate Subpoena also dated December 3, 2004 (subpoena number 365433) also directed to Douglas Development Corporation. With respect to request number 1 (all loan and advance related documents for or for the benefit of Blake Esherick), we direct your attention to previously produced documents DDC 40594-40652, in addition to the documents produced today at DDC 042199-042287. With respect to request number 2 (loan related documents for Paul Millstein, we have produced those documents today as DDC 042288-042367. We are in the process of compiling some additional documents related to this request number 2 (Millstein) and will supplement this production next week.

Finally, as we have discussed on the telephone previously, we are in the process of compiling all of the documents in response to request number 3 (related to various invoices) and this has taken more time than the other requests. We plan to make that production to you, as discussed, before the end of next week. Thank you again for your consideration in providing this additional one week's time to complete the production.

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

Mark H. Dubester
Assistant United States Attorney
Decmeber 16, 2004
Page 2

If you have any questions about the production, please let us know. Thank you.

Sincerely,

John M. Dowd
Jeffrey M. King

Enclosures

cc:   Douglas Jemal (without enclosures)

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

JOHN M. DOWD
202.887.4386/fax: 202-833-2292
jdowd@akingump.com

December 23, 2004

VIA HAND DELIVERY

Mark H. Dubester
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20530

Re: Subpoenas to Douglas Development Corporation (DDC)

Dear Mark:

This letter is accompanied by the transmittal of documents that are Bates labeled DDC 042368-044602, which are responsive to the Subpoena dated December 3, 2004 (subpoena number 365433) directed to Douglas Development Corporation. Today's production supplements the production we made to you on December 16, 2004.

With respect to request number 2 (loan related documents for Paul Millstein), we refer you to Bates numbers DDC 042368 through 044374 in today's production.

With respect to request number 3, the following additional documents are being produced today as well:

- DDC 044375 through 044584 (related to the New Economy build out at 77 P Street);

- DDC 044585 through 044596 (related to a $38,000 invoice related to 77 P Street);

- DDC 044597 through 044601 (related to a $99,000 invoice related to 77 P Street); and

- DDC 044602 (related to a $100,000 invoice related to Addison Road).

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

Mark H. Dubester
Assistant United States Attorney
Decmeber 23, 2004
Page 2

To the extent any additional responsive documents are located, we will produce them to you as well. However, at this time, we believe we have produced all responsive documents in the company's possession.

If you have any questions about the production, please let us know. Thank you.

Sincerely,

John M. Dowd
Jeffrey M. King

Enclosures

cc:    Douglas Jemal (without enclosures)

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

**JOHN M. DOWD**
202.887.4386/fax: 202-833-2292
jdowd@akingump.com

**JEFFREY M. KING**
202.887.4347/fax: 202-833-2292
jking@akingump.com

January 13, 2005

VIA HAND DELIVERY

Mark H. Dubester
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20530

    Re:    Subpoenas to Douglas Development Corporation (DDC)

Dear Mark:

This letter is accompanied by the transmittal of documents that are Bates labeled DDC 044605-046785, which are responsive to the Subpoena dated December 27, 2004 directed to Douglas Development Corporation. The documents correspond to your numbered requests as follows:

- Request 1: DDC 044605 – DDC 044610

- Request 2: DDC 044616 – DDC 044633

- Request 3: DDC 044634 – DDC 044705. These include the specific checks listed in your request number 3 as examples. The cancelled checks for the following items were already produced by DDC and can be found at the following Bates labeled pages:

    o Check 96057 – DDC 021577

    o Check 102026 – DDC 023059

    o Check 103169 – DDC 041147

    o Check 104338 – DDC 041225

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

Mark H. Dubester
Assistant United States Attorney
January 13, 2005
Page 2

You also requested Check 99741 to American Express in the amount of $1243.08. Our search indicates that there is no check in this amount. We refer you to DDC 040983, a copy of a check to American Express on the same date for a larger amount. It appears the $1243.08 was part of that payment (see check stub).

- Request 4: DDC 044706 – DDC 045532. Please note that bates label DDC 044993 is not used (i.e., skipped) due to a labeling error on our part.

- Request 5: DDC 045533 – DDC 045578

- Request 6: DDC 045579 – DDC 045581. With respect to a number of the specific checks listed in request number 6, cancelled checks were previously produced at the following Bates pages:

    o Check 90250 – DDC 020089

    o Check 91058 – DDC 021016

    o Check 93906 – DDC 021329

    o Check 93907 – DDC 021329

    o Check 94256 – DDC 021131

    o Check 102582 – DDC 023862

- Request 7: DDC 045582 – DDC 046036

- Request 8: DDC 046037 – DDC 046785.

- Request 9: DDC 044611 – DDC 044615.

Also enclosed are documents Bates labeled DDC 046786 to 046863 and DDC 046867-046871. These are additional documents that are responsive to your previous subpoena to Cayre Jemal's Gateway LLC dated August 12, 2004 (specifically request number 1(e) therein, seeking records relating to commissions paid for any leases at 77 P Street). These documents supplement our earlier production.

AKIN GUMP
STRAUSS HAUER & FELD LLP
━━━━━━━━ Attorneys at Law

Mark H. Dubester
Assistant United States Attorney
January 13, 2005
Page 3


Additionally, we enclose documents Bates labeled DDC 046864 to 046866, which are additional documents responsive to your previous subpoena dated December 3, 2004 (specifically request number 3 seeking records related to a $38,000 invoice relating to 77 P Street). These documents supplement our earlier productions.

Finally, we also enclose an updated privilege log to reflect two documents not produced with today's production due to attorney-client privilege.

To the extent any additional responsive documents are located, we will produce them to you as well. However, at this time, we believe we have produced all responsive documents in the company's possession after conducting a diligent search.

If you have any questions about the production, please let us know. Thank you.

Sincerely,

John M. Dowd
Jeffrey M. King

Enclosures

cc:   Douglas Jemal (without enclosures)