UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 05-0359 (RMU) |
| DOUGLAS JEMAL,<br>NORMAN D. JEMAL, and<br>BLAKE C. ESHERICK | : |
| Defendants. | : |

**FILED**
AUG 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

On August 18, 2006, the government filed a motion for a pretrial ruling on (1) the admissibility of business records that the court has already ruled are authentic business records and (2) the authenticity of documents produced by Douglas Development Corporation. After considering the issues raised in the government's motion, it is this 21st day of August 2006, hereby

**ORDERED** that the defendants file a response to the government's motion on or before 3 p.m. on Tuesday, August 22, 2006.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge