UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-0359 (RMU) |
| | : | |
| DOUGLAS JEMAL, | : | Doc. No.: 114 |
| NORMAN D. JEMAL, and | : | |
| BLAKE C. ESHERICK | : | |
| | : | |
| Defendants. | : | |

**ORDER**

On August 18, 2006, the defendants filed a motion to compel the government to produce a witness list and all Jencks materials immediately. After considering the issues raised in the parties' briefs, it is this 21st day of August 2006, hereby

**ORDERED** that the government shall provide Jencks materials for twenty-five of its witnesses on or before August 29, 2006, and it is

**FURTHER ORDERED** that the government shall provide a witness list on or before August 29, 2006, and it is

**ORDERED** that the government shall provide Jencks materials for all current and former Douglas Development Corporation employees, consultants, and business partners following opening statements, provided that the government shall not call as one of its first seven witnesses anyone for whom it will be providing Jencks materials after opening statements.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge