UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| :--- | :--- | :--- |
| | : | |
| v. | : | Crim. No. 05-359-01, -2, -3 (RMU) |
| | : | |
| DOUGLAS JEMAL ET AL. | : | |

**GOVERNMENT'S FOLLOW-ON TO ITS NOTICE OF INTENT TO INTRODUCE
SELF-AUTHENTICATING DOCUMENTS PURSUANT TO RULE 902(11)**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this follow-on to its July 24, 2006, Notice of Intent to Introduce Self-Authenticating Documents Pursuant to Rule 902(11) ("Notice of Intent"). The Court, in its August 8, 2006, Order, overruled defendants' objections to the government's Notice and held that the documents listed in the notice were business records (except for handwritten notes on portions of the documents).

In its Notice of Intent, the government noted that there were a few exhibits "for which it will provide appropriate declarations in the near future." Notice of Intent at 8. The government hereby transmits the remaining certifications promised to be produced at a later date:

| Name of Entity | Description of Records | Exhibit No(s). |
| :--- | :--- | :--- |
| Smith Barney Citigroup | Retirement account records for Blake Esherick | 35 |
| Eagle Bank | Statements of Blake Esherick from 11/04 through 6/05 | 38f |
| Adams National Bank | Miscellaneous payroll account checks | 58 |
| Adams National Bank | Miscellaneous statements and transaction items of Douglas Development Corporation | 69 |
| Prime Pay Mid-Atlantic | Douglas Development Corporation W-2s for 1999-2001 | 91-95 |

| Verizon Wireless | Cell phone records for Michael Lorusso for 2001 and 2002 | 218A-L, 219A-M[1] |
| --- | --- | --- |
| Verizon Wireless | Douglas Development Corporation cell phone bills for Blake Esherick, Douglas Jemal, and Norman Jemal, 2001-3 | 220A-H, 221A-L, 228A-L |
| Morgan Stanley | Miscellaneous refinance records | 409, 410, 411, 412, 525 |

Those declarations are attached as Exhibit 1.

Subject to the Court's rulings on any objections to these exhibits not based on hearsay or authenticity, the government will move them into evidence as business records.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By: _____
Mark H. Dubester, D.C. Bar No. 339655
Timothy G. Lynch, D.C. Bar No. 456506
Assistant United States Attorneys
555 4th Street, NW
Room 5233
Washington, D.C. 20530
(202) 353-4862

---

[1] These two exhibits include documents produced as part of one production. Government Exhibit No. 218A consists of records for 2001; and Exhibit No. 219A consists of records for 2002.

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that, on this 5th day of September, 2006, I caused to be served by electronic filing a copy of the foregoing notice to:

| | |
|---|---|
| Michele A. Roberts, Esquire<br>Jeffrey M. King, Esquire<br>Counsel for Douglas Jemal<br>Akin Gump Straus Hauer & Feld LLP<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036 | Paul F. Kemp, Esquire<br>Counsel for Blake C. Esherick<br>Venable LLP<br>One Church Street, Fifth Floor<br>Rockville, MD 20850 |
| Reid H. Weingarten, Esquire<br>Erik L. Kitchen, Esquire<br>Brian M. Heberlig, Esquire<br>Counsel for Douglas Jemal<br>Steptoe & Johnson<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036 | Carol Elder Bruce, Esquire<br>Lawrence B. Bernard, Esquire<br>Counsel for Blake C. Esherick<br>Venable LLP<br>575 Seventh Street, NW<br>Washington, D.C. 20004 |
| Christopher B. Mead, Esquire<br>Counsel for Douglas Jemal<br>London & Mead<br>1225 19th Street, NW, Suite 320<br>Washington, D.C. 20036 | Stanley McK. Brand, Esquire<br>Ross A. Nabatoff, Esquire<br>Counsel for Norman D. Jemal<br>Brand Law Group<br>923 15th Street, NW<br>Washington, D.C. 20005 |

                                                             */s/*<br>
                                            Timothy G. Lynch<br>
                                            Assistant United States Attorney