# EXHIBIT 1

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is **Andres Arroyo** of **Smith Barney**.
(Name of Declarant) (Name of Business)

I am a United States citizen, and I am over 18 years of age. I am the **Paralegal** of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

Are from _____ to _____, and are the records for **Blake Esherick** including the account number(s): **See below**.
(Name)

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **8/24/06**.
(Date)

**Accounts:**
628-47339 from 9/30/99 to 9/30/04
628-38868 from 1/30/94 to 6/30/00
628-38867 from 1/30/94 to 7/96

(Signature of Declarant)
**Andres Arroyo**
(Name of Declarant)
**Smith Barney**
(name of business)
**250 West St - 10th Fl**
**New York, NY 10013**
(business address)

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid. 803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is __Linda Lacy__ of __EagleBank__.
           (Name of Declarant)        (Name of Business)

I am a United States citizen, and I am over 18 years of age. I am the __VP__ of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/21/06__.
            (Date)

_(Signature of Declarant)_
__Linda M. Lacy__
(Name of Declarant)

__EagleBank__
(name of business)

__11961 Tech Rd__
(business address)

__Silver Spring, MD 20904__

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Patricia Scott_ of _Adams National Bank_
(Name of Declarant)                   (Name of Business)

I am a United States citizen, and I am over 18 years of age. I am the _Vice President of Operations_ of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

Are from _3/2000_ to _12/2003_, and are the records for _Douglas Development_ (Name) including the account number(s): _4326600l, 6030660l, 60218301, 6074010G_

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _August 21, 2006_
              (Date)

_Patricia Scott_
(Signature of Declarant)

_Patricia Scott_
(Name of Declarant)

_Adams National Bank_
(name of business)

_1627 K ST NW Lower Level_
(business address)

_Washington, DC 20006_

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid. 803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is ___John J Diamond___ of ___PrimePay Mid-Atlantic___
              (Name of Declarant)           (Name of Business)

I am a United States citizen, and I am over 18 years of age. I am the ___General Manager___ of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8-21-2006___.
             (Date)

___John J Diamond___
(Signature of Declarant)
___John J Diamond___
(Name of Declarant)

(name of business)    PrimePay Mid-Atlantic

(business address)    14900 Conference Ctr Dr
                      Suite 250
                      Chantilly VA 20151

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

# DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is __Angelique Dade__ of __*NeuStar, Inc. (Agent for Verizon Wireless   Cellco Partnership dba__
         (Name of Declarant)              (Name of Business)

I am a United States citizen, and I am over 18 years of age. I am the _____ of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

Are from __see__ to __below__, and are the records for _____ including the account number(s): _____.
         (Name)

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/23/06__.
            (Date)

Subscriber Info:
(202) 669-7505
(202) 365-4861
(202) 365-5898
(301) 717-5801
(301) 717-5260
(617) 645-0514

Tolls (Outgoing Calls) - Yrs 2001 and 2002
(202) 253-6001    (202) 744-2773
(202) 253-4955   (202) 744-2774
(202) 253-4563   (202) 744-2775
(202) 841-0063
(202) 365-5552
(301) 466-2599

(Signature of Declarant)
Angelique D. Dade
(Name of Declarant)
NeuStar, Inc.
(name of business)
46000 Center Oak Plaza
Sterling, VA 20166
(business address)

* NeuStar has acquired Fiducianet

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## Declaration of Cynthia Eckes

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is Cynthia Eckes. I am a United States citizen, and I am over 18 years of age. I am an Executive Director employed by Morgan Stanley & Co. Incorporated in the Securitized Products Group.

I hereby certify that, based upon information and belief and to the best of my knowledge, with regard to the records attached hereto, bearing production numbers MS00014, MS00021, MS00070-71, MS00934-936, MS01131, MS01133-1162, MS01175-1186 and MS01187-1188:

(1) The records were created or received by Morgan Stanley at or near the time of the occurrence of the matters set forth in the attached materials and were maintained in Morgan Stanley's files;
(2) The records were maintained by personnel in the Securitized Products Group at Morgan Stanley who had responsibility for and/or knowledge of the matters described in the records;
(3) The records were kept in the course of the regularly conducted business activity of the Securitized Products Group at Morgan Stanley; and
(4) The records were maintained by virtue of the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2006.

Signed: *[signature: Cynthia Eckes]*

Name: Cynthia Eckes

Tile: Executive Director

Company: Morgan Stanley & Co. Incorporated

Business Address: 1221 Avenue of the Americas

City and State: New York, NY 10020