UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) Crim. No. 05-0359-1, -2, -3 (RMU) |
| | ) |
| DOUGLAS JEMAL, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE THE
GOVERNMENT FROM ASSERTING THAT BLAKE ESHERICK
CREATED AND SUBMITTED THE $38,000 INVOICE**

Defendant Blake Esherick ("Mr. Esherick"), through counsel, files this motion *in limine* to preclude the government from asserting during opening statements that Mr. Esherick created the $38,000 invoice at issue in Count Four (Fraud in the First Degree) and submits as follows:

**I.   INTRODUCTION**

Count Four (Fraud in the First Degree) alleges that Mr. Esherick engaged in a scheme with intent to defraud the District of Columbia and to obtain for Douglas Development Corporation property of the District of Columbia by means of false and fraudulent pretenses, representations and promises and did obtain property of the District of Columbia. *See United States v. Jemal, et al.*, Indictment, Count Four. Count Four further alleges that as part of the scheme, Mr. Esherick created and submitted an invoice seeking payment to Douglas Development Corporation for $38,000 related to purported damage resulting from the move of the District of Columbia Department of Employment Services into 77 P Street, N.E., Washington, D.C., in late June 2001.

## II. ARGUMENT

The only evidence the government has produced that suggests that Mr. Esherick created the $38,000 invoice is the file path H:\LOGICUBE_DD-FAT32\Folders\Personal\BLAKE\DATA\INVOICE for DOES.doc stamped on Government Exhibit 310. This file path is insufficient to prove that Mr. Esherick created the $38,000 invoice.

As evidenced by the grand jury testimony of Eric Rosenkranz ("Rosenkranz") and Government Exhibit 304, the mere fact that a file path for a document includes a name does not mean that the named individual created the document. In his grand jury testimony produced to the defense as part of the *Jencks* material produced on August 31, 2006, Rosenkranz states that he created a spreadsheet that includes columns labeled "Attempted to Recover" and line items for $85,000 and $100,000. *See United States v. Millstein*, grand jury testimony of Eric Rosenkranz, Jan. 10, 2006, pp. 22-23. The government has marked this spreadsheet as Government Exhibit 304, which includes the file path H:\LOGICUBE__DD-FAT32\Folders\Personal\Galen\4800 addison road\money trail.xls. Thus, although Rosenkranz created this document, the file path for the document includes Galen Galentine's name. This evidence suggests that multiple individuals could access folders on the Douglas Development Corporation computers. The mere fact that an individual's name is on a file path does not mean that the individual necessarily created the document.

Further, despite producing evidence from the FBI related to the forensic examinations performed on the computers seized by the FBI, the government has produced no evidence suggesting that Mr. Esherick had exclusive access to the folder in which Government Exhibit 310, the $38,000 invoice, purportedly was located.

### III. CONCLUSION

The government has failed to produce any evidence that Mr. Esherick created the $38,000 invoice at issue. The evidence the government has produced suggests that the mere fact that an individual's name is on a file path does not mean that the individual necessarily created the document. Moreover, the government has produced no evidence suggesting that Mr. Esherick had exclusive access to the folder in which Government Exhibit 310, the $38,000 invoice, purportedly was located. For these reasons, the Court should preclude the government from asserting during opening arguments that Mr. Esherick created the $38,000 invoice.

Respectfully submitted,

_____
Paul F. Kemp (D.C. Bar # 922775)
Carol Elder Bruce (D.C. Bar #202200)
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000

Counsel for Blake Esherick

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September 2006, a true and complete copy of the foregoing was served via the Court's ECF filing system on the following:

Mark H. Dubester
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

Reid H. Weingarten
Erik L. Kitchen
Brian M. Heberlig
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

*Counsel for Defendant Douglas Jemal*

Michelle Roberts
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

*Counsel for Defendant Douglas Jemal*

Christopher B. Mead
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C. 20036

*Counsel for Defendant Douglas Jemal*

Stanley M. Brand
Ross Nabatoff
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005

*Counsel for Defendant Norman Jemal*

_____
Nancy McGrath