UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA              :
                                       :
          v.                           :   Criminal Action No.: 05-0359 (RMU)
                                       :
DOUGLAS JEMAL,                         :   Doc. No.: 115
NORMAN D. JEMAL, and                   :
BLAKE C. ESHERICK                      :
                                       :
          Defendants.                  :

## ORDER

It is this 5th day of August 2006, hereby

**ORDERED** that the government's opposition to defendant Esherick's motion in limine to preclude the government from asserting that Blake Esherick created and submitted the $38,000 invoice is due on or before 5 p.m. on August 6, 2006.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge