UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-0359 (RMU) |
| : | |
| DOUGLAS JEMAL, : | Doc. No.: 115 |
| NORMAN D. JEMAL, and : | |
| BLAKE C. ESHERICK, : | FILED |
| : | |
| Defendants. : | SEP 6 – 2006 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### O R D E R

On September 3, 2006, the government filed a motion to amend the court's order regarding the procedures for filing motions *in limine* during trial. After considering the issues raised in the parties' briefs, it is this 6th day of September 2006, hereby

**ORDERED** that the government's motion is granted in part and denied in part, and it is

**FURTHER ORDERED** that parties filing motions *in limine* during trial must certify in the first paragraph of such motions that they met and conferred with opposing counsel but were unable to resolve the issue without litigation, and it is

**ORDERED** that any moving party must notify opposing counsel of its intent to file a motion *in limine* on or before 9:00 pm on the day prior to filing the motion, and it is

**FURTHER ORDERED** that the parties must file the motions *in limine*, as well as the oppositions and replies, on ECF. The parties shall also send WordPerfect or Word versions of the motions, oppositions and replies, to the court's law clerks.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge