## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

          : 

       v.             :      Criminal Action No. 05-359 (RMU)

          :

DOUGLAS JEMAL,          :

NORMAN D. JEMAL, and      :

BLAKE C. ESHERICK        :

          :

       Defendants.       :

## O R D E R

On September 6, 2006, the government filed a motion to amend its Opposition to Defendant's Motion In Limine to Preclude the Government from Asserting that Blake Esherick Created and Submitted the $38,000 Invoice. After considering the issues raised in the parties' briefs, it is this _____ day of September 2006, hereby

**ORDERED** that the government's motion to amend is granted.

**FURTHER ORDERED** that the last sentence in the introductory paragraph of the government's opposition, and the final paragraph of the opposition, will be struck.

**SO ORDERED.**

_____

Ricardo M. Urbina

United States District Judge