UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
v.                                :    Criminal Action No. 05-359 (RMU)
                                  :
DOUGLAS JEMAL,                    :       #139
NORMAN D. JEMAL, and              :
BLAKE C. ESHERICK                 :       FILED
                                  :
          Defendants.              :       SEP - 7 2006
                                           NANCY MAYER WHITTINGTON, CLERK
                                           U.S. DISTRICT COURT

### ORDER

On September 6, 2006, the government filed a motion to amend its Opposition to Defendant's Motion <u>In Limine</u> to Preclude the Government from Asserting that Blake Esherick Created and Submitted the $38,000 Invoice. After considering the issues raised in the parties' briefs, it is this 7th day of September 2006, hereby

**ORDERED** that the government's motion to amend is granted.

**FURTHER ORDERED** that the last sentence in the introductory paragraph of the government's opposition, and the final paragraph of the opposition, will be struck.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge