UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

VS.

DOUGLAS JEMAL, ET AL.

CRIMINAL NO. 05-0359

FILED
SEP 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**QUESTION(S) FROM JURY TO WITNESS OR THE COURT**

When ~~on~~ more than one check is submitted on the same day for payment how are they cleared? (by date or amount)