UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No. 05-359 (RMU) |
| DOUGLAS JEMAL,<br>NORMAN D. JEMAL, and<br>BLAKE C. ESHERICK | : | |
| Defendants. | : | |

## O R D E R

On September 15, 2006, defendant Douglas Jemal filed a motion in limine to preclude the government from introducing statements made by Blake Esherick to third parties about his income. After considering the issues raised in the parties' briefs, it is this ____ day of September 2006, hereby

**ORDERED** that the defendant's motion is denied.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge