UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

VS.

DOUGLAS JEMAL, ET AL.

CRIMINAL NO. 05-0359

FILED
SEP 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**QUESTION(S) FROM JURY TO WITNESS OR THE COURT**

1. Were the fees for DDC all NSF or for some (uncollected funds meaning)

2. The DDC statements shows deposits that might be uncollected funds at the time of check being presented

3. Did DDC have any overdraft protection or line of credit to cover NSF's at Eagle Bank?

CR 05-0359 US v Douglas Jemal, et al

4. ~~Did Blake repay any of the loans?~~

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.

CRIMINAL NO. 05-0359

DOUGLAS JEMAL, ET AL.

QUESTION(S) FROM JURY TO WITNESS OR THE COURT

1) How would you describe the day to day working environment in your work area, (with co-workers)

2) Were you ever concerned about your paycheck being returned for NSF.

CR 05-0359
US v Douglas Jemal,
ET AL