**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

SEP 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**VS.**

**CRIMINAL NO. 05-0359**

**DOUGLAS JEMAL, ET AL.**

**QUESTION(S) FROM JURY TO WITNESS OR THE COURT**

Bernal IS it a past practice of yours to just sign documents with out reading them?

If so why?

CR 05-0359
US v Douglas Jemal, Et Al

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

SEP 1 8 2006

**UNITED STATES OF AMERICA**

**VS.**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CRIMINAL NO. 05-0359**

**DOUGLAS JEMAL, ET AL.**

### QUESTION(S) FROM JURY TO WITNESS OR THE COURT

Ø (1)

Besides Mr. Esherick, who else did she received instruction or information when it came to invoices that she created or submitted.

↑ prepared ↑

(don't know right term to use)

CR 05-0359
U SA v Douglas Jemal, et Al.