UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.

DOUGLAS JEMAL, ET AL.

CRIMINAL NO. 05-0359

**QUESTION(S) FROM JURY TO WITNESS OR THE COURT**

I think Greg Leubar went to Sidwell with either my son or daughter — he / or his brother was in one of their classes in Middle School — I am not sure about high school

Juror #4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

VS.

DOUGLAS JEMAL, ET AL.

CRIMINAL NO. 05-0359

**FILED**

SEP 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### QUESTION(S) FROM JURY TO WITNESS OR THE COURT

09-21-06

#2)

Do you have to have a precentage of renters locked into leases before you agree to broker a deal with a developer or landlord and if so what precent.

2) How unusual is it for vendors to complain or non- to your company about delayed payment from developers/ or landlords.

CR 05-0359

US v Jemale, Et Al

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

VS.

DOUGLAS JEMAL, ET AL.

CRIMINAL NO. 05-0359

FILED
SEP 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### QUESTIONS FROM JURY TO WITNESS OR THE COURT

[Two lines of scribbled-out handwritten text]

1) WHO HIRED/SELECTED CONFIGURATION INC.? (MOVERS)

2) DID CONFIGURATION (MOVERS) GET BILLED FOR THE DAMAGES?

05-0359
USA V Jemal Et Al