UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
              v.                  :   Criminal Action No.: 05-0359 (RMU)
                                  :
DOUGLAS JEMAL,                    :   (Document # 166 + 168)
NORMAN D. JEMAL, and              :
BLAKE C. ESHERICK,                :   **FILED**
                                  :
              Defendants.         :   SEP 2 2 2006
                                  :
                                      NANCY MAYER WHITTINGTON, CLERK
                                      U.S. DISTRICT COURT

## ORDER

On September 22, 2006, defendants Douglas Jemal and Normal Jemal filed motions *in limine* to preclude the government from introducing evidence concerning certain financial matters. After considering the issues raised in the parties' briefs in light of Federal Rules of Evidence 401, 402 and 403, it is this 22nd day of September 2006 hereby

**ORDERED** that defendant Douglas Jemal's motion to exclude evidence of weekly $2,000 withdrawals from Douglas Development Corporation ("DDC") is **GRANTED,** and it is

**FURTHER ORDERED** that defendant Douglas Jemal's motion to exclude evidence of cash withdrawals from DDC is **DENIED,** and it is

**ORDERED** that defendant Norman Jemal's motion to exclude evidence of payments made by DDC to Norman Jemal's credit card bill is **GRANTED IN PART AND DENIED,** specifically, the government may admit this evidence to the extent that those payments relate to the purchase of items allegedly used to bribe Mr. Lorusso, and it is

**FURTHER ORDERED** that defendant Norman Jemal's motion to exclude evidence of cash compensation paid by DDC is **DENIED,** and it is

**ORDERED** that defendant Norman Jemal's motion to exclude evidence of cash withdrawals from DDC is **DENIED**.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge