# DDC Efforts to Lease 4800 Addison Road



GX 137

GX 231

GX 426

GX 501

GX 464 ■ also GX 247

GX 275

GX 230

| | | | |
|---|---|---|---|
| **SPINELLO** 14,400 sq.ft. | 3/99 | $800/mo. ($.67 per sq.ft.) | |
| **THOMAS TOURS** 3 acres plus garage | 12/99 | $10,000/mo. ($.92 per sq.ft.) | $120,000/yr. |
| **CAPITAL DISPATCH** 3 acres plus garage | 5/00 | $3,500 - $7,000/mo. ($.64 per sq.ft.) | $42,000 - $84,000/yr. |
| **AGGREGATE DIRT (offer)** 3.5 acres plus garage | 4/01 | $7,500/mo. ($.59 per sq.ft.) | $90,000/yr. |
| **DISTRICT OF COLUMBIA** 5 acres plus garage | 5/01 | $51,723/mo. ($2.75 per sq.ft.) | $620,675/yr. |
| **DISTRICT OF COLUMBIA** 8 acres plus garage | Summer 01 (amended) | $83,187.50/mo. ($2.75 per sq.ft.) | $998,250/yr. |
| **CONNEX** 4 acres plus garage | 2/05 | $12,500/mo. ($.86 per sq.ft.) | $150,000/year |