# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    VS.

DOUGLAS JEMAL, ET AL.

CRIMINAL NO. 05-0359

FILED

SEP 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## QUESTION(S) FROM JURY TO WITNESS OR THE COURT

~~WHAT WAS THE INTEREST RATE FOR THE LOANS TO DOUGLAS JEMEL 2.2 MIL~~

MR CAYRE SPOKE ABOUT A GATEWAY PROJECT. IN HIS TESTIMONY

WHAT "GATWAY" PROJECT?

I AM ON THE BOARD OF DIRECTORS OF THE ANACOSTIA ECONOMIC DEVELOPMENT CORPORATION, THAT HAS INTEREST IN THE "GATEWAY PROJECT" LOCATED AT MARTIN LUTHER KING JR AVE AND GOOD HOPE ROAD S.E. IF THE SAME PROJECT, IS THIS A PROBLEM FOR ME AS A JUROR?

No Problem— It's a different project.

J. Urbina

CR.O. 40 359
US v Douglas Jemal
et al