# EXHIBIT A

| | | | | OMB No. 1545-0074 |
|---|---|---|---|---|
| **SCHEDULE E** (Form 1040) Department of the Treasury Internal Revenue Service (99) | **Supplemental Income and Loss** (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.) ► Attach to Form 1040 or Form 1041. ► See Instructions for Schedule E (Form 1040). | | | **2001** Attachment Sequence No. **13** |

| Name(s) shown on return | Your social security number |
|---|---|
| DOUGLAS & JOYCE JEMAL | 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 |

**Part I   Income or Loss From Rental Real Estate and Royalties**  Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see page E-1). Report farm rental income or loss from Form 4835 on page 2, line 39.

| 1 Show the kind and location of each rental real estate property: | 2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of: • 14 days, or • 10% of the total days rented at fair rental value? (See page E-1.) | Yes | No |
|---|---|---|---|
| A RENTAL  619 BOULEVARD, SEASIDE HEIGHTS, NJ | A | | X |
| B RESIDENTIAL  FREDERICK MD | B | | X |
| C RESIDENTIAL  7910 RADNOR, BETHESDA MD | C | | X |

| | | Properties | | | Totals |
|---|---|---|---|---|---|
| **Income:** | | A | B | C | (Add columns A, B, and C.) |
| 3 Rents received | 3 | | | 30,000. | 3 |
| 4 Royalties received | 4 | | | | 4 |
| **Expenses:** | | | | | |
| 5 Advertising | 5 | | | | |
| 6 Auto and travel (see page E-2) | 6 | | | | |
| 7 Cleaning and maintenance | 7 | | | | |
| 8 Commissions | 8 | | | 2,500. | |
| 9 Insurance | 9 | | -61. | 647. | |
| 10 Legal and other professional fees | 10 | | | | |
| 11 Management fees | 11 | | | | |
| 12 Mortgage interest paid to banks, etc. (see page E-2) | 12 | | 3,862. | 11,940. | 12 |
| 13 Other interest | 13 | | | | |
| 14 Repairs | 14 | | | 2,366. | |
| 15 Supplies | 15 | | | | |
| 16 Taxes | 16 | 7,598. | 187. | | |
| 17 Utilities | 17 | | | 2,368. | |
| 18 Other (list) ►  SEE STATEMENT 9  SEE STATEMENT 10  SEE STATEMENT 11 | 18 | 1,796. | 192. | 1,225. | |
| 19 Add lines 5 through 18 | 19 | 9,394. | 4,180. | 21,046. | 19 |
| 20 Depreciation expense or depletion (see page E-3) | 20 | | | 7,516. | 20 |
| 21 Total expenses. Add lines 19 and 20 | 21 | 9,394. | 4,180. | 28,562. | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-3 to find out if you must file Form 6198 | 22 | -9,394. | -4,180. | 1,438. | |
| 23 Deductible rental real estate loss. Caution. Your rental real estate loss on line 22 may be limited. See page E-3 to find out if you must file Form 8582. Real estate professionals must complete line 42 on page 2 | 23 | -1,908. | -849. | | |
| 24 Income. Add positive amounts shown on line 22. Do not include any losses | | | | | 24 |
| 25 Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 ( ) |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 40 on page 2 | | | | | 26 |

121491 10-23-01   LHA   For Paperwork Reduction Act Notice, see Form 1040 Instructions.      10      Schedule E (Form 1040) 2001

11441011 758874 43150          2001.06000 JEMAL, DOUGLAS                43150    1