# EXHIBIT B

| SCHEDULE E (Form 1040) Department of the Treasury Internal Revenue Service (99) | Supplemental Income and Loss (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.) ▶ Attach to Form 1040 or Form 1041.   ▶ See Instructions for Schedule E (Form 1040). | OMB No 1545-0074 **2002** Attachment Sequence No. 13 |
|---|---|---|
| Name(s) shown on return DOUGLAS & JOYCE JEMAL | | Your social security number 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 |

**Part I   Income or Loss From Rental Real Estate and Royalties**   Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see page E-3). Report farm rental income or loss from Form 4835 on page 2, line 39.

| 1 | Show the kind and location of each rental real estate property: | 2 | For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of: • 14 days or • 10% of the total days rented at fair rental value? (See page E-3.) | Yes | No |
|---|---|---|---|---|---|
| A | RENTAL 619 BOULEVARD, SEASIDE HEIGHTS, NJ | | | A | X |
| B | RESIDENTIAL/OLD NATIONAL PIKE FREDERICK MD | | | B | X |
| C | RESIDENTIAL 7910 RADNOR, BETHESDA MD | | | C | X |

| | Income: | | Properties A | B | C | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| 3 | Rents received | 3 | | | 24,333. | 3 |
| 4 | Royalties received | 4 | | | | 4 |
| | **Expenses:** | | | | | |
| 5 | Advertising | 5 | | | | |
| 6 | Auto and travel (see page E-4) | 6 | | | | |
| 7 | Cleaning and maintenance | 7 | | | 703. | |
| 8 | Commissions | 8 | | | | |
| 9 | Insurance | 9 | | 254. | | |
| 10 | Legal and other professional fees | 10 | | | | |
| 11 | Management fees | 11 | | | | |
| 12 | Mortgage interest paid to banks, etc. (see page E-4) | 12 | | 6,772. | 12,888. | 12 |
| 13 | Other interest | 13 | | | | |
| 14 | Repairs | 14 | | | 561. | |
| 15 | Supplies | 15 | | | | |
| 16 | Taxes | 16 | 4,594. | 3,144. | | |
| 17 | Utilities | 17 | 448. | | 193. | |
| 18 | Other (list) ▶ SEE STATEMENT 11 SEE STATEMENT 12 | 18 | | 329. | 1,617. | |
| 19 | Add lines 5 through 18 | 19 | 5,042. | 10,499. | 15,962. | 19 |
| 20 | Depreciation expense or depletion (see page E-4) | 20 | 3,590. | 3,980. | 8,088. | 20 |
| 21 | Total expenses. Add lines 19 and 20 | 21 | 8,632. | 14,479. | 24,050. | |
| 22 | Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-5 to find out if you must file Form 6198 | 22 | -8,632. | -14,479. | 283. | |
| 23 | Deductible rental real estate loss. Caution. Your rental real estate loss on line 22 may be limited. See page E-5 to find out if you must file Form 8582. Real estate professionals must complete line 42 on page 2 | 23 | ( 3,082.)| ( 3,406.)| | |
| 24 | Income. Add positive amounts shown on line 22. Do not include any losses | | | | | 24 |
| 25 | Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 ( ) |
| 26 | Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 40 on page 2 | | | | | 26 |

221491 11-01-02   LHA   For Paperwork Reduction Act Notice, see Form 1040 instructions.   Schedule E (Form 1040) 2002

12

17251222 758874 43150          2002.07000 JEMAL, DOUGLAS                    43150__1