UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES,              ) <br> ) <br> v.                                    ) <br> ) <br> DOUGLAS JEMAL, et al.,   ) <br> ) <br>          Defendants.         ) <br> ) | Crim. No. 05-0359-1, -2, -3 (RMU) |

**REPLY MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE REGARDING THE RENT RECEIVED BY DOUGLAS JEMAL FROM HIS TENANTS AT 7910 RADNOR ROAD IN 2001 AND 2002**

The Court should grant Defendant Blake Esherick's motion *in limine* to preclude the government from introducing evidence regarding the rent received by Douglas Jemal from his tenants at 7910 Radnor Road in 2001 and 2002.

Evidence of the rent received by Douglas Jemal from his tenants at 7910 Radnor Road in 2001 and 2002 is irrelevant and cannot be used as a proxy to determine the fair market value of the house that Mr. Esherick lived in, as the government has offered no evidence that 7910 Radnor Road is comparable to 7804 Radnor Road, the house in which Mr. Esherick lived. Moreover, the record suggests that the various houses owned by Mr. Jemal on Radnor Road were

- 2 -

<u>not</u> comparable.

                                                Respectfully submitted,

                                                _____/s/_____

                                                Paul F. Kemp (D.C. Bar # 922773)
                                                Carol Elder Bruce (D.C. Bar #202200)
                                                Venable LLP
                                                575 7th Street, N.W.
                                                Washington, D.C.  20004
                                                (202) 344-4000

                                                Counsel for Blake Esherick

September 27, 2006