**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**VS.**

**DOUGLAS JEMAL, ET AL.**

FILED

SEP 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CRIMINAL NO. 05-0359**

**QUESTION(S) FROM JURY TO WITNESS OR THE COURT**

on a scale of 1-10, with 10 being extreme, what number would you give to the damage that you saw, as it relates to the movers.

CR 05-0359
US V Douglas Jemal,
ET Al.