UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES,<br><br>v.<br><br>DOUGLAS JEMAL, et al.,<br><br>Defendants. | )<br>)<br>)<br>)  Crim. No. 05-0359-1, -2, -3 (RMU)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendant's Motion *In Limine* To Preclude Testimony About The Amount Of Rent Douglas Jemal Received From His Tenants At 7910 Radnor Road In 2001 And 2002 And To Preclude The Government From Introducing Mr. Jemal's Personal Tax Returns for 2001 and 2002 To Demonstrate The Amount Of Rent Mr. Jemal Received From His Tenants At 7910 Radnor Road In 2001 And 2002, the Government's Opposition thereto, and the record in this case, it is hereby ORDERED that the Motion be and hereby is GRANTED.

SO ORDERED.

Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

- 2 -

copies to:

Mark H. Dubester, Esq.
Timothy Lynch, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W., Room 5917
Washington, D.C. 20001
Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

Michele A. Roberts
Jeffrey M. King
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036

Stan Brand
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005

Paul Kemp
Carol Bruce
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004