UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-0359 (RMU) |
| | : | |
| DOUGLAS JEMAL, | : | Doc. No.: 187 |
| NORMAN D. JEMAL, and | : | |
| BLAKE C. ESHERICK, | : | |
| | : | |
| Defendants. | : | |

FILED
SEP 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

**DENYING DEFENDANT BLAKE ESHERICK'S MOTION TO EXCLUDE TESTIMONY & EVIDENCE**

On September 27, 2006, defendant Esherick filed a motion to preclude the government from eliciting testimony as to the amount of rent defendant Douglas Jemal ("Mr. Jemal") charged his tenants at 7910 Radnor Road. Defendant Esherick also moves to preclude the government from introducing evidence of Mr. Jemal's tax returns from the years 2001 and 2002 for the purpose of establishing the amount of rent Mr. Jemal received from 7910 Radnor Road. After considering the issues raised in the parties' briefs, it is this 27th day of September, 2006, hereby

**ORDERED** that defendant Esherick's motion is **DENIED**.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge