UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.

CRIMINAL NO. 05-0359

DOUGLAS JEMAL, ET AL.

**QUESTION(S) FROM JURY TO WITNESS OR THE COURT**

9-28-06

Judge Urbina,

I would like to request an early dismissal on Friday October 6th at approximately 3:00 pm. I would like to attend the Holy Convocation at The House of The Lord Church in Brooklyn, NY that evening. It is an annual event at the church, church members travel from across the U.S. to attend. Please grant this request, as it is for religious reasons. Thank you for your consideration.

Sincerely,
Juror #9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

VS.

DOUGLAS JEMAL, ET AL.

CRIMINAL NO. 05-0359

FILED
SEP 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### QUESTION(S) FROM JURY TO WITNESS OR THE COURT

1- WHAT ARE THE DATES THAT DC USED 4800 ADDISON ROAD?
START AND END DATES
FIRST CAR IN       LAST CAR OUT

* ~~WHEN WAS THE FIRST~~ ~~LAST 2001~~

* ~~WHAT IS THE DATE OF THE DC IMPOUND LOT LAST OF INVOICE~~  4-88?
~~GOVT DOCUMENT # 299~~

CR 05-0359
USA
v.
Douglas Jemal, Et Al.