UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-0359 (RMU) |
| : | |
| DOUGLAS JEMAL, : | Document No.:    208 |
| NORMAN D. JEMAL, and : | |
| BLAKE C. ESHERICK, : | |
| : | |
| Defendants. : | |

FILED
OCT 4 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the government's motion *in limine*, the defendants' opposition, and the government's reply filed October 3, 2006, the court rules this 4th day of October 2006, that the government's motion is hereby **GRANTED**. The grand jury statement that the defendants wish to use to show "the material inconsistency between [Mr. Lorusso's] testimony about the cash he purportedly gave Ms. Carr and Ms. Carr's testimony about the cash she received from Mr. Lorusso" falls outside the purview of Federal Rule of Evidence 803(8)(c). Ms. Carr's grand jury testimony does not constitute "factual findings resulting from an investigation made pursuant to authority granted by law . . ." FED. R. EVID. 803(8)(c).

Moreover, the "'source of the information or other circumstances' may indicate a lack of trustworthiness" because Ms. Carr may have had a reason to downplay the amount of money she received.

**SO ORDERED.**

*/s/ Ricardo M. Urbina*
Ricardo M. Urbina
United States District Judge