# EXHIBIT 2



AM-PAT, Inc./BootBarn
1636 W. Collins Ave.
Orange, CA. 92867

GOVERNMENT EXHIBIT
No. 239

Doc #34
JMC
9-21-05

Thank you for giving us the opportunity to serve you. Customers like you are a pleasure. We would like you to know that we appreciate your business and the confidence you have placed in us.

*Thanks for shopping with*
*(W) -- Here's 10½ D's*
*Send back 10½ E    THANKS*
*SAOUL CALA*

239-0001

239-0001

BOOT BARN #17
7265 Las Vegas Blvd. So
Las Vegas, NV 89119
(702) 260-1888

KATHY
Boot Barn
702-
260-1888

Douglas Jemal
702 H NW Ste. 400
Washington DC
20001



Thank you
We appreciate your business!

239-0002

239-0002

# DOUGLAS DEVELOPMENT CORP
## 2002 FINANCINGS

| PROPERTY | LENDER | TYPE | AMOUNT |
|---|---|---|---:|
| 77 P STREET | MORGAN STANLEY | PERMANENT | 67,000,000 |
| 111 MASSACHUSETTS AVE | MERRILL LYNCH | INTERIM | 62,000,000 |
| 1025 F STREET | HSBC BANK | CONSTRUCTION | 42,000,000 |
| ATLANTIC/PACIFIC DEV SITE | CARRAMERICA | MEZZANINE | 22,500,000 |
| ATLANTIC/PACIFIC DEV SITE | PNC BANK | INTERIM | 21,000,000 |
| 910-916 F STREET | KEYBANK | CONSTRUCTION | 19,856,500 |
| SQUARE 517 | ARMY AIR FORCE MAA | INTERIM | 12,900,000 |
| 5457 TWIN KNOLLS ROAD | CITIZENS BANK | PURCHASE | 5,750,000 |
| 700/702 7TH STREET | FARMERS & MECHANICS | CONSTRUCTION | 5,600,000 |
| 4235 28TH AVE (SCUDERI BLDG) | CHINATRUST BANK | CONSTRUCTION | 5,600,000 |
| 12101 INDIAN CREEK CT | GE CAPITAL | PERMANENT | 4,800,000 |
| 450 H STREET | CIBC | PERMANENT | 4,800,000 |
| 4321 HARTWICK ROAD | MORGAN STANLEY | PERMANENT | 4,600,000 |
| 1023 31ST STREET | CIBC | INTERIM | 4,300,000 |
| 1424 K STREET | EQUITABLE BANK | INTERIM | 4,200,000 |
| 8TH & MAIN STREET | SOUTHERN FINANCIAL | PURCHASE | 3,400,000 |
| 8715 COLESVILLE ROAD | CHINATRUST BANK | FIXED | 3,300,000 |
| 6200 BALTIMORE AVENUE | CHINATRUST BANK | FIXED | 3,100,000 |
| 920-928 RHODE ISLAND AVE | ADAMS NATIONAL BANK | PURCH/CONST | 2,800,000 |
| 9111 EDMONSTON ROAD | SANDY SPRING BANK | FIXED | 2,700,000 |
| 806 CHANNING PLACE | ARMY AIR FORCE MAA | INTERIM | 2,325,000 |
| 119-125 NORTH WASHINGTON ST | RIGGS BANK | FIXED | 2,250,000 |
| 649 NEW YORK AVENUE | OBA BANK | PURCHASE | 1,750,000 |
| 640 NEW YORK AVE | ROYAL BANK OF PA | INTERIM | 1,700,000 |
| RIVERDALE PARK | RESOURCE BANK | PURCH/CONST | 1,250,000 |
| 825-829 7TH STREET | OBA BANK | INTERIM | 1,250,000 |
| 425 BRIGHTSEAT ROAD | UNITED BANK | ADDIT'L FUNDING | 900,000 |
| 331/341 N MARKET STREET | FARMERS & MECHANICS | PURCH/CONST | 900,000 |
| JEMAL'S BAY 50 | ROYAL BANK OF PA | INTERIM | 800,000 |
| 1100 6TH STREET | VIRGINIA COMMERCE | PURCH/CONST | 800,000 |
| 709-711 EAST FRANKLIN ST | SOUTHERN FINANCIAL | PURCHASE | 520,000 |
| 1428-1430 NORTH CAPITOL ST | ADAMS NATIONAL BANK | PURCHASE | 247,000 |
| 713 H STREET | RESOURCE BANK | INTERIM | 125,000 |
| | TOTALS | | 317,023,500 |

GOVERNMENT EXHIBIT
No. 243

243-0001
243-0001



Closed

GOVERNMENT EXHIBIT
No. 247
U.S. v. Jemal - Cr. No. 05-359 (RMU)

Aggregate Dirt Solutions



# AGGREGATE & DIRT SOLUTIONS, L.L.C.

7050 Chesapeake Road • Suite 204 • Landover Hills • MD • 20784

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** Norman Jemal | **FROM:** Helen Brennan |
| **COMPANY:** | **DATE:** |
| **FAX NUMBER:** 202-638-0303 | **TOTAL NO. OF PAGES INCLUDING COVER:** 4 |
| **PHONE NUMBER:** | **SENDER'S PHONE/FAX NUMBERS:** Ph: 301-577-9450  Fax: 301-918-4666 |
| **RE:** Addison Road | **YOUR REFERENCE NUMBER:** |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

*Document2*

LETTER OF INTENT

April 19, 2001

Mr. Douglas Jemal
Douglas Development
702 H. Street, NW
Washington, DC

    Re:    Back Acreage & Fenced portion of Yard – Out Building
           Fairfield Farms – 4800 Addison Road – Capitol Heights, MD

It is our intent to rent the above referenced property after control fill is placed by others. However, in order for us to utilize this property as a Asphalt Plant Facility, we will need a "Special Exception" from the County and this agreement would be contingent up receipt of such "Special Exception".

The following terms are to be included in this agreement:

- Description – Back acreage – Out Building – (5,000 sq. ft. and surrounding acreage of 12+/- "As is Condition").
- Upon acceptance of the letter of intent a deposit of $5,000 cash to be made payable to Maryland Title & Escrow, contact 301-773-6600 – Nancy Harris
- Additional deposit of $10,000 upon ratification of Lease.
- First rent payment due upon receipt of necessary permits from PG County. Lessee will compensate Lessor for any real estate taxes incurred while in permit process after placement of control fill is completed.
- Terms Five Years with 6-5 year options.
- Rent - $12,500 a month with increase at lease renewal option periods – **see attached schedule**. "Triple net lease"
- Contingency – limited to PG County permits for permitted uses under T-2 Heavy Industrial. Special Exception for Asphalt Plant is a contingency in this agreement – 12 months.
- Dennis Miller, Douglas Development is procuring cause of this lease
- This agreement is subject to a ratified lease agreement to be worked out by counsel.
- Representation for Lessor – Lane Potkin JD - 202-244-0600
- Representation for Lessee – Shelton Singer - 301-654-6523 – 7910 Woodmont Ave, #1205 – Bethesda, MD 20814

Thank you for your consideration.

_____      04-19-01
John Spivey, President                          Date:

_____      _____
Douglas Development                            Date:

LETTER OF INTENT

April 19, 2001

Mr. Douglas Jemal
Douglas Development
702 H. Street, NW
Washington, DC

    Re: Truck Building & Fence portion of Yard
          Fairfield Farms – 4800 Addison Road – Capitol Heights, MD

It is our intent to rent the above referenced property in its current "As Is Condition". However, in order for us to utilize this property as a Ready-mix Concrete Facility, we will need a "Special Exception" from the County and this agreement would be contingent up receipt of such "Special Exception".

The following terms are to be included in this agreement:

- Description – 12 Bay Truck Building (10,000 sq. ft. and surrounding acreage of 3.5 acres. "As is Condition").
- Upon acceptance of the letter of intent a deposit of $5,000 cash to be made payable to Maryland Title & Escrow, contact 301-773-6600 – Nancy Harris
- Additional deposit of $5,000 upon ratification of Lease.
- First rent payment due upon receipt of necessary permits from PG County. Lessee will compensate Lessor for any real estate taxes incurred while in permit process.
- **Terms Five Years with 6-5 year options.**
- Rent - $7,500 a month with increase at lease renewal option periods – see attached schedule. "Triple net lease"
- Contingency – limited to PG County permits for Special Exception – Ready-mix Concrete Plant.
- Dennis Miller, Douglas Development is procuring cause of this lease.
- This agreement is subject to a ratified lease agreement to be worked out by counsel.
- Representation for Lessor – Lane Potkin JD - 202-244-0600
- Representation for Lessee – Shelton Singer - 301-654-6523 – 7910 Woodmont Ave, #1205 – Bethesda, MD 20814.

Thank you for your consideration.

_____        04-19-01
John Spivey, President                                    Date:

_____        _____
Douglas Development                                      Date:

247-0004
247-0004

247-0005

247-0005