## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                :

        v.                :      Criminal Action No.:  05-0359 (RMU)

                                         :

DOUGLAS JEMAL,                :      Document No.:     223
NORMAN D. JEMAL, and                :
BLAKE C. ESHERICK,                :

**FILED**

                    :
        Defendants.                :

OCT 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

### DENYING THE DEFENDANTS' MOTION TO PREVENT THE GOVERNMENT FROM ELICITING TESTIMONY FROM D.C. GOVERNMENT OFFICIALS

On October 11, 2006, the defendants filed a motion requesting that the court prevent the government from eliciting testimony from D.C. government officials regarding their knowledge of the government's allegations.  Upon consideration of the defendants' motion, the government's opposition, and the defendants' reply, it is hereby **ORDERED** that the defendants' motion is **DENIED**.  The government's proposed line of questioning as to two D.C. government officials is admissible pursuant to Federal Rules of Evidence 401, 402, and 403.

    **SO ORDERED.**

                                       Ricardo M. Urbina
                                United States District Judge