UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES,**  )  <br>  )  <br>   v.   )  <br>  )  <br> **DOUGLAS JEMAL, ET AL.,**  )  <br>  )  <br>         **Defendants.**  )  <br>  ) | **Crim. No.  05-359-1, -2, -3 (RMU)** |

## ORDER

Upon consideration of Defendants' Motion For Judgment Of Acquittal On Count Five Of The Indictment, the Government's Opposition, and Defendants' Reply thereto, it is HEREBY ORDERED that Defendants' motion is GRANTED, and a judgment of acquittal is entered on Count Five of the Indictment.

SO ORDERED.

                                                                              _____
                                                                              Ricardo M. Urbina
                                                                              UNITED STATES DISTRICT JUDGE

copies to:

Mark H. Dubester, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

- 2 -

Stanley M. Brand
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005

Paul Kemp
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004