UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, )<br>)<br>v. )<br>)<br>DOUGLAS JEMAL, et al., )<br>)<br>Defendants. )<br>) | Crim. No. 05-359-1, -2, -3 (RMU) |

ORDER

Upon consideration of Defendants Douglas Jemal's and Blake Esherick's Motion for Judgment of Acquittal as to Count Eight (Tax Evasion), the Government's Opposition, Defendants' Reply thereto, and oral argument thereon, it is HEREBY ORDERED that Defendants' motion is GRANTED.

SO ORDERED.

Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

Copies to:

Mark H. Dubester, Esq.
Timothy Lynch, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W., Room 5917
Washington, D.C. 20001

Reid H. Weingarten
Brian Heberlig
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.

- 2 -

Washington, D.C. 20036-1795

Michele A. Roberts
Jeffrey M. King
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Stan Brand
Ross Nabatoff
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005

Paul Kemp
Carol Bruce
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004