UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

# FILED

OCT 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.

DOUGLAS JEMAL, ET AL.

CRIMINAL NO. 05-0359

## QUESTION(S) FROM JURY TO WITNESS OR THE COURT

① How did you come to meet Michael Lorusso?

② With a successful Business prior to meeting (him) M. Lorusso why did you get involved with his acts?

③ Did he ever "Demand" certain gift or acts from you? in Exchange for the acts for things that he would do for you?

CR 05-0359
U/S v Douglas Jemal

1- DID THE IRS DISCOVER ANY
OF THESE TAX FILING ERRORS
BEFORE THE INVESTIGATION OF
MR. ESHWICK AND DOUGLAS DEVELOPMENT
BEGAN.

CR 05-0359
US V Douglas Jemal



Does one have to declare
loans as income for the IRS?

How much money can be given
as a "gift" without having
to declare it as income?

CR OT 0359
US V Douglas Jemal