UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-0359 (RMU) |
| | : | |
| DOUGLAS JEMAL, | : | Document No.: 263 |
| NORMAN D. JEMAL, and | : | |
| BLAKE C. ESHERICK, | : | |
| | : | |
| Defendants. | : | |

FILED
OCT 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

### GRANTING THE DEFENDANTS' MOTION TO RECONSIDER

On October 18, 2006, the defendants filed a motion to reconsider the court's ruling excluding the Roberson Trucking bank records. Upon consideration of the defendants' motion, the government's opposition and the defendants' reply, and in light of the discrete representations made with respect to the reasonable inference to be drawn from the introduction of Roberson Trucking bank records for the months of August 2001 and October 2001, it is this 18th day of October, 2006 hereby

**ORDERED** that the defendants' motion is **GRANTED** and the defense may introduce those records[1] (i.e. the Roberson Trucking bank records for the months of August 2001 and October 2001).

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

---

[1] Interestingly enough, the defendants have changed the tenor of this request since it was made in oral arguments yesterday afternoon in that the defense represented (1) that this evidence was *not* going to "make or break the case" and (2) that the defense would need to introduce voluminous Roberson Trucking bank records in order to make its point. At this time, the defense has abandoned both these positions.