**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. 05-359 (RMU) |
| | : | |
| DOUGLAS JEMAL, | : | |
| NORMAN D. JEMAL, and | : | |
| BLAKE C. ESHERICK | : | |
| | : | |
| Defendants. | : | |

## O R D E R

On October 20, 2006, defendants filed a motion to strike certain redirect testimony of

Michael Lorusso and to preclude the government from making arguments to the jury based on the

challenged testimony. After considering the issues raised in the parties' briefs, it is this ____ day

of October 2006, hereby

**ORDERED** that the defendants' motion is denied as untimely and unwarranted.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge