UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :   Criminal Action No.: 05-0359 (RMU)
                                  :
DOUGLAS JEMAL,                    :
NORMAN D. JEMAL, and              :   **FILED**
BLAKE C. ESHERICK,                :
                                  :   OCT 2 6 2006
            Defendants.           :
                                  :   NANCY MAYER WHITTINGTON, CLERK
                                      U.S. DISTRICT COURT

## VERDICT FORM

## COUNT ONE - CONSPIRACY

### Defendant Douglas Jemal

(a)   How do you find the defendant, Douglas Jemal, as to Count One of the Indictment, Conspiracy to Commit Bribery?

           Not Guilty **X**     Guilty _____

If your verdict is Guilty, do not consider the lesser-included count of Conspiracy to Pay Unlawful Gratuities. If your verdict above is Not Guilty, then reach the following verdict:

(b)   How do you find the defendant, Douglas Jemal, as to Count One of the Indictment on the lesser-included count of Conspiracy to Pay Unlawful Gratuities?

           Not Guilty **X**     Guilty _____

**Defendant Norman Jemal**

(a)     How do you find the defendant, Norman Jemal, as to Count One of the Indictment, Conspiracy to Commit Bribery?

   Not Guilty **X**     Guilty_____

If your verdict is Guilty, do not consider the lesser-included count of Conspiracy to Pay Unlawful Gratuities. If your verdict is Not Guilty, then reach the following verdict:

(b)     How do you find the defendant, Norman Jemal, as to Count One of the Indictment on the lesser-included count of Conspiracy to Pay Unlawful Gratuities?

   Not Guilty **X**     Guilty_____

**Defendant Blake Esherick**

(a)     How do you find the defendant, Blake Esherick, as to Count One of the Indictment, Conspiracy to Commit Bribery?

   Not Guilty **X**     Guilty_____

If your verdict is Guilty, do not consider the lesser-included count of Conspiracy to Pay Unlawful Gratuities. If your verdict is Not Guilty, then reach the following verdict:

(b)     How do you find the defendant, Blake Esherick, as to Count One of

the Indictment on the lesser-included count of Conspiracy to Pay Unlawful Gratuities?

Not Guilty **X**   Guilty_____

## COUNT TWO - BRIBERY

### Defendant Douglas Jemal

(a) How do you find the defendant, Douglas Jemal, as to Count Two of the Indictment, Bribery?

Not Guilty **X**   Guilty_____

If your verdict is Guilty, do not consider the lesser-included count of Payment of Unlawful Gratuities. If your verdict above is Not Guilty, then reach the following verdict:

(b) How do you find the defendant, Douglas Jemal, as to Count Two of the Indictment on the lesser-included count of Payment of Unlawful Gratuities?

Not Guilty **X**   Guilty_____

### Defendant Norman Jemal

(a) How do you find the defendant, Norman Jemal, as to Count Two of the Indictment, Bribery?

Not Guilty **X**   Guilty_____
3

the Indictment on the lesser-included count of Conspiracy to Pay Unlawful Gratuities?

Not Guilty **X**   Guilty_____

## COUNT TWO - BRIBERY

### Defendant Douglas Jemal

(a) How do you find the defendant, Douglas Jemal, as to Count Two of the Indictment, Bribery?

Not Guilty **X**   Guilty_____

If your verdict is Guilty, do not consider the lesser-included count of Payment of Unlawful Gratuities. If your verdict above is Not Guilty, then reach the following verdict:

(b) How do you find the defendant, Douglas Jemal, as to Count Two of the Indictment on the lesser-included count of Payment of Unlawful Gratuities?

Not Guilty **X**   Guilty_____

### Defendant Norman Jemal

(a) How do you find the defendant, Norman Jemal, as to Count Two of the Indictment, Bribery?

Not Guilty **X**   Guilty_____

If your verdict is Guilty, do not consider the lesser-included count of Payment of Unlawful Gratuities. If your verdict is Not Guilty, then reach the following verdict:

(b)    How do you find the defendant, Norman Jemal, as to Count Two of the Indictment on the lesser-included count of Payment of Unlawful Gratuities?

Not Guilty **X**    Guilty_____

**<u>Defendant Blake Esherick</u>**

(a)    How do you find the defendant, Blake Esherick, as to Count Two of the Indictment, Bribery?

Not Guilty **X**    Guilty_____

If your verdict is Guilty, do not consider the lesser-included count of Payment of Unlawful Gratuities. If your verdict is Not Guilty, then reach the following verdict:

(b)    How do you find the defendant, Blake Esherick, as to Count Two of the Indictment on the lesser-included count of Payment of Unlawful Gratuities?

Not Guilty **X**    Guilty_____

## COUNT THREE - MAIL FRAUD

### Defendant Douglas Jemal

How do you find the defendant, Douglas Jemal, as to Count Three of the Indictment, Mail Fraud?

Not Guilty **X**   Guilty _____

### Defendant Norman Jemal

How do you find the defendant, Norman Jemal, as to Count Three of the Indictment, Mail Fraud?

Not Guilty **X**   Guilty _____

### Defendant Blake Esherick

How do you find the defendant, Blake Esherick, as to Count Three of the Indictment, Mail Fraud?

Not Guilty **X**   Guilty _____

## COUNT FOUR - WIRE FRAUD

### Defendant Douglas Jemal

How do you find the defendant, Douglas Jemal, as to Count Four of the Indictment, Wire Fraud?

Not Guilty _____   Guilty **X**

**Defendant Blake Esherick**

How do you find the defendant, Blake Esherick, as to Count Four of the Indictment, Wire Fraud?

Not Guilty _____    Guilty **X**

## COUNT FIVE - TAX EVASION (2001)

**Defendant Douglas Jemal**

How do you find the defendant, Douglas Jemal, as to Count Five of the Indictment, Tax Evasion (for 2001)?

Not Guilty **X**    Guilty _____

**Defendant Blake Esherick**

How do you find the defendant, BlakeEsherick, as to Count Five of the Indictment, Tax Evasion (for 2001)?

Not Guilty _____    Guilty **X**

6

**COUNT SIX- TAX EVASION (2002)**

**Defendant Douglas Jemal**

How do you find the defendant, Douglas Jemal, as to Count Six of the Indictment, Tax Evasion (for 2002)?

        Not Guilty **X**    Guilty _____

**Defendant Blake Esherick**

How do you find the defendant, Blake Esherick, as to Count Six of the Indictment, Tax Evasion (for 2002)?

        Not Guilty _____    Guilty **X**

**COUNT SEVEN -- TAX EVASION (2003)**

**Defendant Douglas Jemal**

How do you find the defendant, Douglas Jemal, as to Count Seven of the Indictment charging Tax Evasion (for 2003)?

        Not Guilty **X**    Guilty _____

**Defendant Blake Esherick**

How do you find the defendant, Blake Esherick, as to Count Seven of the Indictment, Tax Evasion (for 2003)?

Not Guilty **X**    Guilty _____

Foreperson sign and date the completed verdict form.

_____        10-26-06
Foreperson                                Date