## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

        : 

         v.          :      Criminal Action No.: 05-0359 (RMU)

        :

#3; BLAKE ESHERICK,          :

        :

      Defendant.          :

**FILED**

**OCT 2 6 2006**

**SENTENCING SCHEDULING ORDER[1]**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 26th day of October 2006,

ORDERED that the sentencing in this matter be set for _March 15, 2007_ at _10Am_; and it is

FURTHER ORDERED that the probation officer assigned to this case disclose the draft pre-sentence investigation report to the parties 30 business days[2] after the date of the court's referral; and it is

ORDERED that counsel submit objections (if any) to the probation officer within 8 business days of that disclosure; and it is

FURTHER ORDERED that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report within 8 business days of the submission of objections; and it is

ORDERED that any party wishing to submit a memorandum in aid of sentencing must do so no later than 8 business days after the probation officer discloses the final pre-sentence investigation report, with responses (if any) due 4 business days thereafter. These memoranda and any responses thereto must cite to supporting legal authority.

SO ORDERED.

Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.

[2] A "business day" is any day that is not a Saturday, Sunday, or "legal holiday" as defined by Federal Rule of Criminal Procedure 45(a).