UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-0359 (RMU) |
| : | #1 +#3 |
| DOUGLAS JEMAL, : | Document No.: 297 |
| NORMAN D. JEMAL, and : | |
| BLAKE C. ESHERICK, : | |
| : | |
| Defendants. : | |

**FILED**

OCT 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 31st day of October, 2006, hereby

**ORDERED** that the defendants' unopposed motion for extension of time is **GRANTED**, and it is

**FURTHER ORDERED** that any post-trial motions pursuant to Federal Rules of Criminal Procedure 29 and 33 shall be filed according to the following schedule:

- Defendants' motion is due on or before November 15, 2006

- Government's opposition is due on or before November 29, 2006

- Defendants' reply is due on or before December 6, 2006

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge