77 P Street - Application 1 - Tenant Improvements Commissions

| TENANT IMPROVEMENTS | Invoice # | Inv Date | Amount | Total |
|---|---|---|---|---|
| **Department of Transportation - 1st Floor** | | | | |
| James G. Davis Construction | S030711G | 11/20/02 | $240,000.00 | |
| James G. Davis Construction | S030711H | 11/20/02 | $75,000.00 | |
| Douglas Development | 80001-02 | 11/21/02 | $30,000.00 | |
| **Department of Mental Health - 1st Floor** | | | | |
| James G. Davis Construction | S030711E | 11/20/02 | $76,000.00 | |
| James G. Davis Construction | S030711F | 11/20/02 | $19,000.00 | |
| Douglas Development | 80001-02 | 11/21/02 | $9,500.00 | |
| **Department of Mental Health - 5th Floor** | | | | |
| James G. Davis Construction | S030711C | 11/20/02 | $303,200.00 | |
| James G. Davis Construction | S030711D | 11/20/02 | $47,375.00 | |
| James G. Davis Construction | S03069 | 10/31/02 | $471,321.00 | |
| James G. Davis Construction | S030416 | 08/31/02 | $140,176.00 | |
| Douglas Development | 80001-02 | 11/21/02 | $37,900.00 | |
| **Department of Human Services - 6th Floor** | | | | |
| James G. Davis Construction | S030711A | 11/20/02 | $1,269,600.00 | |
| James G. Davis Construction | S030711B | 11/20/02 | $198,375.00 | |
| Hickok Warner Fox | 02037.00-01 | 09/13/02 | $23,273.14 | |
| Hickok Warner Fox | 02037.00-02 | 10/03/02 | $70,816.40 | |
| Douglas Development | 80001-02 | 11/21/02 | $52,900.00 | |
| **Department of Transportation - Basement** | | | | |
| James G. Davis Construction | S030711I | 11/20/02 | $51,500.00 | |
| James G. Davis Construction | S030711J | 11/20/02 | $25,750.00 | |
| Douglas Development | 80001-02 | 11/21/02 | $10,300.00 | |
| **Total Tenant Improvements** | | | | $3,151,986.54 |

**COMMISSIONS**

| | | | | |
|---|---|---|---|---|
| **Department of Mental Health, 1st and 5th floors** | | | | |
| Staubach | 7114-1860-25101 | 09/04/02 | $221,776.00 | |
| **Department of Transportation, 1st and Basement** | | | | |
| MTD Real Estate Services | 100089 | 11/01/02 | $430,039.08 | |
| **Total Commissions** | | | | 651,815.08 |
| **Total Request** | | | | 3,803,801.62 |

*Deposit Account Status*
*Beginning Deposit Balance*   6,505,192.83
*Current Draw*   (3,803,801.62)
*Ending Deposit Balance*   2,701,391.21

MORGAN STANLEY CONFIDENTIAL

MS 01133

411-0002
411-0002



# Real Estate Services, LLC
## 202. 347.0004

Sales

Leasing

Construction
Management

Consulting

Mr. Blake C. Esherick  
Cayre/Jemal's Gateway, LLC  
C/O Douglas Development Corp.  
702 H Street, NW  
Suite 400  
Washington, DC 2001  

November 1, 2002  
Invoice # 100089

## INVOICE

Leasing commission for representation of DC Department of Transportation at 77 P Street, NE as follows:

| | | | |
|---|---|---|---|
| Year 1 | $ 1,400,000.00 | Year 6 | $ 1,435,305.00 |
| Year 2 | $ 1,326,000.00 | Year 7 | $ 1,464,011.00 |
| Year 3 | $ 1,352,520.00 | Year 8 | $ 1,493,291.00 |
| Year 4 | $ 1,379,570.00 | Year 9 | $ 1,523,157.00 |
| Year 5 | $ 1,407,162.00 | Year 10 | $ 1,553,620.00 |

Total Aggregate Rental    $14,334,636.00  
Commission Rate    3%

Total Commission    $430,039.08  
DUE IMMEDIATELY

OK/BCE  
11/21/02

Federal Tax Identification Number: <u>68-0518934</u>

6856 Eastern Ave., NW + Suite 217 + Washington, DC 20012

MORGAN STANLEY
CONFIDENTIAL

MS 01162

411-0031
411-0031