# CONTRACTOR'S LIEN RELEASE AND SUBORDINATION

TO: Cayre Jemal's Gateway, LLC, Owner; Douglas Development Corp., Manager; and each of their Officers, partners, employees and agents and their respective successors, assigns and personal representatives.

RE: Project: 77 P Street, NE – Dept of Transportation Lease
Application For Payment No. Final
Application For Payment Period Ending: 11/01/02

The undersigned warrants, represents and guarantees:

A. That the Amount Owed set forth below constitutes the entire value of all work performed and services rendered ("work" which term shall include without limitation labor, materials and equipment furnished and all other services which would entitle any person to any lien) in value of $1,000 or more by, through or under the undersigned with respect to the Project not heretofore paid for up to and including the period covered by the above Application For Payment (including without limitation all work related to disputed claims, if any, timely given to the Owner and Manager in writing in accordance with the Contract, the aggregate amount of which is set forth as disputed Claims below and is described on Exhibit A attached);

B. That all work covered by such Application has been incorporated into the Project and title thereto has passed to the Owner, or, in the case of materials and equipment stored at the site or at some other location previously agreed to by the Owner, title will pass to the Owner upon receipt of the Amount Owed by the undersigned, in each case free and clear of all liens, claims, security, interests or encumbrances; and

C. That no work covered by such Application will have been acquired subject to any agreement under which any interest therein or an encumbrance thereon is retained by the seller or any other person. These warranties representations are referred to as the lien payment warranties; are for the sole benefit of the persons named, and are not intended for and shall not relieve Contractors and persons claiming under them from any obligation or liability to perform their Contracts. Without limiting any other undertaking or agreement, the undersigned agrees to indemnify and hold harmless each and every one of the persons described above against all claims, damages, losses and expenses (including attorneys' fees) resulting from any breach of warranty or misrepresentation in connection with the lien and payments warranties.

The undersigned intends that this instrument shall be notice dissolving any lien which the undersigned may now have or be entitled to have on account of work performed up to and including the period preceding that covered by the above Application For Payment, except for the Disputed Claims amount, if any. If a Notice of Contract is filed by the undersigned, then the undersigned further hereby subordinates any lien which it may now including without limitation on account of the Amount Owed, except for and excluding the Disputed Claims amount.

Executed under seal as of this  5th  day of  December  20 02 .

Amount paid to Contractor by
Owner prior to the period covered
By the Above Application for Payment

$430,039.08

Amount Owed Contractor by
Owner as of the end of the
Period covered by the above
Application for Payment:

0.00

Contractor: MTD Real Estate Services LLC.

_____
Duly Authorized

Disputed claims included within
Amount owed, if any:
$ None

DEC 10 2002 12:14                    2026380503                    PAGE.08

MORGAN STANLEY
CONFIDENTIAL

MS 01181

525-0007

525-0007



# Real Estate Services, LLC
202 347.0004

Sales

Leasing

Construction Management

Consulting

# Memo

**To:** Dave Medding
**From:** Mike Rowe
**Date:** 12/10/2002
**Re:** Wiring Instructions

---

Our wiring instructions are as follows:

Credit: MTD Real Estate Services, LLC

Bank: Adams National Bank

Attn: Cindy Cheng 202.466.4090 ext. 180

City: Washington, DC

ABA:

6856 Eastern Ave., NW • Suite 217 • Washington, DC 20012

DEC 10 2002 12:14      2026380303      PAGE.09

MORGAN STANLEY CONFIDENTIAL

MS 01182

525-0008
525-0008