UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No. 05-359 (RMU)
:
DOUGLAS JEMAL, :
BLAKE C. ESHERICK :
:
Defendants. :

**FILED**
NOV 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Government's Unopposed Motion to File Opposition to Defendants Motion for Judgment of Acquittal in Excess of 20 pages, and upon consideration of the entire record, it is this **30th** day of **November**, 2006 hereby

**ORDERED** that the Government motion is **GRANTED**.

**SO ORDERED.**

_Ricardo M. Urbina_
Ricardo M. Urbina
United States District Judge