Joe,

First of all, I want to let you know that we are on the one yard line with our closing with the 77 P Street loan. We are down to the last few legal requirements, mostly related to entity formation and a couple of comments on the survey. As you know, we carved out the land on the North Capitol Street side of the project from the building, so we will now have this 2.5 acres of land unencumbered when we close. This took a little additional time, but as I'm sure you will agree was well worth it.

Regarding the holdback, this is not a case where we are just waiting for one floor or one of the tenants to complete their move in. The Building is Half Empty. If it were possible to have moved the tenants along quicker regarding their space planning and approvals, we would not have an issue here. However, we had to work with the D.C. Government and they moved much slower than had been originally projected.

The build-outs are now underway and the floors should begin delivering the first week of December. The funds will be released as the tenants take occupancy. I do not blame the lender for holding back money for the unoccupied floors, as they are selling the loan as part of a December securitization and must accommodate their B piece buyer and their concerns with the transaction. The truth is there is not nearly sufficient income in place to service anywhere near the total loan amount. This loan is paid from a lockbox and the lender needs evidence that sufficient funds will be in place when the payment is due. Although situations where tenants never take occupancy are rare, they do happen and any lender, especially as custodian of a large securitized loan pool, must take this into account.

Morgan Stanley was always up front with the issue of a hold-back if the space was not occupied – it was clearly stated in the term sheet (page 9, item 5) that you approved me to move forward with. My hope – and their hope – was that the progress on the build-out would be such that it would not be an issue, or that it would be minimal. However, we were at the mercy of the tenant and their timing. I can assure you we have been and will continue to progress as quickly as is humanly possible to get this done.

Regarding the notion that CS First Boston could jump in and loan $67 million immediately with no holdback, this idea is totally unrealistic. They have never seen the building, they have never seen the leases, they do not know that it is only half occupied, and you have never done a deal with them. That is all I feel I need to comment on that matter.

I do not have the exact holdback figure today, I will in the next couple days. When I have it I will tell you. I do not have the exact closing date today, I will in the next couple days. When I have it I will tell you. I would rather wait a couple days and give you precise information that give you an estimate subject to change.

<u>Joe, you are being emotional when you need to be logical. You will get every dollar back you have invested on this project, plus a distribution of excess funds, plus the funds you loaned on Square 670, plus monthly distributions of excess cash flow for years to come going forward. Plus you will own an additional 2.5 acres of prime developable land, debt free.</u>

The loan is on the verge of closing, at this point you need to sit back and accept the money as it is wired it to you. I will firm up the amounts and give you an accurate schedule of the timing in the coming days.

-----Original Message-----
From: CayreJoe@aol.com [mailto:CayreJoe@aol.com]
Sent: Tuesday, November 05, 2002 1:46 PM



To: Douglas Jemal
Subject: (no subject)

Doug,
I tried to call you today, however you were not in. I spoke to Jack B re the status of the 67M mortgage and he told me his opinion is it might close sometimes next week. He also said as the tenants fit outs are running late there will be a holdback on monies until all tenants are in, similair to the Finova loan on our other properties. Unfortunately this puts me in a very bad position as I have a time of the essense closing and I stand to lose a rather large cash deposit. You were so insistant on controlling getting this mortgage that I reluctantly said okay. If I had known you were going to run into these problems I would have completed what I was doing with First Boston. They assured me with signed leases there would be no holdback. If you want me to get them involved rigt now. I can do that and get us 67M within 4-6 weeks.
You have no idea what pressure I am now under, my Banks all think I am full of shit. .This did not close and Goodtmes did not close so I am in a serious cash bind. Jack B. said he thought he might know something soon on when the closing would be and how much they would give us on closing and how much they would hold in reserve. If you are uncomfortable with closing this with them for any reason give it back to me and I will get the job done with no reserves. Call me

