Mr. Blake C. Esherick
Cayre/Jemal's Gateway, LLC
C/O Douglas Development Corp.
702 H Street, NW
Suite 400
Washington, DC 2001

## INVOICE

Leasing commission for representation of DC Department of Transportation at 77 P Street, NE as follows:

| | | | |
|---|---|---|---|
| Year 1 | $ 1,400,000.00 | Year 6  | $ 1,435,305.00 |
| Year 2 | $ 1,326,000.00 | Year 7  | $ 1,464,011.00 |
| Year 3 | $ 1,352,520.00 | Year 8  | $ 1,493,291.00 |
| Year 4 | $ 1,379,570.00 | Year 9  | $ 1,523,157.00 |
| Year 5 | $ 1,407,162.00 | Year 10 | $ 1,553,620.00 |

Total Aggregate Rental     $14,334,636.00
Commission Rate            3%

Total Commission           $430,039.08
DUE IMMEDIATELY

**GOVERNMENT EXHIBIT**
**No. 324**
U.S. v. Jemal - Cr. No. 05-359 (RMU)

Federal Tax Identification Number: 68-0518934

**File: 77 P Street invoice.doc**
Full Path: H:\LOGICUBE_DD-FAT32\Folders\Personal\BLAKE\DATA\77 P Street invoice.doc
Modified: 11/20/2002 2:32:00 PM
Item Number: 313,085
Exported as:: 77 P Street invoice[313085].doc

324-0001
324-0001