UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. 05-359 (RMU) |
| | : | |
| DOUGLAS JEMAL, | : | |
| BLAKE C. ESHERICK | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of the Defendants' Motion for Judgment of Acquittal on Count Four or in the Alternative, For a New Trial, the Government's Opposition thereto, the Defendants' Reply, and upon consideration of the entire record, it is this ____ day of _____, 200_, hereby

**ORDERED** that the Defendants' motion is **DENIED.**

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge