UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 6 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim. No. 05-359, -01,-03 (RMU) |
| | : |
| DOUGLAS JEMAL, | : |
| BLAKE C. ESHERICK | : |
| | : |
| Defendants. | : |

ORDER

Upon consideration of the Government's Motion to File Amended Opposition to Defendants' Motion for Judgment of Acquittal, and upon consideration of the entire record, it is this 6th day of December, 2006 hereby

ORDERED that the Government's motion is GRANTED.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge