UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :    Crim. No. 05-359-01, -3 (RMU) |
| | : |
| DOUGLAS JEMAL, et al | : |

**GOVERNMENT'S OPPOSITION TO
DEFENDANTS' MOTION TO RESCHEDULE SENTENCING HEARING**

The United States, through its attorney, the United States Attorney for the District of Columbia, respectfully opposes Defendants' Motion to Reschedule Sentencing Hearing.

The sentencing in this case raises remarkably few legal issues, and there is thus no reason why the few legal issues cannot be handled on the pleadings, without oral argument. Certainly, to the extent there are common issues involved in the sentencings of defendants Esherick and Jemal, the defendants, for efficiency sake, should submit a joint pleading, and that pleading may be considered prior to the Esherick sentencing. However, the government does not see any reason why it is necessary that there be a separate day set aside for arguments, and, accordingly, the government does not believe it is necessary to move defendant Esherick's sentencing. (Moreover, this Court will have the benefit not only of a thorough pre-sentence report, but presided over a lengthy trial, and thus possesses extensive knowledge of these defendants.)

Now that defense counsel for Douglas Jemal has no conflict with respect to a March sentencing date, the government endorses moving forward the sentencing of Douglas Jemal, and would request that it be done in the week following the Esherick sentencing if such a date were available to the Court.

To accommodate the defendants' request for orderly litigation, the government proposes that the sentencing memoranda by both parties for both defendants, including legal memoranda,

be due no later than Monday, March 5, 2007, oppositions due on Friday, March 9, 2007, and any further replies due on Monday, March 12, 2007.[1]

WHEREFORE, the government requests that the defendants' Motion to Reschedule Sentencing Hearings be DENIED, but that the sentencing of Douglas Jemal be re-set to be held shortly after the sentencing of Blake Esherick.

RESPECTFULLY SUBMITTED,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: /s/

MARK H. DUBESTER, D.C. Bar No. 339655
TIMOTHY G. LYNCH, D.C. Bar No. 456506
ASSISTANT UNITED STATES ATTORNEYS
555 Fourth Street, N.W.,
Washington, D.C. 20530
Ph. (202) 514-7986

---

[1] Government counsel expects to be in trial in United States v. Brownell, Crim. No. 06-077 (RMU), when the sentencing memoranda would otherwise be due pursuant to the Court's Standing Order.