ESHE0740 05/04/2005 3:33 PM

**Form 1040X** (Rev. November 2002)

Department of the Treasury—Internal Revenue Service

## Amended U.S. Individual Income Tax Return
▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 2002, or fiscal year ended ▶

| | |
|---|---|
| Your first name and initial: BLAKE C | Last name: ESHERICK |
| If a joint return, spouse's first name and initial: | Last name: |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 6001 NEVADA AVE NW | Apt. no.: |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions.: WASHINGTON DC 20015 | |

Your social security number:
Spouse's social security number:
Phone number:
For Paperwork Reduction Act Notice, see page 6.

- **A** If the name or address shown above is different from that shown on the original return, check here ▶ ☒
- **B** Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No
- **C** Filing status. Be sure to complete this line. Note. You cannot change from joint to separate returns after the due date.
   On original return ▶ ☒ Single ☐ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)
   On this return ▶ ☐ Single ☐ Married filing jointly ☐ Married filing separately ☒ Head of household * ☐ Qualifying widow(er)
   * If the qualifying person is a child but not your dependent, see page 2.

#32

Use Part II on the back to explain any changes

**Income and Deductions (see pages 2-6)**

| | | A. Original amount or as previously adjusted (see page 2) | B. Net change—amount of increase or (decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 | Adjusted gross income (see page 3) | 66,000 | 55,398 | 121,398 |
| 2 | Itemized deductions or standard deduction (see page 3) | 59,899 | -1,108 | 58,791 |
| 3 | Subtract line 2 from line 1 | 6,101 | 56,506 | 62,607 |
| 4 | Exemptions. If changing, fill in Parts I and II on the back | 6,000 | | 6,000 |
| 5 | Taxable income. Subtract line 4 from line 3 | 101 | 56,506 | 56,607 |
| 6 | Tax (see pg. 4). Method used in col. C  Tables | 305 | 14,403 | 14,708 |
| 7 | Credits (see page 4) | 305 | -305 | |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 0 | 14,708 | 14,708 |
| 9 | Other taxes (see page 4) | | | |
| 10 | Total tax. Add lines 8 and 9 | | 14,708 | 14,708 |

**Payments**

| | | | | |
|---|---|---|---|---|
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 4 | 2,663 | | 2,663 |
| 12 | Estimated tax payments, including amount applied from prior year's return | | | |
| 13 | Earned income credit (EIC) | | | |
| 14 | Additional child tax credit from Form 8812 | 295 | -295 | |
| 15 | Credits from Form 2439, Form 4136, or Form 8885 | | | |
| 16 | Amount paid with request for extension of time to file (see page 4) | | | |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed | RECEIVED | | |
| 18 | Total payments. Add lines 11 through 17 in column C | | | 2,663 |

**Refund or Amount You Owe**

| | | | |
|---|---|---|---|
| 19 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS   0 5 1 7 2005 | | 2,958 |
| 20 | Subtract line 19 from line 18 (see page 5) | | -295 |
| 21 | Amount you owe. If line 10, column C, is more than line 20, enter the difference and see page 5 | | 15,003 |
| 22 | If line 10, column C, is less than line 20, enter the difference   IRS - PHILA., PA | | |
| 23 | Amount of line 22 you want refunded to you   008 | | |
| 24 | Amount of line 22 you want applied to your  estimated tax   24 | | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Your signature [signed]    Date 5/11/05    Spouse's signature. If a joint return, both must sign.    Date

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature [signed] | Date 5/4/05   Check if self-employed ☐ | Preparer's SSN or PTIN P00265359 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ DeLeon & Stang, CPA's  One Bank Street, Ste 240  Gaithersburg  MD 20878-1504 | | EIN 52-1373858  Phone no. 301-948-9825 |

DAA

Form **1040X** (Rev. 11-2002)

032-0001

| a Tax year/Form corrected 2002 / W-2 C | OMB No. 1545-0008 | Safe, accurate, FAST! Use IRS e-file | Visit the IRS Web Site at www.irs.gov. |
|---|---|---|---|
| b Employee's correct SSN | c Corrected name (if checked enter correct name in box e and complete box i) ☐ | d Employer's Federal EIN | |
| e Employee's first name and initial Blake C | Last name Esherick | g Employer's name, address, and ZIP code DOUGLAS DEVELOPMENT CORPORATION 702 H STREET, NW, SUITE 400 WASHINGTON, DC 20001 | |
| 6001 Nevada Avenue, NW Washington DC 20015 | | | |
| f Employee's address and ZIP code | | | |
| Complete boxes h and/or i only if incorrect on last form filed. ▶ | h Employee's Incorrect SSN | i Employee's name (as incorrectly shown on previous form) | |

Note: Only complete money fields that are being corrected (except MQGE).

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| 1 Wages, tips, other compensation 66,000.00 | 1 Wages, tips, other compensation 121,397.99 | 2 Federal income tax withheld | 2 Federal income tax withheld |
| 3 Social security wages 70,200.00 | 3 Social security wages 84,900.00 | 4 Social security tax withheld 4,352.40 | 4 Social security tax withheld 5,263.80 |
| 5 Medicare wages and tips 70,200.00 | 5 Medicare wages and tips 125,597.99 | 6 Medicare tax withheld 1,017.90 | 6 Medicare tax withheld 1,821.17 |
| 7 Social security tips | 7 Social security tips | 8 Allocated tips | 8 Allocated tips |
| 9 Advance EIC payment | 9 Advance EIC payment | 10 Dependent care benefits | 10 Dependent care benefits |
| 11 Nonqualified plans | 11 Nonqualified plans | 12a See instructions for box 12 | 12a See instructions for box 12 |
| 13 Statutory employee ☐ Retirement plan ☐ Third-party sick-pay ☐ | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick-pay ☐ | 12b | 12b |
| 14 Other (see instructions) | 14 Other (see instructions) | 12c | 12c |
| | | 12d | 12d |

### State Correction Information

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| 15 State MD | 15 State MD | 15 State | 15 State |
| Employer's state ID number 07051757 | Employer's state ID number 07051757 | Employer's state ID number | Employer's state ID number |
| 16 State wages, tips, etc. 66,000.00 | 16 State wages, tips, etc. 121,397.99 | 16 State wages, tips, etc. | 16 State wages, tips, etc. |
| 17 State income tax | 17 State income tax | 17 State income tax | 17 State income tax |

### Locality Correction Information

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| 18 Local wages, tips, etc. | 18 Local wages, tips, etc. | 18 Local wages, tips, etc. | 18 Local wages, tips, etc. |
| 19 Local income tax | 19 Local income tax | 19 Local income tax | 19 Local income tax |
| 20 Locality name | 20 Locality name | 20 Locality name | 20 Locality name |

Copy B — To Be Filed with Employee's FEDERAL Tax Return

Form **W-2c** (Rev. 12-2002)     Corrected Wage and Tax Statement     Department of the Treasury Internal Revenue Service

STF FED9245F.3

032-0002
032-0002

BLAKE C ESHERICK

Form 1040X (Rev. 11-2002)                                                                                                        Page 2

### Part I — Exemptions. See Form 1040 or 1040A instructions.

If you are **not changing** your exemptions, do not complete this part.
If claiming **more exemptions**, complete lines 25-31.
If claiming **fewer exemptions**, complete lines 25-30.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 | Yourself and spouse | | | |
| | Caution. If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | |
| 26 | Your dependent children who lived with you | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation | | | |
| 28 | Other dependents | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | | . | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here & on line 4. | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2002 | $3,000 | $103,000 |
| 2001 | 2,900 | 99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |

31  Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name  Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check if qualifying child for child tax credit (see page 5) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on line 31 who:
- lived with you ▶ ☐
- did not live with you due to divorce or separation (see page 5) ▶ ☐

Dependents on line 31 not entered above ▶ ☐

### Part II — Explanation of Changes to Income, Deductions, and Credits

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ▶ ☐

THE TAXPAYER RECEIVED A W-2C

### Part III — Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

Form **1040X** (Rev. 11-2002)

DAA

032-0003
032-0003

# Form 1040 — U.S. Individual Income Tax Return 2002

Department of the Treasury - Internal Revenue Service
(99)  IRS Use Only- Do not write or staple in this space.
OMB No. 1545-0074

For the year Jan. 1-Dec. 31, 2002, or other tax year beginning _____, 2002, ending _____, 20 _____

**Label** (See instructions on page 21.) Use the IRS label. Otherwise, please print or type.

- Your first name and initial: BLAKE C
- Last name: ESHERICK
- Your social security number: ___
- If a jt. rtn., sp. first name & initial: ___
- Last name: ___
- Spouse's social security number: ___
- Home address (number and street): 6001 NEVADA AVE NW
- Apt. no.: ___
- City, town or post office, state, and ZIP code: WASHINGTON DC 20015

**Important!** You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 21.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund?
You: Yes [ ]  No [X]    Spouse: Yes [ ]  No [ ]

**Filing Status** (Check only one box.)
1. [ ] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here.
4. [X] Head of household (with qualifying person). (See pg. 21.) If the qualifying person is a child but not your dependent, enter this child's name here.
5. [ ] Qualifying widow(er) with dependent child (year spouse died) ___. (See page 21.)

**Exemptions**
- 6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
- 6b [ ] Spouse
- 6c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Ck. if qual. child for child tax credit |
|---|---|---|---|
| TAYLER G  ESHERICK | | Daughter | [X] |

No. of boxes checked on 6a and 6b: 1
No. of children on 6c who: lived with you: 1; did not live with you due to divorce or separation (see page 22): ___; Dependents on 6c not entered above: ___
Add numbers on lines above: 2

6d Total number of exemptions claimed

**Income** (Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld. If you did not get a W-2, see page 23.)

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 121,398 |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9 | Ordinary dividends. Attach Schedule B if required | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions ___ b Taxable amount (see page 25) | |
| 16a | Pensions and annuities ___ b Taxable amount (see page 25) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits ___ b Taxable amount (see page 27) | |
| 21 | Other income. List type & amt. (see page 29) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 121,398 |

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 29) | |
| 24 | IRA deduction (see page 29) | |
| 25 | Student loan interest deduction (see page 31) | |
| 26 | Tuition and fees deduction (see page 32) | |
| 27 | Archer MSA deduction. Attach Form 8853 | |
| 28 | Moving expenses. Attach Form 3903 | |
| 29 | One-half of self-employment tax. Attach Schedule SE | |
| 30 | Self-employed health insurance deduction (see page 33) | |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | |
| 32 | Penalty on early withdrawal of savings | |
| 33a | Alimony paid  b Recipient's SSN ▶ | |
| 34 | Add lines 23 through 33a | |
| 35 | Subtract line 34 from line 22. This is your **adjusted gross income** ▶ | 121,398 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 76.
DAA
Form **1040** (2002)

032-0004
032-0004

ESHE0740 05/04/2005 3:33 PM

Form 1040 (2002) BLAKE C ESHERICK                                                                                                          Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 36 | Amount from line 35 (adjusted gross income) | 36 | 121,398 |
| | 37a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. | | |
| | | Add the number of boxes checked above and enter the total here ▶ 37a ☐ | | |
| | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 34 and check here ▶ 37b ☐ | | |
| **Standard Deduction for-** | 38 | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) | 38 | 58,791 |
| ● People who checked any box on line 37a or 37b or who can be claimed as a dependent, see page 34. | 39 | Subtract line 38 from line 36 | 39 | 62,607 |
| | 40 | If line 36 is $103,000 or less, multiply $3,000 by the total number of exemptions claimed on line 6d. If line 36 is over $103,000, see the worksheet on page 35 | 40 | 6,000 |
| | 41 | **Taxable income.** Subtract line 40 from line 39. If line 40 is more than line 39, enter -0- | 41 | 56,607 |
| ● All others: Single, $4,700 | 42 | Tax (see page 36). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 42 | 10,295 |
| Head of household, $6,900 | 43 | Alternative minimum tax (see page 37). Att. Form 6251 | 43 | 4,413 |
| Married filing jointly or Qualifying widow(er), $7,850 | 44 | Add lines 42 and 43 ▶ | 44 | 14,708 |
| | 45 | Foreign tax credit. Attach Form 1116 if required | 45 | |
| | 46 | Credit for child and dependent care expenses. Attach Form 2441 | 46 | |
| | 47 | Credit for the elderly or the disabled. Attach Schedule R | 47 | |
| Married filing separately, $3,925 | 48 | Education credits. Attach Form 8863 | 48 | |
| | 49 | Retirement savings contributions credit. Attach Form 8880 | 49 | |
| | 50 | Child tax credit (see page 39) | 50 | |
| | 51 | Adoption credit. Attach Form 8839 | 51 | |
| | 52 | Credits from:  a ☐ Form 8396   b ☐ Form 8859 | 52 | |
| | 53 | Other credits. Check applicable box(es):  a ☐ Form 3800  b ☐ Form 8801  c ☐ Specify _____ | 53 | |
| | 54 | Add lines 45 through 53. These are your **total credits** | 54 | |
| | 55 | Subtract line 54 from line 44. If line 54 is more than line 44, enter -0- ▶ | 55 | 14,708 |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 57 | |
| | 58 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 58 | |
| | 59 | Advance earned income credit payments from Form(s) W-2 | 59 | |
| | 60 | Household employment taxes. Attach Schedule H | 60 | |
| | 61 | Add lines 55 - 60. This is your **total tax** ▶ | 61 | 14,708 |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 2,663 |
| | 63 | 2002 estimated tax payments & amount applied from 2001 return | 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64 | Earned income credit (EIC) | 64 | |
| | 65 | Excess social security and tier 1 RRTA tax withheld (see page 56) | 65 | |
| | 66 | Additional child tax credit. Attach Form 8812 | 66 | |
| | 67 | Amount paid with request for extension to file (see page 56) | 67 | |
| | 68 | Otr. pymt. from:  a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 68 | |
| | 69 | Add lines 62 through 68. These are your **total payments** ▶ | 69 | 2,663 |
| **Refund** | 70 | If line 69 is more than line 61, subtract line 61 from line 69. This is the amount you **overpaid** | 70 | |
| Direct deposit? See page 56 and fill in 71b, 71c, and 71d. | 71a | Amount of line 70 you want **refunded to you** ▶ | 71a | |
| | ▶ b | Routing number _____   ▶ c  Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number _____ | | |
| | 72 | Amount of ln. 70 you want applied to your 2003 estimated tax ▶ 72 | | |
| **Amount You Owe** | 73 | **Amount you owe.** Subtract line 69 from line 61. For details on how to pay, see page 57 ▶ | 73 | 12,438 |
| | 74 | Estimated tax penalty (see page 57) | 74 | 393 |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see page 58)? ☒ Yes. Complete the following. ☐ No | | |
| | | Designee's name ▶ Preparer   Personal identification number (PIN) ▶ ____   Phone no. ▶ | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 21. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| RECEIVED | | | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |
| 05 17 2005 | | | |

IRS PHIL... A

| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN  P00265359 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | DeLeon & Stang, CPA's  One Bank Street, Ste 240  Gaithersburg   MD 20878-1504 | EIN 52-1373858  Phone no. 301-948-9825 | |

DAA                                                                                                                                       Form **1040** (2002)

032-0005

032-0005

| SCHEDULES A&B<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service (99) | Schedule A-Itemized Deductions<br>(Schedule B is on back)<br>▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040). | | | OMB No. 1545-0074<br>2002<br>Attachment<br>Sequence No. 07 |
|---|---|---|---|---|

Name(s) shown on Form 1040: **BLAKE C ESHERICK**

Your social security number: --- --

| Section | # | Description | | Amount | Total |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see page A-2) | 1 | | |
| | 2 | Enter amt. from Form 1040, ln. 36 [2] | | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | 0 |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes | 5 | 2,616 | |
| | 6 | Real estate taxes (see page A-2) | 6 | 4,389 | |
| | 7 | Personal property taxes | 7 | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | |
| | 9 | Add lines 5 through 8 | | 9 | 7,005 |
| **Interest You Paid** (See page A-3.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | 26,078 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | |
| Note. Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | | |
| | 14 | Add lines 10 through 13 | | 14 | 26,078 |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-4. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 2,500 | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You must attach Form 8283 if over $500 | 16 | 500 | |
| | 17 | Carryover from prior year | 17 | | |
| | 18 | Add lines 15 through 17 | | 18 | 3,000 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-5 for expenses to deduct here.) | 20 | Unreimbursed employee expenses-job travel, union dues, job education, etc. You must attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ Unreimbursed Expenses | 20 | 25,136 | |
| | 21 | Tax preparation fees | 21 | | |
| | 22 | Other expenses-investment, safe deposit box, etc. List type and amount ▶ | 22 | | |
| | 23 | Add lines 20 through 22 | 23 | 25,136 | |
| | 24 | Enter amt. from Form 1040, ln. 36 [24] 121,398 | | | |
| | 25 | Multiply line 24 by 2% (.02) | 25 | 2,428 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26 | 22,708 |
| **Other Miscellaneous Deductions** | 27 | Other-from list on page A-6. List type and amount ▶ | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 36, over $137,300 (over $68,650 if married filing separately)?<br>☒ No.  Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 38.<br>☐ Yes. Your deduction may be limited. See page A-6 for the amount to enter. | ▶ | 28 | 58,791 |

For Paperwork Reduction Act Notice, see Form 1040 instructions.    Schedule A (Form 1040) 2002

DAA

032-0006

032-0006

NAME: Blake C. Esherick
SOCIAL SECURITY NUMBE
FORM: 1040X
TAX YEAR: 2002

## STATEMENT OF TAXPAYER

ORIGINAL RETURN FAILED TO INCLUDE IMPUTED INCOME FOR VALUE OF HOUSING PROVIDED TO THE TAXPAYER, FOR VEHICLE ALLOWANCES, FOR THE IMPUTED VALUE OF A BELOW MARKET LOAN; AMENDMENT WAS ALSO NECESSARY TO CORRECT PREVIOUSLY TAKEN DEDUCTIONS, AND FOR UNREPORTED COMPANY REIMBURSEMENTS. IT IS THE TAXPAYER'S UNDERSTANDING THAT THE FORMS W2C CORRECTLY REFLECT HIS INCOME, INCLUSIVE OF PROCEEDS FROM LOAN ACTIVITIES WITH HIS EMPLOYER.

**Form 1040X**
(Rev November 2001)

Department of the Treasury — Internal Revenue Service

# Amended U.S. Individual Income Tax Return
► See separate instructions.

OMB No. 1545-0091

This return is for calendar year ► 2001, or fiscal year ended ►

**Please print or type**

| Your First Name | MI | Last Name | Your Social Security Number |
|---|---|---|---|
| BLAKE | C | ESHERICK | |
| If a Joint Return, Spouse's First Name | MI | Last Name | Spouse's Social Security number |
| | | | |

Home Address (number and street) or P.O. Box if Mail is Not Delivered to Your Home — Apt No. — Phone Number
6001 NEVADA AVENUE NW

City, Town or Post Office. If You Have a Foreign Address, See Instructions. — State — ZIP Code
WASHINGTON — DC — 20015

For Paperwork Reduction Act Notice, see instructions.

- **A** If the name or address shown above is different from that shown on the original return, check here .............. ► [X]
- **B** Has the original return been changed or audited by the IRS or have you been notified that it will be? ........ [ ] Yes  [X] No
- **C** Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ► [X] Single  [ ] Married filing joint return  [ ] Married filing separate return  [ ] Head of household  [ ] Qualifying widow(er)
return ► [X] Single  [ ] Married filing joint return  [ ] Married filing separate return  [ ] Head of household*  [ ] Qualifying widow(er)
ying person is a child but not your dependent, see instructions.

Use Part II on Page 2 to Explain any Changes

| Income and Deductions (see instructions) | | A Original amount or as previously adjusted (see instructions) | B Net change — Amount of increase or (decrease) — explain in Part II | C Correct amount |
|---|---|---|---|---|
| 1 | Adjusted gross income (see instructions) | 70,135. | 66,363. | 136,498. |
| 2 | Itemized deductions or standard deduction (see instructions) | 47,721. | -1,433. | 46,288. |
| 3 | Subtract line 2 from line 1 | 22,414. | 67,796. | 90,210. |
| 4 | Exemptions. If changing, fill in Parts I and II on page 2 | 5,800. | -232. | 5,568. |
| 5 | Taxable income. Subtract line 4 from line 3 | 16,614. | 68,028. | 84,642. |
| 6 | Tax (see instructions). Method used in column C  Tables | 2,494. | 17,969. | 20,463. |
| 7 | Credits (see instructions) | 600. | -600. | 0. |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 1,894. | 18,569. | 20,463. |
| 9 | Other taxes (see instructions) | 0. | 0. | 0. |
| 10 | Total tax. Add lines 8 and 9 | 1,894. | 18,569. | 20,463. |

**Payments**

| 11 | Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see instructions | 2,842. | 0. | 2,842. |
|---|---|---|---|---|
| 12 | Estimated tax payments, including amount applied from prior year's return | 0. | 0. | 0. |
| 13 | Earned income credit (EIC) | 0. | 0. | 0. |
| 14 | Additional child tax credit from Form 8812 | 0. | 0. | 0. |
| 15 | Credits from Form 2439 or Form 4136 | 0. | 0. | 0. |
| 16 | Amount paid with request for extension of time to file (see instructions) | | | |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed RECEIVED | | | |
| 18 | Total payments. Add lines 11 through 17 in column C | | | 2,842. |

**Refund or Amount You Owe**

| 19 | Overpayment, if any, as shown on original return or as previously adjusted by 05 R 7 2005 | 948. |
|---|---|---|
| 20 | Subtract line 19 from line 18 (see instructions) | 1,894. |
| 21 | Amount you owe. If line 10, column C, is more than line 20, enter the difference and see instructions | 18,569. |
| 22 | If line 10, column C, is less than line 20, enter the difference  IRS - PHILA, PA | |
| 23 | Amount of line 22 you want refunded to you  038 | |
| 24 | Amount of line 22 you want applied to your ___ estimated tax | |

**Sign Here**
Joint return? See instrs. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Your Signature — 5/1/05 — Date — Spouse's Signature. If a Joint Return, Both Must Sign — Date

**Paid Preparer's Use Only**

| Preparer's Signature | Date 05/03/2005 | Check if self-employed [ ] | Preparer's SSN or PTIN P00005284 |
|---|---|---|---|
| Firm's Name (or yours if self-employed), Address, and ZIP Code | DeLeon & Stang, CPAs<br>One Bank Street, Suite 240<br>Gaithersburg  MD  208781504 | EIN | Phone No. (301) 948-9825 |

BAA   FDIA1312  10/11/01

Form 1040X (Rev. 11-2001)

33-001

| a Tax year/Form corrected 2001 / W-2 C | | OMB No. 1545-0008 | Safe, accurate, FAST! Use    IRS e-file | Visit the IRS Web Site at www.irs.gov. |
|---|---|---|---|---|
| b Employee's correct SSN | | c Corrected name (If checked enter correct name in box e and complete box i) ☐ | d Employer's Federal EIN | |
| e Employee's first name and initial Blake C | Last name Esherick | | g Employer's name, address, and ZIP code DOUGLAS DEVELOPMENT CORPORATION 702 H STREET, NW, SUITE 400 WASHINGTON, DC 20001 | |
| 6001 Nevada Avenue, NW Washington DC 20015 | | | | |
| f Employee's address and ZIP code | | | | |
| Complete boxes h and/or i only if incorrect on last form filed. ▶ | h Employee's Incorrect SSN | | i Employee's name (as incorrectly shown on previous form) | |

Note: Only complete money fields that are being corrected (except MQGE).

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| 1 Wages, tips, other compensation 65,999.96 | 1 Wages, tips, other compensation 132,363.27 | 2 Federal income tax withheld | 2 Federal income tax withheld |
| 3 Social security wages 70,200.00 | 3 Social security wages 80,400.00 | 4 Social security tax withheld 4,352.40 | 4 Social security tax withheld 4,984.80 |
| 5 Medicare wages and tips 70,200.00 | 5 Medicare wages and tips 136,563.31 | 6 Medicare tax withheld 1,018.16 | 6 Medicare tax withheld 1,980.43 |
| 7 Social security tips | 7 Social security tips | 8 Allocated tips | 8 Allocated tips |
| 9 Advance EIC payment | 9 Advance EIC payment | 10 Dependent care benefits | 10 Dependent care benefits |
| 11 Nonqualified plans | 11 Nonqualified plans | 12a See instructions for box 12 | 12a See instructions for box 12 |
| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick-pay ☐ | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick-pay ☐ | 12b | 12b |
| 14 Other (see instructions) | 14 Other (see instructions) | 12c | 12c |
| | | 12d | 12d |

### State Correction Information

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| 15 State MD | 15 State MD | 15 State | 15 State |
| Employer's state ID number 07051757 | Employer's state ID number 07051757 | Employer's state ID number | Employer's state ID number |
| 16 State wages, tips, etc. 65,999.96 | 16 State wages, tips, etc. 132,363.27 | 16 State wages, tips, etc. | 16 State wages, tips, etc. |
| 17 State income tax | 17 State income tax | 17 State income tax | 17 State income tax |

### Locality Correction Information

| 18 Local wages, tips, etc. | 18 Local wages, tips, etc. | 18 Local wages, tips, etc. | 18 Local wages, tips, etc. |
|---|---|---|---|
| 19 Local income tax | 19 Local income tax | 19 Local income tax | 19 Local income tax |
| 20 Locality name | 20 Locality name | 20 Locality name | 20 Locality name |

Copy B — To Be Filed with Employee's FEDERAL Tax Return

Form W-2c (Rev. 12-2002)  Corrected Wage and Tax Statement  Department of the Treasury Internal Revenue Service

STF FED92 5F 3

33-002

Form 1040X (Rev 11-2001)    BLAKE C ESHERICK                                                                                            Page 2

| Part I | Exemptions. See Form 1040 or 1040A instructions. | | A Original number of exemptions reported or as previously adjusted | B Net change | C Correct number of exemptions |
|---|---|---|---|---|---|
| | If you are **not changing your exemptions**, do not complete this part. If claiming **more exemptions**, complete lines 25 - 31. If claiming **fewer exemptions**, complete lines 25 - 30. | | | | |
| 25 | Yourself and spouse | 25 | | | |
| | **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | | |
| 26 | Your dependent children who lived with you | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 | Other dependents | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. <br><br> Tax year / Exemption amount / But see the instructions for line 4 if the amount on line 1 is over: <br> 2001 / $2,900 / $99,725 <br> 2000 / 2,800 / 96,700 <br> 1999 / 2,750 / 94,975 <br> 1998 / 2,700 / 93,400 | 30 | | | |

31  Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name  Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit | Number of your children on line 31 who: |
|---|---|---|---|---|
| | | | | • lived with you ▶ ☐ |
| | | | | • did not live with you due to divorce or separation (see instructions) ▶ ☐ |
| | | | | Dependents on line 31 not entered above ▶ ☐ |

| Part II | Explanation of Changes to Income, Deductions, and Credits |
|---|---|

Enter the line number from page 1 of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See the instructions. Also, check here .................................................. ▶ ☐

THE TAXPAYER RECEIVED A FORM W-2C

| Part III | Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund. |
|---|---|

If you did not previously want $3 to go to the fund but now want to, check here .................................................. ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here .................... ▶ ☐

BAA                                                                                                                           Form 1040X (Rev 11-2001)

FDIA1312  10/08/01

33-003

**Form 1040** — Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return 2001** (99) IRS use only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2001, or other tax year beginning , 2001, ending , 20
OMB No. 1545-0074

**Label** (See instructions.)

Your First Name: BLAKE  MI: C  Last Name: ESHERICK
Your Social Security Number: ___

If a Joint Return, Spouse's First Name  MI  Last Name
Spouse's Social Security Number

Home Address (number and street). If You Have a P.O. Box, See Instructions.: 6001 NEVADA AVENUE NW
Apartment No.:

City, Town or Post Office. If You Have a Foreign Address, See Instructions.: WASHINGTON
State: DC  ZIP Code: 20015

▲ **Important!** ▲
You **must** enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.)
Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ......
You: Yes ☐ No ☐   Spouse: Yes ☐ No ☐

**Filing Status**
Check only one box.
1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's SSN above & full name here ....▶
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ ). (See instructions.)

**Exemptions**
6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a .................
No. of boxes checked on 6a and 6b .... 1

b [ ] Spouse ...............
No. of your children on 6c who:

c Dependents:
| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| DOUGLAS L ESHERICK | 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 | Son | X |

• lived with you ..... 1
• did not live with you due to divorce or separation (see instrs) ...

If more than six dependents, see instructions.

Dependents on 6c not entered above .

Add numbers entered on lines above. ▶  2

d Total number of exemptions claimed ......

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 132,363. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | 4,135. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions ..... 15a | b Taxable amount (see instrs) | 15b | |
| 16a | Total pensions & annuities ... 16a | b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits ..... 20a | b Taxable amount (see instrs) | 20b | |
| 21 | Other income | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 136,498. |

**Adjusted Gross Income**

| 23 | IRA deduction (see instructions) | 23 | |
| 24 | Student loan interest deduction (see instructions) | 24 | |
| 25 | Archer MSA deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see instructions) | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ....▶ _____ | 31a | |
| 32 | Add lines 23 through 31a | 32 | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | 136,498. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.
FDIA0112  12/10/01
Form **1040** (2001)

33-004

Form 1040 (2001)  BLAKE C ESHERICK                                                                 Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | 34 | 136,498. |
| Standard Deduction for — | 35a | Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | |
| • People who checked any box on line 35a or 35b or who can be claimed as a dependent, see instructions. | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 35b ☐ | | |
| | 36 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 36 | 46,288 |
| | 37 | Subtract line 36 from line 34 | 37 | 90,210. |
| | 38 | If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet in the instructions | 38 | 5,568. |
| • All others: Single: $4,550 | 39 | Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 84,642. |
| | 40 | Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814  b ☐ Form 4972 | 40 | 20,463. |
| Head of household, $6,650 | 41 | Alternative minimum tax (see instructions). Attach Form 6251 | 41 | |
| | 42 | Add lines 40 and 41 | 42 | 20,463. |
| Married filing jointly or Qualifying widow(er), $7,600 | 43 | Foreign tax credit. Attach Form 1116 if required | 43 | |
| | 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 | |
| | 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | |
| | 46 | Education credits. Attach Form 8863 | 46 | |
| | 47 | Rate reduction credit. See the worksheet | 47 | |
| | 48 | Child tax credit (see instructions) | 48 | |
| Married filing separately, $3,800 | 49 | Adoption credit. Attach Form 8839 | 49 | |
| | 50 | Other credits from  a ☐ Form 3800  b ☐ Form 8396  c ☐ Form 8801  d ☐ Form (specify) | 50 | |
| | 51 | Add lines 43 through 50. These are your total credits | 51 | |
| | 52 | Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- | 52 | 20,463. |
| **Other Taxes** | 53 | Self-employment tax. Attach Schedule SE | 53 | |
| | 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 54 | |
| | 55 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 55 | |
| | 56 | Advance earned income credit payments from Form(s) W-2 | 56 | |
| | 57 | Household employment taxes. Attach Schedule H | 57 | |
| | 58 | Add lines 52-57. This is your total tax | 58 | 20,463. |
| **Payments** | 59 | Federal income tax withheld from Forms W-2 and 1099 | 59 | 2,842. |
| If you have a qualifying child, attach Schedule EIC. | 60 | 2001 estimated tax payments and amount applied from 2000 return | 60 | |
| | 61a | Earned income credit (EIC) | 61a | |
| | b | Nontaxable earned income | 61b | |
| | 62 | Excess social security and RRTA tax withheld (see instrs) | 62 | |
| | 63 | Additional child tax credit. Attach Form 8812 | 63 | |
| | 64 | Amount paid with request for extension to file (see instructions) | 64 | |
| | 65 | Other payments. Check if from  a ☐ Form 2439  b ☐ Form 4136 | 65 | |
| | 66 | Add lines 59, 60, 61a, and 62 through 65. These are your total payments | 66 | 2,842. |
| **Refund** Direct deposit? See instructions and fill in 68b, 68c, and 68d. | 67 | If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you overpaid | 67 | |
| | 68a | Amount of line 67 you want refunded to you | 68a | |
| | ▶ b | Routing number  ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number | | |
| | 69 | Amount of line 67 you want applied to your 2002 estimated tax | 69 | |
| **Amount You Owe** | 70 | Amount you owe. Subtract line 66 from line 58. For details on how to pay, see instructions | 70 | 18,306. |
| | 71 | Estimated tax penalty. Also include on line 70 | 71 | 685. |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No | | |
| | | Designee's Name ▶ RECEIVED   Phone No. ▶   Personal Identification Number (PIN) ▶ | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | | Your Signature ▶ 05 17 2005   Date   Your Occupation   Daytime Phone Number | | |
| | | Spouse's Signature. If a Joint Return, Both Must Sign. ▶ IRS - PHILA PA   Date   Spouse's Occupation | | |
| **Paid Preparer's Use Only** | | Preparer's Signature ▶ 038   Date 05/03/2005  Check if self-employed ☐   Preparer's SSN or PTIN P00085284 | | |
| | | Firm's Name (or yours if self-employed) ▶ DeLeon & Stang, CPAs   Address, and ZIP Code ▶ One Bank Street, Suite 240 Gaithersburg    MD  208781504   EIN 52-1373858  Phone No. (301) 948-9825 | | |

FDIA0112  12/10/01

Form 1040 (2001)

33-005

**Schedule A** (Form 1040)
Department of the Treasury
Internal Revenue Service (99)

**Itemized Deductions**

▶ Attach to Form 1040.
▶ See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**2001**
07

Name(s) Shown on Form 1040: BLAKE C ESHERICK

Your Social Security Number:

| Section | Line | Description | Amount | Total |
|---|---|---|---|---|
| Medical and Dental Expenses | | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) | | |
| | 2 | Enter amount from Form 1040, line 34 | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | |
| Taxes You Paid (See instructions.) | 5 | State and local income taxes | 2,624. | |
| | 6 | Real estate taxes (see instructions) | 3,956. | |
| | 7 | Personal property taxes | | |
| | 8 | Other taxes. List type and amount ▶ | | |
| | 9 | Add lines 5 through 8 | | 6,580. |
| Interest You Paid (See instructions.) Note. Personal interest is not deductible. | 10 | Home mtg interest and points reported to you on Form 1098 | 26,996. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ▶ | | |
| | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instrs.) | | |
| | 14 | Add lines 10 through 13 | | 26,996. |
| Gifts to Charity If you made a gift and got a benefit for it, see instructions. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 2,000. | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 500. | |
| | 17 | Carryover from prior year | | |
| | 18 | Add lines 15 through 17 | | 2,500. |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | |
| Job Expenses and Most Other Miscellaneous Deductions (See instructions for expenses to deduct here.) | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. You **must** attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ | 13,048. | |
| | 21 | Tax preparation fees | | |
| | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ▶ | | |
| | 23 | Add lines 20 through 22 | 13,048. | |
| | 24 | Enter amount from Form 1040, line 34 ... 24 | 136,498. | |
| | 25 | Multiply line 24 above by 2% (.02) | 2,730. | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 10,318. |
| Other Miscellaneous Deductions | 27 | Other — from list in the instructions. List type and amount ▶ | | |
| Total Itemized Deductions | 28 | Is Form 1040, line 34, over $132,950 (over $66,475 if MFS)? ☐ No. Your deduction is not limited. Add the amts in the far right col for lines 4 through 27. Also, enter this amt on Form 1040, line 36. ☒ Yes. Your deduction may be limited. See instructions for the amount to enter. | | 46,288. |

Itemized Deductions Limited per IRC Sec. 68.

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0301   01/07/02    Schedule A (Form 1040) 2001

33-006

NAME: Blake C. Esherick
SOCIAL SECURITY NUMBER:
FORM: 1040X
TAX YEAR: 2001

## STATEMENT OF TAXPAYER

ORIGINAL RETURN FAILED TO INCLUDE IMPUTED INCOME FOR VALUE OF HOUSING PROVIDED TO THE TAXPAYER, FOR VEHICLE ALLOWANCES, FOR CHILD SUPPORT PAYMENTS MADE ON BEHALF OF THE TAXPAYER, AND FOR THE IMPUTED VALUE OF A BELOW MARKET LOAN. AMENDMENT WAS ALSO NECESSARY TO CORRECT PREVIOUSLY TAKEN DEDUCTIONS. IT IS THE TAXPAYER'S UNDERSTANDING THAT THE FORMS W2C CORRECTLY REFLECT HIS INCOME, INCLUSIVE OF PROCEEDS FROM LOAN ACTIVITIES WITH HIS EMPLOYER.

33-007