# YOU ARE PRE-APPROVED FOR THE DIVIDEND MILES® VISA® CARD

☑ **Yes, I want to accept the Dividend Miles Visa card, and earn 2,500 bonus Dividend Miles the first time I use the card.**

| | Home Phone |
|---|---|
| | 301-229-5128 |

Birth Date: 9/18/63    Employer/Business Name: DOUGLAS DEVELOPMENT    Business Phone: 301-184-8400

Gross Household Income: $115,000    ☒ Annual    Mother's Maiden Name: _____

E-Mail Address: besherick@douglasdev.com

*Income from alimony, child support, or separate maintenance payment need not be revealed if you do not wish to have it considered as a basis for repayment.*

Applicant Signature: [signature]    Date: 5/4/00

**PAYMENT PROTECTION PLAN**

---

**Authorized User** (I request an additional card for the following person who is authorized to use my account.)

| First Name | Middle Initial | Last Name |
|---|---|---|

MAY 19 2000

UP0400-031-304-375
Blake Esherick
5523 Roosevelt St.
Bethesda, MD 20817-3781

M4581304369 103 714

**My Dividend Miles account number is: 092D0X2**
(Please verify Dividend Miles account number.)

Offer Expires: June 12, 2000
Credit Line Up To $4,500

Call 1-800-974-4442 to accept your card!

---

**GOVERNMENT EXHIBIT**
**No. 44**
U.S. v. Jemal - Cr. No. 05-359 (RMU)

044-0001
044-0001

# DIVIDEND MILES® VISA CARD REQUEST CERTIFICATE

JAN 12 2001

**Yes,** I want a Dividend Miles Visa card and 2,500 bonus miles the first time I use the card.

Return before: February 14, 2001
Credit line up to $5,000

___-__-_40  9/12/63  301,229-5129
Social Security Number    Birth Date    Home Phone

besherick@Douglasdev.com
E-Mail Address (optional)

DOUGLAS DEVELOPMENT    (202) 638-6300
Employer/Business Name    Business Phone
☐ Monthly
☒ Annual

$ 150,000
Gross Household Income¹

U11200-010-778-606
Blake Esherick
7804 Radnor Rd
Bethesda, MD 20817-6284

¹ Income from alimony, child support, or separate maintenance payment need not be revealed if you do not wish us to consider it as a basis for repayment.

☐ Please consider me for a Dividend Miles Visa Gold card, with a bigher line of credit.

By signing below, you agree to the authorizations, terms and conditions on the reverse side.

X [signature]    01/03/01
Applicant Signature    Date

15380778596 204 934
Your Dividend Miles account number is:  092D0X2
(Please verify Dividend Miles account number.)

Authorized User (I request an additional card for the following person who is authorized to use my account.)

_____  _____  _____
First Name    Middle Initial    Last Name

**PAYMENT PROTECTION PLAN**
Initial below to enroll in the optional Payment Protection Plan that can pay your monthly minimum payment if you become disabled, unemployed, or take an unpaid leave of absence. This plan can also pay your balance in the event of death. I have read and agree to the benefits and exclusions on the reverse side.¹    BJ2001CR

YES_____
    Initial Here

044-0002
044-0002

Circuit Court for __Montgomery County__    Case No. ___FL___
                      City or County

Blake C. Esherick          v.          Barbara A. Gill

# FINANCIAL STATEMENT
## (Short)
### (DOM REL 30)

I, _____Blake C. Esherick_____, state that:
    My name

I am the mother/**father** or
    Circle One        State Relationship (for example, aunt, grandfather, guardian, etc.)
of the minor child(ren):

| Name | Date of Birth | Name | Date of Birth |
|---|---|---|---|
| Taylor G. Esherick | | | |
| Douglas V. Esherick | | | |
| | | | |

The following is a list of my income and expenses (see below*):
*See definitions on back before filling out.*

| | |
|---|---|
| Total monthly income (before taxes) | $ 12,500 |
| Child support I am paying for my other child(ren) each month | $ |
| Monthly health insurance premium for this child(ren) | $ |
| Alimony I am paying each month to _____ Name of Person(s) | $ |
| Alimony I am receiving each month from _____ Name of Person(s) | $ |
| Work-related monthly child care expenses for this child(ren) | $ |
| Extraordinary monthly medical expenses for this child(ren) | $ |
| School and transportation expenses for this child(ren) | $ |

*To figure the monthly amount of expenses, weekly expenses should be multiplied by 4.3 and yearly expenses should be divided by 12. If you do not pay the same amount each month for any of the categories listed, figure what your average monthly expense is.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

___8/25/03___                        [signature]
   Date                                              Signature

**Total Monthly Income:** Include income from all sources including self-employment, rent, royalties,

**GOVERNMENT EXHIBIT**
**No. 47**

047-0001
047-0001

## THE US AIRWAYS® VISA® PLATINUM CARD
### Pre-qualified Response Certificate

*(between here and mail back in the envelope provided or go to www.myusairwaysvisa.com)*

To get your card faster go to www.myusairwaysvisa.com

Social Security Number: ___ 10
Home Phone: 202-362-4173

Birth Date: 9/17/63
Business Phone: 202-658-6200

Gross Yearly Household Income: $200,000.00
Mother's Maiden Name: _____

E-mail address (optional): _____

*Income from alimony, child support, or separate maintenance payments need not be revealed if you do not wish us to consider it as a basis for repayment.*

By signing below, you agree to the authorizations, terms, and conditions on the reverse side.

X [signature]   Date: 8/16/04

Authorized User (You request an additional card for the following person who is authorized to use your account.)

First Name ___ Middle Initial ___ Last Name ___

UR0604-005-707-673
Blake C. Esherick
6001 Nevada Ave. NW
Washington, DC 20015-2527

AUG 2 6 2004

D0136712668  V72 344

**Your Dividend Miles account number is: 092D0X2**
(Please verify Dividend Miles account number.)

Offer expires: **August 23, 2004**
Credit line up to: **$20,000**

Yes, I am signing below to acknowledge receipt of the Cardholder Security Plan® Terms and Conditions on the enclosed insert and I want to help protect my account with the optional Cardholder Security Plan. This plan can credit my credit card account up to 12 monthly payments" in the event of disability, unemployment or unpaid family leave of absence, or up to $10,000 in the event of accidental death.

Sign here for the Cardholder Security Plan: _____

010.080      DRCD0604

## Balance Transfer Option (NO BALANCE TRANSFER FEES)
*(save with a low 5.9% APR\*\* on your balances until they're paid off)*

Fill in the information below to transfer balances from your higher-rate credit cards before October 1, 2004 and you'll save with a low 5.9% fixed APR until those balances are paid off.\*\* Each balance transfer listed below must be at least $100. Allow 4 weeks to process. Please read the balance transfer information on the reverse side.

**1** Transfer From Account Number: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐
**2** Transfer From Account Number: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

Pay to: _____      Amount to Transfer: ☐☐☐☐☐.☐☐
Pay to: _____      Amount to Transfer: ☐☐☐☐☐.☐☐

\*\*See the enclosed insert and reverse side of this letter for important information regarding this offer. Balance transfers will not earn Dividend Miles.

UPP-4-0604

044-0003
044-0003

MyNewCard Header

## Verify Your Application Information

Please verify that the information below is accurate. To make changes, select "Edit Application Form" and "Edit Balance Transfer Form" to input your new information before submitting your application. You might want to save or print this page for your records.

I certify that I am of legal contracting age; that I have read and agreed to all of the authorizations, terms and conditions[1], and disclosures on this site.

**Yes**, please [Submit] my application for an instant response.

### Application Form Information

| | | | |
|---|---|---|---|
| Name | Blake C Esherick | Home Phone | (202) 362-4173 |
| Address | 6001 Nevada Avenue, Nw | Employer | Douglas Development |
| City | Washington | Business Phone | (202) 638-6300 |
| State | DC | E-mail Address | besherick@douglasdev.com |
| Zip Code | 20015 | Gross Income | $150,000 |
| Social Security Number | | Mother's Maiden Name | |
| Date of Birth | | | |
| Dividend Miles account number | ****0X2 | | |
| Additional Cardholder Name | | | |

[Edit Application Form]

### OPTIONAL Cardholder Security Plan

Cardholder Security Plan™ **No**

[Edit Security Plan]

### OPTIONAL Balance Transfer Information

GOVERNMENT EXHIBIT
No. 553
U.S. v. Jemal - Cr. No. 05-359 (RMU)

File: Confirm[1].htm
Full Path: Q:\WF3\Part_1\NONAME-NTFS\Documents and Settings\besherick\Local Settings\Temporary Internet Files\Content.IE5\OX2V4LMJ\Confirm[1].htm
Modified: 8/25/2003 6:36:25 PM
Item Number: 87,834
Exported as:: Confirm[1][87834].htm

553-0001
553-0001