| PERSONNEL | | HOURS | | EARNINGS | | | GROSS | STATUTORY DEDUCTIONS | | VOLUNTARY DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Reg | O/T | Reg | O/T Earnings 3 & 4 | Earnings 5 | | Federal | State/Local | | |
| MILLSTEIN, PAUL | | 40.00 | | 6,730.77 | | | 6,739.96 | 1,173.00 FIT | 423.00 MD | 4520.22 W CHECK1 | 100.00 - A EERMBR |
| File: 000107 | Voucher# 010006 | | | | | | | 409.95 SS | | 90.00 D DEDUCT | 10.92 F DENT |
| Dept: 000150 | Voucher# 010007 | | | 825.00 | | | 325.00 | 95.87 MED | | 107.81 H MED | .00 |
| Rate: 6730.77 | Pay 2 | | | | | | | | | | |

TAXABLE ANALYSIS
FEDERAL TAXABLES:        6,557.95 FIT
STATE INCOME TAXABLES:   6,557.95 DC
SUI/DI TAXABLES:         6,781.59 DC

Dept: 000150
Rate: 6730.77

                         6,739.96 FUTA
                         6,730.77 SS EE
                         6,739.96 SS ER
                         6,739.96 MED EE
                         6,739.96 MED ER

                         761.88 FIT
                         51.15 SS
                         11.97 MED

Paul,

Re:

Salary Increases

1/1/05  $3082.69 to $6730.77

Blake,

Re:

1/1/05  $1350.00 to $5769.23
1/7/05  $5769.23 to $6730.77

DDC 48616