**EAGLEBANK** Deposit Ticket
Bethesda, MD 20814
Date: 6-3-05

| | Dollars | Cents |
|---|---|---|
| Currency | | |
| Coin | | |
| 1 | 245,040 | 16 |
| 2 | 232,287 | 97 |
| 3 | 1,147,421 | 98 |
| | 5283 | |

65-329/550
TOTAL ITEMS: 3

$ 1,625,309.11

DOUGLAS DEVELOPMENT CORP.
702 H STREET NW, STE. 400
WASHINGTON, DC 20001

⑆055003298⑆

---

MARY E. BOND-MILLSTEIN
PAUL MILLSTEIN
...905
Date: 6/3/05
65-109/650 / 30

Pay to the Order of: Douglas Development Corp.    $1,147,421.98

One million one hundred forty seven thousand four hundred twenty... Dollars

SANDY SPRING BANK
1780l GEORGIA AVE., OLNEY, MD 20832
www.sandyspringbank.com
Experience The Difference

For: loan repayment

Signed: Mary E Bond Millstein

⑆055010096⑆

---

NAME: John E. Brownell
ACCOUNT NO.
Date: 6-3-05
601444
15-131/540

Pay to the order of: Douglas Development Corp.    $232,846.97

Two Hundred Thirty Two Thousand Eight Hundred Forty Six + 97/100 DOLLARS

This document has a micro-print signature line, watermark and a thermochromic icon; Absence of these features will indicate a copy

THE ADAMS NATIONAL BANK
Washington, D.C. 20006

FOR: Loan Repayment

---

BLAKE ESHERICK
STEFANIE ESHERICK
6001 NEVADA AVE. NW
WASHINGTON, DC 20015

1500
65-329/550
0109005784
DATE: 6/2/05

PAY TO THE ORDER OF: Douglas Development Corporation    $245,040.16

Two Hundred Forty Five Thousand Forty Dollars and 16/100 DOLLARS

**EAGLEBANK**
Bethesda, MD 20814

MEMO: loan repayment

Signed: Stefanie Esherick

DDC 48619



```
                                            008 00001 01              PAGE:     3
                                            ACCOUNT:                  06/15/2005
                                            DOCUMENTS:                        45
```

**EAGLEBANK**
7815 Woodmont Avenue
Bethesda, MD 20814
301-986-1800
TeleBank 1-800-364-8313

FDIC

BLAKE C ESHERICK
STEFANIE ESHERICK

```
================================================================
                   FOUNDER'S ACCOUNT
================================================================
        DESCRIPTION           DEBITS      CREDITS     DATE         BALANCE

23007 POS DDA PURCH DC WASHINGTON SAFEWAY
  STORE0004832644000           57.44                  05/31/05    23,740.54
84507 POS DDA PURCH DC WASHINGTON MAGRUDER'S #1 644000
                              135.17                  05/31/05    23,605.37
0774 POS DDA PURCH MD FREDERICK 10 EAST WALSER DRIVE
  702001                      183.09                  05/31/05    23,422.28
CHECK # 1489                  100.00                  05/31/05    23,322.28
CHECK # 1475                  400.00                  05/31/05    22,922.28
CHECK # 1454                2,543.00                  05/31/05    20,379.28
CHECK # 1462                3,158.00                  05/31/05    17,221.28
CHECK # 1456                3,434.00                  05/31/05    13,787.28
CHECK # 1460                4,350.00                  05/31/05     9,437.28
CHECK # 1458                5,231.00                  05/31/05     4,206.28
DIRECTV CHECKPAYMT 1494        97.61                  06/02/05     4,108.67
DOUGLAS DEVELOPM PAYROLL 664009542050733
                                          3,969.73    06/03/05     8,078.40
DOUGLAS DEVELOPM PAYROLL 664009542049733
                                        245,040.16    06/03/05   253,118.56
EXXONMOBIL CHECKPAYMT 1495
                              420.50                  06/03/05   252,698.06
CHECK # 1500              245,040.16                  06/03/05     7,657.90
CHECK # 1493                   37.50                  06/03/05     7,620.40
CHECK # 1492                  232.51                  06/03/05     7,387.89
99235 POS DDA PURCH MD GERMANTOWN ROMANCE CLEANERS
  644000                       29.95                  06/06/05     7,357.94
CHECK # 1496                   91.92                  06/06/05     7,266.02
CHECK # 1503                  120.00                  06/07/05     7,146.02
CHECK # 1502                  347.00                  06/07/05     6,799.02
CHECK # 1498                  471.33                  06/07/05     6,327.69
8983 DDA WITHDRAWAL MD BETHESDA 7815 WOODMONT AVE
  030000                       20.00                  06/08/05     6,307.69
NATIONWIDE INS PREM W55200640476
                              100.33                  06/08/05     6,207.36
40382 POS DDA PURCH MD BETHESDA SUTTON PLACE GOURM
  644000                       34.19                  06/09/05     6,173.17
DOUGLAS DEVELOPM PAYROLL 683006781665733
                                          3,969.72    06/10/05    10,142.89
34037 POS DDA PURCH DC WASHINGTON SAFEWAY
  STORE0004832644000           72.39                  06/10/05    10,070.50
                       * * * C O N T I N U E D * * *
```

LFN-201