Appendix A

# Income and Expense Adjustments Summary
## Blake Esherick

| | 2001 | | | 2002 | | | 2003 | | | Reference |
|---|---|---|---|---|---|---|---|---|---|---|
| | Per Return | Correct | Adjustment | Per Return | Correct | Adjustment | Per Return | Correct | Adjustment | |
| Misc. Checks | $0 | $19,000.00 | $ 19,000.00 | $0 | $26,000.00 | $ 26,000.00 | $0 | $51,248.55 | $ 51,248.55 | Appendix A-1 |
| Barbara Gill | $0 | $27,100.00 | $ 27,100.00 | $0 | $26,950.00 | $ 26,950.00 | $0 | $23,892.00 | $ 23,892.00 | Appendix A-2 |
| 1999 Tahoe | $0 | $10,407.00 | $ 10,407.00 | $0 | $ 6,938.00 | $ 6,938.00 | $0 | $0 | $0 | Appendix A-3 |
| 2001 Jeep | $0 | $ 1,504.50 | $ 1,504.50 | $0 | $16,500.00 | $ 16,500.00 | $0 | $ 3,073.68 | $ 3,073.68 | Appendix A-4 |
| 7804 Radnor | $0 | $24,000.00 | $ 24,000.00 | $0 | $24,000.00 | $ 24,000.00 | $0 | $16,000.00 | $ 16,000.00 | Appendix A-5 |
| 6001 Nevada | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $12,000.00 | $ 12,000.00 | Appendix A-6 |
| Wages | $66,000.00 | $66,000.00 | $0 | $66,000.00 | $66,000.00 | $0 | $0 | $66,000.00 | $ 66,000.00 | Appendix A-7 |
| Income Adjustments | | | $ 82,011.50 | | | $100,388.00 | | | $172,214.23 | |
| | | | | | | | | | | |
| Mortgage Interest | $26,996.00 | $0 | $ 26,996.00 | $26,078.00 | $0 | $ 26,078.00 | $0 | $0 | $0 | Appendix A-8 |
| Real Estate Taxes | $ 3,956.00 | $0 | $ 3,956.00 | $ 4,389.00 | $0 | $ 4,389.00 | $0 | $0 | $0 | Appendix A-8 |
| Mileage | $ 8,798.00 | $ 8,798.00 | $0 | $ 8,943.00 | $ 8,943.00 | $0 | $0 | $ 9,000.00 | $ (9,000.00) | Appendix A-9 |
| Expense Adjustments | | | $ 30,952.00 | | | $ 30,467.00 | | | $ (9,000.00) | |
| | | | | | | | | | | |
| Total Adjustments | | | $112,963.50 | | | $130,855.00 | | | $161,858.23 | |

# Douglas Development Checks To Or For The Benefit Of Blake Esherick

| Date | Check # | Payee | Amount | Exhibit |
|---|---|---|---|---|
| 06/27/2001 | 1058 | Esherick | $ 2,000.00 | 168-0001 |
| 09/12/2001 | 94356 | Esherick | $ 2,000.00 | 168-0002 |
| 10/18/2001 | 1081 | Esherick | $ 2,000.00 | 084-0014 |
| 12/14/2001 | 96398 | Esherick | $ 3,000.00 | 168-0005 |
| 12/24/2001 | 96578 | Esherick | $10,000.00 | 168-0006 |
| Total 2001 | | | $19,000.00 | |
| 03/06/2002 | 98084 | Esherick | $ 3,000.00 | 163-0014 |
| 05/24/2002 | 99906 | Esherick | $ 2,000.00 | 163-0012 |
| 07/02/2002 | 100648 | Esherick | $ 3,000.00 | 163-0011 |
| 08/08/2002 | 101534 | Esherick | $ 5,000.00 | 163-0009 |
| 09/27/2002 | 102634 | Capitol One | $ 1,500.00 | 156-0001 |
| 09/27/2002 | 102635 | Capitol One | $ 1,500.00 | 156-0005 |
| 11/01/2002 | 103453 | Esherick | $ 2,000.00 | 163-0008 |
| 11/21/2002 | 103898 | Esherick | $ 5,000.00 | 163-0016 |
| 12/30/2002 | 104646 | Esherick | $ 1,000.00 | 163-0003 |
| Total 2002 | | | $24,000.00 | |
| January-03 | | American Express | $ 5,748.55 | 096-0002 |
| 03/05/2003 | 106136 | Esherich | $ 4,000.00 | 164-0026 |
| 05/16/2003 | 108287 | Esherick | $ 6,000.00 | 164-0024 |
| 05/29/2003 | 108515 | Esherick | $ 3,500.00 | 164-0021 |
| 07/08/2003 | 109762 | Esherick | $ 3,000.00 | 164-0018 |
| 08/14/2003 | 110847 | Esherick | $ 5,000.00 | 164-0015 |
| 09/03/2003 | 111203 | Esherick | $ 3,000.00 | 164-0012 |
| 09/23/2003 | 111705 | Esherick | $ 5,000.00 | 164-0006 |
| 10/07/2003 | 111989 | Esherick | $ 3,000.00 | 164-0009 |
| 10/16/2003 | 112274 | Esherick | $ 2,000.00 | 164-0003 |
| 11/13/2003 | 112895 | Esherick | $ 3,000.00 | 164-0001 |
| 11/25/2003 | 113075 | Esherick | $ 3,000.00 | 164-0030 |
| 12/15/2003 | 113459 | Esherick | $ 5,000.00 | 164-0028 |
| Total 2003 | | | $51,248.55 | |

# Douglas Development
## Payments to Barbara Gill

| Date | Check # | Payee | Amount | Exhibit |
|---|---|---|---|---|
| 01/05/2001 | 88781 | Barbara Gill | $ 2,100.00 | 578A |
| 02/01/2001 | 89276 | Barbara Gill | $ 2,100.00 | 578A |
| 02/28/2001 | 89804 | Barbara Gill | $ 2,100.00 | 578A |
| 03/28/2001 | 90500 | Barbara Gill | $ 2,100.00 | 578A |
| 05/01/2001 | 91393 | Barbara Gill | $ 2,100.00 | 578A |
| 05/30/2001 | 91976 | Barbara Gill | $ 4,000.00 | 578A |
| 07/05/2001 | 92839 | Barbara Gill | $ 2,100.00 | 578A |
| 08/01/2001 | 93503 | Barbara Gill | $ 2,100.00 | 578A |
| 09/05/2001 | 94163 | Barbara Gill | $ 2,100.00 | 578A |
| 10/02/2001 | 94817 | Barbara Gill | $ 2,100.00 | 578A |
| 10/31/2001 | 95464 | Barbara Gill | $ 2,100.00 | 578A |
| 12/04/2001 | 96141 | Barbara Gill | $ 2,100.00 | 578A |
| Total 2001 | | | $27,100.00 | |
| 01/03/2002 | 96683 | Barbara Gill | $ 2,100.00 | 578B |
| 01/30/2002 | 97241 | Barbara Gill | $ 2,100.00 | 578B |
| 02/26/2002 | 97847 | Barbara Gill | $ 2,100.00 | 578B |
| 04/02/2002 | 98662 | Barbara Gill | $ 2,100.00 | 578B |
| 05/01/2002 | 99369 | Barbara Gill | $ 2,100.00 | 578B |
| 06/04/2002 | 100091 | Barbara Gill | $ 2,100.00 | 578B |
| 07/01/2002 | 100625 | Barbara Gill | $ 1,150.00 | 578B |
| 07/01/2002 | 100626 | Barbara Gill | $ 2,100.00 | 578B |
| 07/30/2002 | 101308 | Barbara Gill | $ 2,100.00 | 578B |
| 09/03/2002 | 101994 | Barbara Gill | $ 2,100.00 | 578B |
| 10/09/2002 | 102962 | Barbara Gill | $ 2,100.00 | 578B |
| 10/30/2002 | 103355 | Barbara Gill | $ 2,400.00 | 578B |
| 12/03/2002 | 104093 | Barbara Gill | $ 2,400.00 | 578B |
| Total 2002 | | | $26,950.00 | |
| 01/06/2003 | 104741 | Barbara Gill | $ 2,400.00 | 578C |
| 02/05/2003 | 105437 | Barbara Gill | $ 2,400.00 | 578C |
| 03/05/2003 | 106126 | Barbara Gill | $ 2,400.00 | 578C |
| 04/01/2003 | 106942 | Barbara Gill | $ 2,400.00 | 578C |
| 04/30/2003 | 107767 | Barbara Gill | $ 2,400.00 | 578C |
| 06/04/2003 | 108750 | Barbara Gill | $ 2,400.00 | 578C |
| 06/30/2003 | 109513 | Barbara Gill | $ 1,356.00 | 578C |
| 07/30/2003 | 110369 | Barbara Gill | $ 1,356.00 | 578C |
| 09/03/2003 | 111188 | Barbara Gill | $ 1,356.00 | 578C |
| 09/30/2003 | 111870 | Barbara Gill | $ 1,356.00 | 578C |
| 10/28/2003 | 112472 | Barbara Gill | $ 1,356.00 | 578C |
| 12/03/2003 | 113096 | Barbara Gill | $ 1,356.00 | 578C |
| 12/29/2003 | 113696 | Barbara Gill | $ 1,356.00 | 578C |
| Total 2003 | | | $23,892.00 | |

## Douglas Development
## Payments on 1999 Tahoe

| Date | Check # | Payee | Amount | Exhibit |
|---|---|---|---|---|
| 01/02/2001 | 88674 | GMAC | $ 867.25 | 167T-0001 |
| 02/02/2001 | 89315 | GMAC | $ 867.25 | 167-0038 |
| 03/01/2001 | 89850 | GMAC | $ 867.25 | 167-0036 |
| 04/02/2001 | 90626 | GMAC | $ 867.25 | 167-0034 |
| 05/01/2001 | 91409 | GMAC | $ 867.25 | 167-0032 |
| 05/31/2001 | 92029 | GMAC | $ 867.25 | 167-0027 |
| 07/03/2001 | 92713 | GMAC | $ 867.25 | 167-0025 |
| 08/02/2001 | 93545 | GMAC | $ 867.25 | 167-0023 |
| 09/01/2001 | 94104 | GMAC | $ 867.25 | 167-0021 |
| 10/04/2001 | 94884 | GMAC | $ 867.25 | 167-0019 |
| 11/01/2001 | 95514 | GMAC | $ 867.25 | 167-0017 |
| 12/04/2001 | 96150 | GMAC | $ 867.25 | 167-0015 |
| Total 2001 | | | $10,407.00 | |
| 01/03/2002 | 96654 | GMAC | $ 867.25 | 167-0013 |
| 02/01/2002 | 97300 | GMAC | $ 867.25 | 167-0011 |
| 03/01/2002 | 97975 | GMAC | $ 867.25 | 167-0009 |
| 04/05/2002 | 98797 | GMAC | $ 867.25 | 167-0007 |
| 05/02/2002 | 99421 | GMAC | $ 867.25 | 167-0005 |
| 06/04/2002 | 100089 | GMAC | $ 867.25 | 167-0003 |
| 07/02/2002 | 100696 | GMAC | $ 867.25 | |
| 08/02/2002 | 101390 | GMAC | $ 867.25 | 167-0001 |
| Total 2002 | | | $ 6,938.00 | |

# Douglas Development
# Payments on 2001 Jeep Wrangler

| Date | Check # | Payee | Amount | Exhibit |
|---|---|---|---|---|
| 11/29/2001 | 96057 | Chrysler Financial | $ 1,504.50 | |
| Total 2001 | | | $ 1,504.50 | |
| 01/15/2002 | 97015 | Chrysler Financial | $ 1,500.00 | 165-0003 |
| 02/26/2002 | 97858 | Chrysler Financial | $ 1,500.00 | 165-0006 |
| 03/14/2002 | 98278 | Chrysler Financial | $ 1,500.00 | 165C-0001 |
| 04/22/2002 | 99194 | Chrysler Financial | $ 1,500.00 | 165-0009 |
| 05/28/2002 | 99914 | Chrysler Financial | $ 1,500.00 | 165E-0001 |
| 06/13/2002 | 100393 | Chrysler Financial | $ 1,500.00 | 165-0015 |
| 06/28/2002 | 100621 | Chrysler Financial | $ 1,500.00 | 165-0021 |
| 07/26/2002 | 101249 | Chrysler Financial | $ 1,500.00 | 165-0024 |
| 09/04/2002 | 102026 | Chrysler Financial | $ 1,500.00 | |
| 10/15/2002 | 103088 | Chrysler Financial | $ 1,500.00 | 165I-0001 |
| 11/19/2002 | 103839 | Chrysler Financial | $ 1,500.00 | 165-0027 |
| Total 2002 | | | $ 16,500.00 | |
| 03/20/2003 | 106580 | Chrysler Financial | $ 1,500.00 | 165-0033 |
| 07/18/2003 | 110118 | Chrysler Financial | $ 1,573.68 | 165-0037 |
| Total 2003 | | | $ 3,073.68 | |

Appendix A-5

# Free Housing
## 7804 Radnor Road
## Bethesda, Maryland

### Fair Rental Value - 7804 Radnor Road

| | 2001 | 2002 | 2003 |
|---|---|---|---|
| Months as Tenant | 12 | 12 | 8 |
| Monthly Rent | $2,000.00 | $2,000.00 | $2,000.00 |
| Total | $24,000.00 | $24,000.00 | $16,000.00 |

Appendix A-6

**Free Housing
6001 Nevada Avenue, NW
Washington, DC**

**Fair Rental Value - 6001 Nevada Avenue**

|  | 2003 |
|---|---|
| Months as Tenant | 4 |
| Monthly Rent | $ 3,000.00 |
| Total | $12,000.00 |

## Blake Esherick - 1999 Unreported Income From Douglas Development and Douglas Jemal

| Payor | Description | Check Date | Check # | Amount | GJ Account | Notes | Bate # |
|---|---|---|---|---|---|---|---|
| Douglas Development | 1999 Tahoe (GMAC) | 01/08/1999 | 96021 | $ 867.25 | ? And 2225 | | 042147 |
| Douglas Development | 1999 Tahoe (GMAC) | 02/09/1999 | 96541 | $ 867.25 | 1010 & 2225 | | 042147 |
| Douglas Development | 1999 Tahoe (GMAC) | 03/04/1999 | 96929 | $ 867.25 | 1010 & 2225 | | 042147 |
| Douglas Development | 1999 Tahoe (GMAC) | 04/08/1999 | 97705 | $ 867.25 | 1010 & 2225 | | 042147 |
| Douglas Development | 1999 Tahoe (GMAC) | 05/07/1999 | 80917 | $ 867.25 | 1010 & 2225 | | 042147 |
| Douglas Development | 1999 Tahoe (GMAC) | 06/07/1999 | 98835 | $ 867.25 | 1010 & 2225 | | 042148 |
| Douglas Development | 1999 Tahoe (GMAC) | 07/08/1999 | 2121 | $ 867.25 | 1010 & 2225 | | 042148 |
| Douglas Development | 1999 Tahoe (GMAC) | 08/04/1999 | 2507 | $ 867.25 | 1010 & 2225 | | 042148 |
| Douglas Development | 1999 Tahoe (GMAC) | 09/07/1999 | 2990 | $ 867.25 | 1010 & 2225 | | 042148 |
| Douglas Development | 1999 Tahoe (GMAC) | 10/04/1999 | 3493 | $ 867.25 | 1010 & 2225 | | 042148 |
| Douglas Development | 1999 Tahoe (GMAC) | 11/04/1999 | 30240 | $ 867.25 | 1010 & 2225 | | 042148 |
| Douglas Development | 1999 Tahoe (GMAC) | 12/09/1999 | 40187 | $ 867.25 | 1043 & 2225 | | 042148 |
| Douglas Development | Blake Esherick | 08/25/1999 | 2803 | $ 2,498.43 | 1010 & 6930 | A | 042148 |
| Leibner & Potkin, P.C. | Blake Esherick | 11/18/1999 | 5079 | $ 10,000.00 | NA | B | 042049 |
| | Total Unreported 1999 Income | | | $ 22,905.43 | | | |

### Notes

A - $2,498.43 is the check amount per acct 1010. Acct 6930 reflects $2,414.43. Balance of $84 posted elsewhere.

B - $10,000 was part of the proceeds from a refinance by D Jemal. Jemal directed his settlement attorney's L & P to write this check to Esherick.

### General Ledger Account Codes

| 1010 | Cash-Maryland National |
| 1043 | Cash-Eaglebank |
| 2225 | Loan-Auto |
| 6930 | Travel & Entertainment |

### Additional Information

Esherick took the following deductions on his 1999 tax return, although IRPs revealed no F1098 & LEXIS revealed no property ownership.

| Real Estate Taxes | | | $3,564 |
|---|---|---|---|
| Home Mortgage Interest | | | $28,248 |
| Form 2106 Deductions: | 9055 mi x $.325 | $2,943 | |
| | 34935 mi x $.31 | $10,830 | |
| | M&E $5,000 x 50% | $2,500 | |
| | Park, tolls, etc. | $1,200 | $17,473 |

## 2000 Douglas Development Checks To Or For The Benefit Of Blake Esherick

| Payor | Description | Check Date | Check # | Amount | Exhibit |
|---|---|---|---|---|---|
| Douglas Development | Blake Esherick | 01/19/2000 | 82136 | $ 6,533.54 | 037-0045 |
| Douglas Development | 1999 Tahoe (GMAC) | 02/03/2000 | 82339 | $ 867.25 | 179-0138 |
| Douglas Development | 1999 Tahoe (GMAC) | 02/03/2000 | 82340 | $ 867.25 | 179-0138 |
| Douglas Development | 1999 Tahoe (GMAC) | 03/03/2000 | 82861 | $ 867.25 | 179-0138 |
| Douglas Development | 1999 Tahoe (GMAC) | 04/07/2000 | 83485 | $ 867.25 | 179-0138 |
| Douglas Development | 1999 Tahoe (GMAC) | 05/09/2000 | 84099 | $ 867.25 | 179-0138 |
| Douglas Development | 1999 Tahoe (GMAC) | 06/08/2000 | 84561 | $ 867.25 | 179-0138 |
| Douglas Development | 1999 Tahoe (GMAC) | 07/14/2000 | 85211 | $ 867.25 | 179-0138 |
| Douglas Development | Blake Esherick | 07/21/2000 | 85388 | $ 1,500.00 | 037-0142 |
| Douglas Development | 1999 Tahoe (GMAC) | 08/25/2000 | 86006 | $ 867.25 | 179-0139 |
| Douglas Development | 1999 Tahoe (GMAC) | 09/07/2000 | 86180 | $ 867.25 | 179-0139 |
| Douglas Development | 1999 Tahoe (GMAC) | 09/22/2000 | 86545 | $ 867.25 | 179-0139 |
| Douglas Development | Barbara Gill | 10/02/2000 | 86687 | $ 2,100.00 | 179-0205 |
| Douglas Development | Barbara Gill | 11/02/2000 | 87352 | $ 2,100.00 | 179-0206 |
| Douglas Development | 1999 Tahoe (GMAC) | 11/07/2000 | 87421 | $ 867.25 | 179-0139 |
| Douglas Development | 1999 Tahoe (GMAC) | 11/30/2000 | *88051 | $ 867.25 | 179-0139 |
| Douglas Development | Barbara Gill | 12/05/2000 | 88196 | $ 2,100.00 | 179-0206 |
| Douglas Development | Blake Esherick | 09/22/2000 | 1007 | $ 1,500.00 | 058-0004 |
| Douglas Development | Blake Esherick | 12/22/2000 | 1026 | $ 5,000.00 | 058-0010 |
| | Total 2000 DDC Checks | | | $ 31,240.54 | |

* Voided and reissued as ck#90964 on 4/12/01 (see GX 167-0029 through 167-0031)

**Blake Esherick - 2004 Income From Douglas Development (In Addition To Regular Paychecks)**

| Payor | Description | Check Date | Check # | Amount | DDC Acct Record | Search Record | Esherick Account |
|---|---|---|---|---|---|---|---|
| Douglas Development | Blake Esherick | 01/06/2004 | 113906 | $ 3,000.00 | 150v | | 38b |
| Douglas Development | Blake Esherick | 02/02/2004 | 114391 | $ 5,000.00 | 150u | | 38b |
| Douglas Development | Blake Esherick | 02/25/2004 | 114946 | $ 4,000.00 | 150t | | 38b |
| Douglas Development | Blake Esherick | 03/22/2004 | 115613 | $ 3,000.00 | 150s | | 38b |
| Douglas Development | Blake Esherick | 04/01/2004 | 115989 | $ 3,000.00 | 150r | | 38b |
| Douglas Development | Blake Esherick | 04/22/2004 | 116544 | $ 3,000.00 | 150q | | 38b |
| Douglas Development | Blake Esherick | 05/04/2004 | 116867 | $ 4,000.00 | 150p | | 38b |
| Douglas Development | Blake Esherick | 05/11/2004 | 117500 | $ 3,000.00 | 150o | | 38b |
| Douglas Development | Blake Esherick | 05/28/2004 | 178208 | $ 5,000.00 | 150n | | 38b |
| Douglas Development | Blake Esherick | 06/18/2004 | 178966 | $ 5,000.00 | 150m | | 38b |
| Douglas Development | Blake Esherick | 07/09/2004 | 180269 | $ 3,000.00 | 150l | | 38b |
| Douglas Development | Blake Esherick | 07/22/2004 | 180856 | $ 4,000.00 | 150k | | 38b |
| Douglas Development | Blake Esherick | 08/06/2004 | 181737 | $ 7,000.00 | 150j | | 38b |
| Douglas Development | Blake Esherick | 09/01/2004 | 183752 | $ 9,000.00 | 150i | | 38b |
| Douglas Development | Blake Esherick | 09/15/2004 | 184344 | $ 4,000.00 | 150h | | 38b |
| Douglas Development | Blake Esherick | 09/28/2004 | 184807 | $ 3,500.00 | 150g | | 38b |
| Douglas Development | Blake Esherick | 10/01/2004 | 185085 | $ 2,500.00 | 150f | | 38b |
| Douglas Development | Blake Esherick | 10/21/2004 | 185962 | $ 5,000.00 | 150e | | 38b |
| Douglas Development | Blake Esherick | 10/29/2004 | 186536 | $ 4,000.00 | 150d | | 38b |
| Douglas Development | Blake Esherick | 11/19/2004 | 1039 | $ 9,000.00 | 150c | 201e | |
| Douglas Development | Blake Esherick | 12/02/2004 | 188062 | $ 9,000.00 | 150b | 201e | |
| Douglas Development | Blake Esherick | 12/14/2004 | 188476 | $ 10,000.00 | 150a | 201e | |
| Sub-Total | | | | $108,000.00 | | | |
| Douglas Development | Barbara Gill | 02/10/2004 | 114600 | $ 1,356.00 | 152 | | |
| Douglas Development | Barbara Gill | 03/03/2004 | 115062 | $ 1,356.00 | 152 | | |
| Douglas Development | Barbara Gill | 03/29/2004 | 115729 | $ 1,356.00 | 152 | | |
| Douglas Development | Barbara Gill | 04/27/2004 | 116584 | $ 1,356.00 | 152 | | |
| Douglas Development | Barbara Gill | 06/01/2004 | 178416 | $ 1,356.00 | 152 | | |
| Douglas Development | Barbara Gill | 06/30/2004 | 179471 | $ 1,356.00 | 152 | | |

## Blake Esherick - 2004 Income From Douglas Development (In Addition To Regular Paychecks)

| Payor | Description | Check Date | Check # | Amount | DDC Acct Record | Search Record | Esherick Account |
|---|---|---|---|---|---|---|---|
| Douglas Development | Barbara Gill | 07/28/2004 | 181119 | $ 1,356.00 | 152 | | |
| Douglas Development | Barbara Gill | 09/01/2004 | 183837 | $ 1,356.00 | 152 | | |
| Douglas Development | Barbara Gill | 09/29/2004 | 184865 | $ 1,356.00 | 152 | | |
| Douglas Development | Barbara Gill | 10/27/2004 | 186213 | $ 1,356.00 | 152 | | |
| Sub-total | | | | $ 13,560.00 | | | |
| Add: Free Housing at 6001 Nevada Avenue ($3,000 X 12 Months) | | | | $ 36,000.00 | | | |
| Total Income In Addition To Regular Paychecks | | | | $157,560.00 | | | |

Note : Exhibits 201e for 12/02/04 & 12/14/04 transactions are deposit slips only.