UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim. No. 05-359 -3 (RMU) |
| | : |
| BLAKE ESHERICK | : |

**GOVERNMENT'S MOTION FOR ADDITIONAL TIME
TO FILE ITS RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM**

The United States, through its attorney, the United States Attorney for the District of Columbia, respectfully requests additional time to file its response to the Defendant's Sentencing Memorandum. In support of this request, the Government respectfully submits:

The Government's Response is otherwise due Tuesday, February 13, 2007, and the Defendant's Sentencing Memorandum presents a significant number of legal arguments and case citations. Government counsel has been occupied with trial/plea/hearing preparation in the Brownell case and the commencement of the preparation of its response to the Jemal Pre-Sentence Report.

Attorney for the defendant, Paul Kemp, Esq., has represented he has takes no position as to the granting of this motion, so long as the defense has the same amount of additional time.

The Government thus requests that both parties be permitted to file their responses on Wednesday, February 21, 2007. This will still allow ample time between the filing of the pleadings and sentencing, presently scheduled for March 15, 2007.

WHEREFORE, the government requests this Motion be Granted.

                                                    RESPECTFULLY SUBMITTED,

                                                    JEFFREY A. TAYLOR
                                                    UNITED STATES ATTORNEY

By: _____
        MARK H. DUBESTER, D.C. Bar No. 339655
        TIMOTHY G. LYNCH, D.C. Bar No. 456506
        ASSISTANT UNITED STATES ATTORNEYS
        555 Fourth Street, N.W.,
        Washington, D.C.  20530
        Ph. (202) 514-7986