## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Crim. No. 05-359 -3 (RMU)** |
| | : | |
| BLAKE C. ESHERICK | : | |

## ORDER

Upon consideration of the Government's Motion for Additional Time to File its Response

to the Defendant's Sentencing Memorandum, and for good cause shown, it is this ___ day of

_____ , 2007, hereby

**ORDERED** that any responses to the parties' memoranda in aid of sentencing be filed no

later than February 21, 2007.

**SO ORDERED.**


_____
Ricardo M. Urbina
United States District Judge