UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 12 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :
                                  :
v.                                :    Crim. No. 05-359-3 (RMU)
                                  :
BLAKE C. ESHERICK                 :

### ORDER

Upon consideration of the Government's Motion for Additional Time to File its Response to the Defendant's Sentencing Memorandum, and for good cause shown, it is this 12th day of February, 2007, hereby

ORDERED that any responses to the parties' memoranda in aid of sentencing be filed no later than February 21, 2007.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge