UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, )<br>)<br>v. )<br>)<br>DOUGLAS JEMAL, et al., )<br>)<br>Defendants. )<br>) | Crim. No. 05-359-3 (RMU) |

### NOTICE OF APPEARANCE

Please enter the appearance of Mara B. Zusman, an attorney with Venable LLP, on behalf of Defendant **BLAKE C. ESHERICK**.

Respectfully submitted,

March 19, 2007

_____
Mara B. Zusman (D.C. Bar #491833)
Venable LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4953
(202 344-8300 (Facsimile)

*Attorney for Defendant Blake C. Esherick*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March 2007, a true and complete copy of the foregoing was served via the Court's ECF filing system on the following:

Mark H. Dubester
Timothy Lynch
Assistant United States Attorneys
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

_____
Mara B. Zusman