

| One Church Street, Fifth Floor<br>Post Office Box 1527<br>Rockville, Maryland 20849-1527 | Telephone 301-217-5600<br>Facsimile 301-217-5617 | www.venable.com |

Paul F. Kemp     301.217.5664     pfkemp@venable.com

March 26, 2007

Honorable Ricardo M. Urbina
United States District Judge
United States District Court for the
 District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

    Re:   USA v. Blake Esherick
            Criminal No. 05-0359-1, 3

Dear Judge Urbina:

    In reviewing the Docket Text of the Court's Sentencing Order, I noted the following language:

> Oral request of the government to have Defendant's conditions include that he not be permitted to associate with known or convicted felons: heard and taken under advisement by the Court.

    My recollection is that the Court denied the government's oral motion, but indicated that it would take it up if necessary during Mr. Esherick's period of supervised release.

    I have not yet received a copy of the transcript of the sentencing proceedings, so I am addressing this to the Court from memory. Once I receive the same, I can forward to your chambers the appropriate excerpt from the transcript. Please consider this a request to amend the Docket Text.

    I appreciate Your Honor's kind consideration of this request.

                           Very truly yours,

                           Paul F. Kemp

cc:   Mark Dubester, AUSA
       Timothy Lynch, AUSA
       Blake Esherick