# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-0359 |
| | : | |
| DOUGLAS JEMAL, *et al.* | : | |
| | : | |
| Defendants. | : | |

## MOTION TO CLARIFY DOCKET ENTRIES

COMES NOW, the Defendant, **BLAKE C. ESHERICK**, by and through counsel, **PAUL F. KEMP** and **VENABLE, LLP**, and hereby moves that this Honorable Court clarify the docket entries recorded in the above-captioned case. In support thereof the Defendant respectfully submits the following:

1. On March 15, 2007, the above-named Defendant was sentenced. In pertinent part, the docket text reads as follows:

> Oral request of the Government to have Defendant's conditions include that he not be permitted to associate with known or convicted felons: heard and taken under advisement by the Court.

2. It is the recollection of undersigned counsel that the Court denied the government's motion in this regard, but reserved right to deal with this issue, should the need arise during the period of supervised release.

3. Undersigned counsel has ordered the transcript of the sentencing proceedings. Undersigned will supplement this Motion with the pertinent portion of the transcript once received.

WHEREFORE, these premises considered, the Defendant, Blake C. Esherick respectfully requests this Honorable Court clarify the docket text to properly reflect the Court's ruling on March 15, 2007.

Respectfully submitted,

PAUL F. KEMP #28858
Venable LLP
One Church Street
5th Floor
Rockville, Maryland 20850
(301) 217-5600
(301) 217-5617 (Facsimile)

*Attorney for Defendant Blake C. Esherick*

## Kemp, Paul F.

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Friday, March 16, 2007 1:55 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:05-cr-00359-RMU USA v. JEMAL et al Sentencing

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 3/16/2007 at 1:54 PM and filed on 3/15/2007
**Case Name:**        USA v. JEMAL et al
**Case Number:**      1:05-cr-359
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Minute Entry for proceedings held before Judge Ricardo M. Urbina :Sentencing held on 3/15/2007 as to BLAKE C. ESHERICK (3). Count(s) 4r, Defendant sentenced to Eight (8) months incarceration to be served concurrently with Count 5r and 6r; followed by Three (3) years of supervised release with conditions to be served concurrently with Count 5r and 6r. Count(s) 5r, Defendant sentenced to Eight (8) months incarceration to be served concurrently with Count 4r and 6r; followed by Three (3) years of supervised release with conditions to be served concurrently with Count 4r and 6r. Count(s) 6r, Defendant sentenced to Eight (8) months incarceration to be served concurrently with Count 4r and 5r; followed by Three (3) years of supervised release with conditions to be served concurrently with Count 4r and 5r. Fines of $3,000.00 imposed on each count for a total amount due of $9,000.00. The Court waives interest and penalties that may accure on the fine amount. $100.00 special assessment imposed on each count for a total of $300.00 which shall be due immediately and paid to the Clerk of the Court for the District of Columbia. Defendant to self surrender when notified by the Probation Office. Oral request of the Government to have defendant's conditions include that he not be permitted to associate with known or convicted felons; heard and taken under advisement by the Court. Bond Status of Defendant: continued on PR Bond; Court Reporter: Wendy Ricard Defense Attorney: Paul Kemp and Carol E. Bruce; US Attorney: Mark Dubester and Timothy Lynch; Prob Officer: Renee Moses-Gregory; Witnesses: David C. Tobin; Edward W. Pinkward; Elizabeth Gill; Carol Mitten; and David Greenberg (cp, )

**1:05-cr-359-3 Notice has been electronically mailed to:**
Michele A. Roberts (Terminated) mroberts@akingump.com
Brian Mathew Heberlig bheberlig@steptoe.com

3/27/2007

Carol Elder Bruce cebruce@venable.com, dgdickman@venable.com, mbzusman@venable.com, mwrobinson@venable.com, nmcgrath@venable.com, pminett@venable.com, vhussain@venable.com
Lawrence Bradley Bernard (Terminated) lbbernard@venable.com, tehuguley@venable.com
Stanley McKennett Brand sbrand@brandlawgroup.com
Ross Andrew Nabatoff rnabatoff@brandlawgroup.com
Christopher Bowmar Mead cmead@londonandmead.com
Paul Francis Kemp pfkemp@venable.com
Erik Lloyd Kitchen ekitchen@steptoe.com
Reid Henry Weingarten rweingarten@steptoe.com
Mark Henry Dubester mark.dubester@usdoj.gov, usadc.docketing@usdoj.gov, usadc.ecffraud@usdoj.gov
Timothy G. Lynch timothy.lynch2@usdoj.gov
Jeffrey Matthew King jking@akingump.com

**1:05-cr-359-3 Notice will be delivered by other means to::**

3/27/2007