UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Crim. No. 05-359-3 (RMU) |
| ) | |
| DOUGLAS JEMAL, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ORDER OF TRANSCRIPT

Pursuant to Rule 10(b)(1)(A)(iii), Defendant Blake Esherick, through counsel, hereby files a copy of the letter by which he ordered the transcript of the sentencing hearing held in the above captioned case on March 15, 2007. See Letter to W. Ricard attached hereto as Exhibit A. This transcript is the only part of the above captioned case that is not already on file with the Court.

Respectfully submitted,

March 26, 2007

_____
Paul F. Kemp (D.C. Bar # 922773)
Carol Elder Bruce (D.C. Bar #202200)
Mara B. Zusman (D.C. Bar #491833)
Venable LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4953
(202 344-8300 (Facsimile)

*Attorneys for Defendant Blake C. Esherick*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of March 2007, a true and complete copy of the foregoing was served via the Court's ECF filing system on the following:

Mark H. Dubester
Timothy Lynch
Assistant United States Attorneys
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

_____
Mara B. Zusman