# EXHIBIT A

**Zusman, Mara B.**

| | |
|---|---|
| **From:** | Zusman, Mara B. |
| **Sent:** | Monday, March 19, 2007 10:07 AM |
| **To:** | 'wricard@cox.net' |
| **Cc:** | Kemp, Paul F. |
| **Subject:** | US v. Esherick - transcript order |



03-19-07 Letter
to W. Ricard.p...

```
        Dear Ms. Ricard,

Please see the attached letter by which Mr. Kemp, pursuant to Rule 10(b) of the Federal
Rules of Appellate Procedure, is ordering a copy of the transcript from the sentencing
hearing held in US v. Jemal, et al., on March 15, 2007.  As you are aware, Rule 11(b)
governs your duties to prepare and file the transcript upon receiving this letter.

Thank you,
Mara

Mara B. Zusman, Esq.
Venable LLP
575 7th Street, NW
Washington, DC  20004
(202) 344-4953
(202) 344-8300 (fax)
mbzusman@venable.com
www.venable.com
```

1



| | | |
|---|---|---|
| 575 7th Street, NW | Telephone 202-344-4000 | www.venable.com |
| Washington, DC 20004-1601 | Facsimile 202-344-8300 | |

Paul F. Kemp　　　　(301) 217-5664　　　　pfkemp@venable.com

March 19, 2007

**VIA ELECTRONIC MAIL**

Wendy C. Ricard
Official Court Reporter
c/o 2800 E. Barrett Prettyman, U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

　　　Re:　<u>United States v. Douglas Jemal, et al.</u>, Crim. No. 05-0359-03

Dear Ms. Ricard:

　　　Pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure, I hereby order a copy of the transcript from the sentencing hearing held in the above-captioned case on March 15, 2007. Please provide me with a copy of the transcript as soon as possible, and please invoice me for any associated costs. Thank you for your prompt attention to this matter.

　　　　　　　　　Sincerely,

　　　　　　　　　Paul F. Kemp / MBZ.

　　　　　　　　　Paul F. Kemp
　　　　　　　　　*Counsel for Blake C. Esherick*