UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Crim. No. 05-359-3 (RMU)

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Notice of Appeal |
| ) | |
| DOUGLAS JEMAL, et al., ) | |
| ) | |
| Defendants. ) | |

**FILED**
MAR 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Notice is hereby given that Blake Esherick (Defendant), in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgments on Counts Four (Wire Fraud) and Counts Five and Six (Tax Evasion) entered in this action on the 26th day of October, 2006.

March 27, 2007

Respectfully submitted,

_____
Paul F. Kemp (D.C. Bar # 922773)
Carol Elder Bruce (D.C. Bar #202200)
Mara B. Zusman (D.C. Bar #491833)
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4400

Counsel for Blake Esherick

RECEIVED
MAR 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of March 2007, a true and complete copy of the foregoing was served via U.S. Mail and facsimile on the following:

Mark H. Dubester
Timothy Lynch
Assistant United States Attorneys
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001
(202) 305-0266

_____
Mara B. Zusman