UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-0359 (RMU) |
| | : | |
| BLAKE C. ESHERICK, | : | Document No.: 345 |
| | : | |
| Defendant. | : | |

**ORDER**

It is this 12th day of April 2007,

**ORDERED** that the defendant's motion to clarify the docket entry dated March 15, 2007 is hereby **GRANTED**.

**SO ORDERED**.

FILED
APR 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Ricardo M. Urbina
United States District Judge