## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 06-077 (RMU)** |
| | : | |
| **BLAKE C. ESHERICK** | : | |

## ORDER

_____Upon consideration of the Government's Opposition to Defendant's Motion for Court

Recommendation of Community Confinement, it is this ___ day of April , 2007, hereby

**ORDERED** that the Defendant's Motion is Denied, with the exception that the Court

shall recommend to the Bureau of Prisons that it consider the defendant's request to have the

Pensacola Federal Prison Camp designated as his place of confinement..

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge