UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
:
: Criminal Case No. 05-0359 (RMU)
V. :
:
#3: BLAKE C. ESHERICK :

### ORDER AMENDING SENTENCING JUDGMENT FILED MARCH 26, 2007

It is this 18th day of April 2007,

ORDERED that page six (6) of the Sentencing Judgment be amended to read that the total amount of special assessment is $300.00 and not $100.00 as indicated on page six (6) of the Sentencing Judgment.

IT IS FURTHER ORDERED that all the other provisions of the Sentencing Judgment Order filed in this case on March 26, 2007, shall remain in effect.

_____
Ricardo M. Urbina
United States District Court Judge

Paul F. Kemp, Esquire
Venable LLP
One Church Street, 5th Floor
Rockville, Maryland 20850

Carol E. Bruce, Esquire
Venable, LLP
575 7th Street, N.W.
Washington, D. C. 20004-1601

Mark Dubester, Esquire
Assistant U. S. Attorney
555 4th Street, N. W.

Washington, D. C. 20001


Timothy Lynch, Esquire
Assistant U. S. Attorney
555 4th Street, N. W.
Washington, D. C. 20001

Renee Moses-Gregory
United States Probation Officer