Notice of Appeal Criminal

CO-290
Rev. 3/88

## United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal No. 05-CR-359 (RMU) |
| ) | |
| BLAKE C. ESHERICK ) | |
| ) | |

**NOTICE OF APPEAL**

Name and address of appellant          United States of America

Name and address of appellant's attorney    Roy W. McLeese III
United States Attorney's Office
Room 8104
555 4th Street, NW
Washington, DC 20530

Offense: 18 USC 1343, 26 USC 7201

Concise statement of judgment or order, giving date, and any sentence

    By Judgment of March 26, 2007, entered on docket on March 28, 2007, defendant was sentenced to 8 months' imprisonment, 3 years supervised release, an assessment of $300.00, and a fine of $9,000.00.

Name and institution where now confined, if not on bail: N/A

    I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_____     _____
DATE                            APPELLANT


_____
CJA, NO FEE _____           ATTORNEY FOR APPELLANT
PAID USDC FEE _____
PAID USCA FEE _____
Does counsel wish to appear on appeal?  Yes/No
Has counsel ordered transcripts?  Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act?  Yes/No

Notice of Appeal Criminal

CO-290
Rev. 3/88

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23th day of April, 2007, one copy of the foregoing Government's Notice of Appeal was sent by first-class U.S. Mail to counsel for Blake C. Esherick:

**Paul F. Kemp, Esq.**
**Carol Elder Bruce, Esq.**
**Venable LLP**
**One Church Street, Fifth Floor**
**Rockville, MD 20850**

_____
**THOMAS J. TOURISH, JR.**
**Assistant United States Attorney**
**555 4th Street, NW, Room 8104**
**Washington, DC 20530**
**(202) 514-7088**