UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 05-0359 (RMU) |
| BLAKE C. ESHERICK, | : | Document No.: 351 |
| Defendant. | : | |

ORDER

FILED
MAY 3 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 3rd day of May 2007,

ORDERED that the defendant's motion for a court recommendation of community confinement is hereby DENIED because it was filed more than 7 days after sentencing. FED. R. CRIM. P. 35(a). Additionally, in sentencing the defendant to an 8-month period of incarceration in this matter, the court took into consideration that work release was not an available option; and it is

FURTHER ORDERED that based on the unopposed request, it is hereby RECOMMENDED that the Bureau of Prison place the defendant at the Federal Prison Camp in Pensacola, Florida.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge