UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 05-0359 |
| BLAKE C. ESHERICK | : | |
| Defendants. | : | |

## MOTION FOR COURT RECOMMENDATION
## OF DEFENDANT ON
## HOME ELECTRONIC MONITORING

**COMES NOW**, the Defendant, **BLAKE C. ESHERICK**, by and through counsel, **PAUL F. KEMP**, and **VENABLE, LLP**, and hereby moves that this Honorable Court recommend to the United States Bureau of Prisons that the Defendant be released effective January 20, 2008, on home electronic monitoring, subject to being on a curfew from 7:00 p.m. to 6:00 a.m., daily. In support thereof, the defendant respectfully submits the following:

1. Blake C. Esherick is currently serving a sentence of eight months at the United States Bureau of Prisons. His current release date is February 12, 2008. Following his arrest, he is to serve one year of home electronic monitoring.

2. The Defendant's wife, Stefanie, is due to deliver their child on February 3, 2008. If the Defendant could have been released to a program of home electronic monitoring under the supervision of the U.S. Department of Probation on January 20, 2008 (the date he was eligible to apply for placement at a halfway house), he would have been home for the birth of his child. The government would like Mr. Esherick to be placed on a curfew from 7:00 p.m. each evening to 6:00 a.m. the next morning, subject to his being permitted to be released for medical reasons relating to his family members (specifically the birth of his child), the Defendant is asking that

the Court recommend that he be permitted to be released on home electronic monitoring, effective January 8, 2008.

3. As long as the above curfew is established, Timothy Lynch, Esquire, on behalf of the government has authorized undersigned counsel to indicate that he consents to the granting of this Motion.

**WHEREFORE**, these premises considered, the Defendant respectfully requests that the Court recommend that the Defendant be released to home electronic monitoring effective January 20, 2008, subject to a curfew of 7:00 p.m. to 6:00 a.m. daily, with the Defendant permitted to attend any family medical appointments as described herein.

Respectfully submitted,

_____
PAUL F. KEMP #28858
Venable LLP
One Church Street
5th Floor
Rockville, Maryland 20850
(301) 217-5600
(301) 217-5617 (Facsimile)

*Attorneys for Defendant Blake C. Esherick*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-0359 |
| : | |
| BLAKE C. ESHERICK : | |
| : | |
| Defendants. : | |

ORDER

UPON A READING AND CONSIDERATION of the Defendant's Motion for Recommendation of Early Release, and with the consent of the United States Government, it is this ____ day of _____, 200___, by the United States District Court for the District of Columbia.

ORDERED, that the Court hereby recommends that the above-named Defendant, Blake C. Esherick, Register No. 28841-016 be released effective January 20, 2008, subject to his being enrolled in the home electronic monitoring program of the United States Department of Probation with a curfew to be established by that Department of 7:00 p.m. to 6:00 a.m., daily with the provision that the Defendant shall be permitted to attend medical appointments with his family.

_____
Ricardo M. Urbina
United States District Judge for the
 District of Columbia