UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 05-0359 (RMU) |
| BLAKE C. ESHERICK, | : Document No.: 376 |
| Defendant. | : |

ORDER

It is this 20th day of December 2007,

**ORDERED** that the consent motion for recommendation is **GRANTED**; and it is

**FURTHER RECOMMENDED** that the Bureau of Prison release the defendant January 20, 2008 to serve the remainder of his sentence in home detention with electronic monitoring subject to the special conditions of supervision provided in the Judgment; and it is

**ORDERED** that any period of home detention served before February 12, 2008 not be deducted from the defendant's 1-year sentence of home detention with electronic monitoring.

**SO ORDERED.**

FILED
DEC 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Ricardo M. Urbina
United States District Judge