# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-3038**  **September Term, 2007**

05cr00359-03

Filed On:

United States of America,
    Appellee

v.

Blake C. Esherick,
    Appellant

Consolidated with 07-3049



**ORDER**

Upon consideration of the joint motion to dismiss appeals, and appellant Esherick's affidavit in support thereof, it is

**ORDERED** that the motion be granted, and these cases are hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:
Mark Butler
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk